STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: NC-2005-0332 COLLEEN BIGELOW V NEW ENGLAND GAS COMPANY

Filing Date: 07-25-2005
Case Status: UNASSIGNED

Case Type: PRODUCT LIABILITY
Status Date: 07-25-2005

| | | |
|---|---|---|
| Plaintiff: | COLLEEN BIGELOW<br>ID: @10279986 | Attorney: BRIAN CUNHA |
| Plaintiff: | DONNA BRAGA<br>ID: @10279987 | Attorney: BRIAN CUNHA |
| Plaintiff: | RACHEL CARVALHO<br>ID: @10279988 | Attorney: BRIAN CUNHA |
| Plaintiff: | LORI CARVALHO<br>ID: @10279989 | Attorney: BRIAN CUNHA |
| Plaintiff: | THOMAS PATERSON<br>ID: @10279992 | Attorney: BRIAN CUNHA |
| Plaintiff: | THERESA PICARD<br>ID: @10279993 | Attorney: BRIAN CUNHA |
| Defendant: | NEW ENGLAND GAS COMPANY<br>ID: @10279994 | |
| Defendant: | SOUTHERN UNION COMPANY<br>ID: @10279999 | |

### Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

### Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

### Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

### Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 07-25-2005 | COMPLAINT FILED | |
| 07-25-2005 | INITIAL FILING FEE | |
| 07-25-2005 | Payment Applied | A Payment of -$160.00 was made on receipt SCN24439. |

True Copy Attest
Charles H. Hollis
Office of Clerk of Superior Court
Newport County
Newport, Rhode Island