STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

CA-05-370T

Case ID: NC-2005-0332 COLLEEN BIGELOW V NEW ENGLAND GAS COMPANY

Filing Date: 07-25-2005
Case Status: CLOSED DURING DISCOVERY

Case Type: PRODUCT LIABILITY
Status Date: 08-30-2005

| | |
|---|---|
| Plaintiff: COLLEEN BIGELOW<br>ID: @10279986 | Attorney: BRIAN CUNHA |
| Plaintiff: DONNA BRAGA<br>ID: @10279987 | Attorney: BRIAN CUNHA |
| Plaintiff: RACHEL CARVALHO<br>ID: @10279988 | Attorney: BRIAN CUNHA |
| Plaintiff: LORI CARVALHO<br>ID: @10279989 | Attorney: BRIAN CUNHA |
| Plaintiff: THOMAS PATERSON<br>ID: @10279992 | Attorney: BRIAN CUNHA |
| Plaintiff: THERESA PICARD<br>ID: @10279993 | Attorney: BRIAN CUNHA |
| Defendant: NEW ENGLAND GAS COMPANY<br>ID: @10279994 | |
| Defendant: SOUTHERN UNION COMPANY<br>ID: @10279999 | |

## Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 07-25-2005 | COMPLAINT FILED | |
| 07-25-2005 | INITIAL FILING FEE | |
| 07-25-2005 | Payment Applied | A Payment of -$160.00 was made on receipt SCN24439. |
| 08-30-2005 | CASE REMVD TO US DISTRICT CT | CASE IS REMOVED TO US DISTRICT COURT OF RHODE ISLAND. FILED BY NEW ENGLAND GAS COMPANY. |
| 08-30-2005 | NOTICE OF REMOVAL | A TRUE COPY ATTEST OF FILE WAS SENT TO US DISTRICT COURT OF RI. |
| 08-30-2005 | OTH DOC FILED DURING DISCOV | NOTICE OF REMOVAL FILED. |
| 08-30-2005 | SUMMONS,PROOF OF SERVICE FILED | NEW ENGLAND GAS CO |