UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
SEP 06 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

COLLEEN BIGELOW, DONNA BRAGA, RACHEL CARVALHO, ppa LORI CARVALHO, Mother and Next Friend of Rachel Carvalho, a Minor, THOMAS PATERSON, and THERESA PICARD,
Plaintiffs

v.

NEW ENGLAND GAS COMPANY, formerly known as FALL RIVER GAS COMPANY, an unincorporated division of SOUTHERN UNION COMPANY
Defendant

C.A. No. 05-370 T
(Related Cases: 05-221T, 05-274T)

## STIPULATION

Pursuant to Local Rule 22(a), Plaintiffs and Defendant New England Gas Company (improperly sued as "New England Gas Company, Inc."), an unincorporated division of Southern Union Company, hereby stipulate and agree that Defendant may have until Friday, October 7, 2005 to answer or otherwise respond to the Complaint.

By: ______________________
Brian R. Cunha, Esq. (#4074)
904 Broadway
East Providence, RI 02914
Tel: (401) 434-5300
Fax: 431-1958
Date: 8/31/05

*Attorneys for Plaintiffs*

ENTER
Ernest C. Torres
Chief, U.S. District Judge

DATE 9/9/05

By: [signature]

John A. Tarantino (#2586)
Patricia K. Rocha (#2793)
David A. Wollin (#4950)
Kristen W. Sherman (#5595)
ADLER, POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607
Date: 9/2/2005

*Attorneys for Defendant*
*New England Gas Company,*
*a division of Southern Union Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of September, 2005, a copy of the foregoing was mailed first class U.S. postage/~~hand delivered~~ to the following:

Brian R. Cunha, Esq.
Brian Cunha & Associates, P.C.
904 Broadway
East Providence, RI 02914

*343636_1.doc*