UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COLLEEN BIGELOW, DONNA BRAGA, RACHEL CARVALHO, ppa LORI CARVALHO, Mother and Next Friend of Rachel Carvalho, a Minor, THOMAS PATERSON, and THERESA PICARD, Plaintiffs | : | C.A. No. 05-370 T (Related Cases: 05-221T, 05-274T) |
| v. | : | |
| NEW ENGLAND GAS COMPANY, formerly known as FALL RIVER GAS COMPANY, an unincorporated division of SOUTHERN UNION COMPANY Defendant | : | |

**PLAINTIFFS' WITHDRAWAL OF MOTION TO REMAND**

Plaintiffs hereby withdraw their motion dated September 7, 2005 to remand this case to the Rhode Island Superior Court.

By: ______________________
Brian R. Cunha, Esq. (#4074)
904 Broadway
East Providence, RI 02914
Tel: (401) 434-5300
Fax: 431-1958
Date: 9/12/05

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of September, 2005, a copy of the foregoing was mailed first class U.S. postage/hand-delivered to the following:

John A. Tarantino
David A. Wollin
Kristen W. Sherman
Adler Pollock & Sheehan PC
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

*344963_1.doc*