OCT 26 2005

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

COLLEEN BIGELOW, DONNA BRAGA, RACHEL CARVALHO, ppa LORI A, CARVALHO, Mother and Next Friend of Rachel Carvalho, a Minor, THOMAS PATERSON, and THERESA PICARD, :

*Plaintiffs,*

C.A. No. 05-370T

(Related Cases: 05-221T; 05-274T)

v.

NEW ENGLAND GAS COMPANY, formerly known as FALL RIVER GAS COMPANY, an unincorporated division of SOUTHERN UNION GAS COMPANY, :

*Defendant.*

**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**

Defendant New England Gas Company, an unincorporated division of Southern Union Company, hereby notifies the Court, pursuant to Local Rule 31, of an action pending in the United States District Court for the District of Massachusetts involving the same or similar claims and the same transaction or happening as that which comprises all or a material part of the subject matter of the present lawsuit and related cases 05-221T and 05-274T. The action pending in Massachusetts is Reis, et. al. v. Southern Union Company, C.A. No. 05-12104 WGY (D. Mass.).

Dated: Providence, Rhode Island
October 26,2005

Respectfully Submitted,

**ADLER POLLOCK & SHEEHAN P.C.**

John A. Tarantino (#2586)
Patricia K. Rocha (#2793)
David A. Wollin (#4950)
Kristen W. Sherman (#5595)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 351-4607

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Eric D. Herschmann
1633 Broadway
New York, New York 10019
(212) 506-1700

**BISHOP LONDON BROPHY DODDS**
Christina Dodds
The Littlefield Building
106 E. 6th Street, Suite 700
Austin, Texas 78701
(512) 479-5900

*Attorneys for Defendant*
*New England Gas Company,*
***a** division of Southern Union Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of October, 2005, a copy of the foregoing was hand-delivered to the following:

Brian R. Cunha, Esq.
Brian Cunha & Associates, P.C.
904 Broadway
East Providence, RI 02914

359132_1.doc