**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| COLLEEN BIGELOW, et al.<br><br>Plaintiffs<br>VS.<br><br>NEW ENGLAND GAS COMPANY, formerly known as FALL RIVER GAS COMPANY, an unincorporated division of SOUTHERN UNION COMPANY<br>Defendant | : | C.A.No.: 05-370 T<br>(Related Case 05-274T; 05-22T; 05-221T) |

**PLAINTIFFS MOTION TO CONSOLIDATE**

Plaintiffs in this matter hereby requests that this Honorable Court allow them to consolidate Colleen Bigelow, et al C.A. No.: 05- 370 T and Kevin R. Burns, Florence J. Burns et al, C.A. No. 05-274 T.

As reasons therefore, plaintiffs request that this Honorable Court refer to the Memorandum attached hereto.

Plaintiffs'
By Their Attorneys,
BRIAN CUNHA & ASSOCIATES
/s/
Brian R. Cunha, Esquire (#4074)
311 Pine Street
Fall River, MA 02720
Tel: (508) 675-9500

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that all counsel of record are so registered.

/s/ Brian R. Cunha
Brian R. Cunha, Esq.

Dated: November 14, 2006