# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COLLEEN BIGELOW, et al.<br><br>Plaintiffs<br>VS.<br><br>NEW ENGLAND GAS COMPANY, formerly known as FALL RIVER GAS COMPANY, an unincorporated division of SOUTHERN UNION COMPANY<br>Defendant | : | C.A.No.: 05-370 T<br>(Related Case: 05-274T; 05-022T)<br>05-221T) |

**PLAINTIFFS MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO CONSOLIDATE**

The Plaintiff's in the above entitled cause move this Honorable Court to allow them to consolidate Colleen Bigelow, et al C.A. No.: 05-370 T and Kevin R. Burns, Florence J. Burns et al, C.A. No. 05-274 T.

As reasons therefore, Plaintiffs state that the cases were originally filed in Rhode Island Superior Court. The Court remanded these matters to Unites States District Court of Rhode Island. Moreover, all cases are represented by the same attorney, arise out of the same incident with the same set of facts. It is anticipated that extensive discovery will be required, and in the interest of judicial economy and to simplify the pleadings, the plaintiffs respectfully requests that this Honorable Court allow them to consolidate

Colleen Bigelow, et al C.A. No.: 05-370 T and Kevin R. Burns, Florence J. Burns et al,

C.A. No. 05-274T.

Plaintiffs
By Their Attorneys,
BRIAN CUNHA & ASSOCIATES
/s/
Brian R. Cunha, Esquire (#4074)
311 Pine Street
Fall River, MA 02720
Tel: (508) 675-9500

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that all counsel of record are so registered.

/s/ Brian R. Cunha
Brian R. Cunha, Esq.

Dated: November 14, 2006