UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| COLLEEN BIGELOW, et al.,<br>Plaintiffs,<br><br>v.<br><br>NEW ENGLAND GAS COMPANY, formerly known as FALL RIVER GAS COMPANY, an unincorporated division of SOUTHERN UNION GAS COMPANY,<br>Defendant. | C.A. No. 05-370T<br>(Related Cases No. 05-221T, 05-274T, 05-522T) |

## **ENTRY OF APPEARANCE**

John A. Tarantino, Esq. of Adler Pollock & Sheehan PC hereby enters his appearance on behalf of Defendant New England Gas Company, an unincorporated division of Southern Union Company.

**ADLER POLLOCK & SHEEHAN P.C.**

/s/ *John A. Tarantino*
John A. Tarantino (#2586)
David A. Wollin (#4950)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 351-4607

*Attorneys for Defendant*
*New England Gas Company,*
*a division of Southern Union Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of November, 2006, I did send a true copy of the within document by electronic means (ECF) to the following:

Brian R. Cunha, Esq.
Brian Cunha & Associates, P.C.
904 Broadway
East Providence, RI 02914

*/s/ John A. Tarantino*

399670_1.doc