UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COLLEEN BIGELOW, et al., Plaintiffs, | : | |
| v. | : | C.A. No. 05-370T (Related Cases No. 05-221T, 05-274T, 05-522T) |
| NEW ENGLAND GAS COMPANY, formerly known as FALL RIVER GAS COMPANY, an unincorporated division of SOUTHERN UNION GAS COMPANY, Defendant. | : | |

**STIPULATION**

Plaintiffs and Defendant New England Gas Company, an unincorporated division of Southern Union Company, hereby stipulate and agree that Defendant may have two weeks from the date an amended complaint consolidating this action with *Burns v. New England Gas Co.*, C.A. No. 05-274T, is filed to answer or otherwise respond to the amended complaint.

**BRIAN CUNHA & ASSOCIATES, P.C.**

/s/ *Brian R. Cunha, Esq.*
Brian R. Cunha, Esq. (#4074)
Brian Cunha & Associates, P.C.
904 Broadway
East Providence, RI 02914
(401) 453-5300
Fax: (401) 453-1958

*Attorneys for Plaintiffs*

**ADLER POLLOCK & SHEEHAN P.C.**

/s/ *David A. Wollin*
John A. Tarantino (#2586)
David A. Wollin (#4950)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 351-4607

**KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP**
Eric D. Herschmann
David E. Ross
1633 Broadway
New York, New York 10019
(212) 506-1700

**BISHOP LONDON BROPHY DODDS**
Christina Dodds
3701 Bee Cave Road
Austin, Texas 78746
(512) 479-5900

*Attorneys for Defendant
New England Gas Company,
a division of Southern Union Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of November, 2006, I did send a true copy of the within document by electronic means (ECF) to the following:

Brian R. Cunha, Esq.
Brian Cunha & Associates, P.C.
904 Broadway
East Providence, RI 02914

/s/ *David A. Wollin*

*399650_1.doc*