**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| COLLEEN BIGELOW, et al. | : | |
| | : | C.A. No.: 05-370T |
| VS. | : | (Related cases: 05-274T; 05-022T |
| | : | 05-221T) |
| NEW ENGLAND GAS COMPANY, et al | : | |

**MOTION TO WITHDRAW PLAINTIFFS' MOTION TO CONSOLIDATE ALL PLAINTIFFS' CASES FOR PURPOSES OF DISCOVERY ONLY**

Now come the plaintiffs, Colleen Bigelow, et al , in the above-entitled cause and move this Honorable Court to allow them to withdraw Plaintiffs' Motion to Consolidate all Plaintiffs' cases for purposes of discovery only. In support of this Motion, the parties have entered into a stipulation with respect to discovery matters as discussed in Court during the Rule 16 Conference.

/s/ Brian R. Cunha
Brian R. Cunha, Esq.
Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720
(508) 675-9500

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that all counsel of record are so registered.

/s/ Brian R. Cunha
Brian R. Cunha, Esq.

Dated: December 4, 2006