UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GAIL, JOHN D. AND JOHN F. CORVELLO, et al.<br><br>*Plaintiffs*,<br><br>vs.<br><br>NEW ENGLAND GAS COMPANY, INC.,<br><br>*Defendant*. | C.A. No. 05-0221T<br>(Related Cases: 05-274T; 05-370T; 05-522T) |

**NEW ENGLAND GAS COMPANY'S EMERGENCY MOTION TO ACCELERATE THE HEARING OF RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT'S PENDING MOTION FOR PROTECTIVE ORDER**

Defendant New England Gas Company ("NEGasCo"), by this emergency motion, requests that the Court accelerate the hearing and determination of Rhode Island Department of Environmental Management's pending motion for protective order seeking the return of allegedly privileged documents (the "RIDEM Motion"), now scheduled for oral argument on March 20, 2007. The grounds for this motion are set forth in the supporting memorandum of law.

Dated: February 20, 2007

**ADLER POLLOCK & SHEEHAN P.C.**

/s/ Kristen W. Sherman
John A. Tarantino (#2586)
David A. Wollin (#4950)
Kristen W. Sherman (#5595)
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 351-4607

**KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP**
Eric D. Herschmann
David E. Ross
Seth Davis
1633 Broadway
New York, New York 10019
(212) 506-1700

**BISHOP LONDON BROPHY DODDS**
Christina Dodds
3701 Bee Cave Road
Austin, Texas 78746
(512) 479-5900

*Attorneys for Defendant*
*New England Gas Company,*
*a division of Southern Union Company*

## CERTIFICATION

Movant hereby certifies that it has in good faith conferred with Plaintiffs' counsel in an effort to resolve the dispute without court action and was unable to resolve the dispute.

/s/ Kristen W. Sherman

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th[th] day of February, 2007, I did send a true copy of the within document by electronic means (ECF) or email to the following:

| | |
|---|---|
| Robert J. McConnell, Esq.<br>Michael G. Rousseau, Esq.<br>Jonathan D. Orent, Esq.<br>Motley Rice LLC<br>321 South Main Street<br>Providence, RI 02940 | Neil T. Leifer<br>Thornton & Naumes, LLP<br>100 Summer Street, 30th Floor<br>Boston, MA 02110 |
| Mark W. Roberts<br>McRoberts, Roberts & Rainer, LLP<br>53 State Street<br>Boston, MA 02109 | Paul Revere, III, Esq.<br>Law Offices of Paul Revere, III<br>226 River View Lane<br>Centerville, MA 02632 |
| Russell X. Pollock, Esq.<br>Campbell, Campbell, Edwards & Conroy, PC<br>One Constitution Plaza<br>Boston, MA 02129 | Brian R. Cunha, Esq.<br>Brian Cunha & Associates, P.C.<br>904 Broadway<br>East Providence, RI 02914 |

/s/ *Kristen W. Sherman*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GAIL, JOHN D. AND JOHN F. CORVELLO, et al.<br><br>*Plaintiffs*,<br><br>vs.<br><br>NEW ENGLAND GAS COMPANY, INC.,<br><br>*Defendant*. | C.A. No. 05-0221T<br>(Related Cases: 05-274T; 05-370T; 05-522T) |

**NEW ENGLAND GAS COMPANY'S MEMORANDUM OF LAW IN SUPPORT OF EMERGENCY MOTION TO ACCELERATE THE HEARING OF RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT'S PENDING MOTION FOR PROTECTIVE ORDER**

As the Court may recall, RIDEM moved for a protective order seeking the return of some 400 allegedly privileged documents RIDEM produced to NEGasCo and then permitted NEGasCo's counsel to review them for approximately a month, even after NEGasCo's counsel advised RIDEM in writing that it appeared that the production included privileged documents, and that counsel was ceasing their review pending RIDEM's consent that such review could resume, which consent RIDEM then gave. On December 20, 2007, the Court held a conference addressing NEGasCo's motion for an extension to file opposition to the RIDEM Motion, and RIDEM's request that the documents at issue be held by the Court during the pendency of RIDEM's Motion. At that conference, the Court acknowledged NEGasCo's counsels' ethical handling of the

matter, noting that counsel alerted RIDEM in writing of their discovery of potentially privileged documents. (See Transcript of Dec. 20, 2006 Motion Hearing, at pp. 13-16, attached as Exhibit A.) At that hearing, RIDEM's counsel conceded that they "appreciate[]" the written advisory RIDEM had received from NEGasCo's counsel. (Id. at p. 14.)

On February 7, 2007, in the parallel administrative proceeding before RIDEM's Administrative Adjudication Division, NEGasCo's counsel sought admission *pro hac vice*. There is a discovery cutoff of May 11, 2007 in that matter. RIDEM has now filed an objection to such application on the basis that NEGasCo's counsel has been privy to RIDEM's privileged documents, notwithstanding that it was RIDEM itself that produced the documents and left them in counsel's hands for a month after receiving an express written warning. In any event, RIDEM has asked the Superior Court to deny the *pro hac* applications, or delay them, until this Court holds oral argument on March 20 and then rules whether RIDEM waived the privilege as to such documents.

RIDEM's argument smacks of gamesmanship (particularly in light of the written warning NEGasCo's counsel promptly provided to RIDEM). However, based on the fact that RIDEM has tied counsel's *pro hac* admission in the AAD proceeding to this Court's ruling on RIDEM's Motion, NEGasCo respectfully requests that, subject to the Court's availability, the Court accelerate argument and determination of RIDEM's Motion.

Dated: February 20, 2007

**ADLER POLLOCK & SHEEHAN P.C.**

/s/ *Kristen W. Sherman*
John A. Tarantino (#2586)
David A. Wollin (#4950)
Kristen W. Sherman (#5595)

One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 351-4607

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Eric D. Herschmann
David E. Ross
Seth Davis
1633 Broadway
New York, New York 10019
(212) 506-1700

**BISHOP LONDON BROPHY DODDS**
Christina Dodds
3701 Bee Cave Road
Austin, Texas 78746
(512) 479-5900

*Attorneys for Defendant*
*New England Gas Company,*
*a division of Southern Union Company*

## CERTIFICATION

Movant hereby certifies that it has in good faith conferred with Plaintiffs' counsel in an effort to resolve the dispute without court action and was unable to resolve the dispute.

/s/ *Kristen W. Sherman*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th[th] day of February, 2007, I did send a true copy of the within document by electronic means (ECF) or email to the following:

| | |
|---|---|
| Robert J. McConnell, Esq.<br>Michael G. Rousseau, Esq.<br>Jonathan D. Orent, Esq.<br>Motley Rice LLC<br>321 South Main Street<br>Providence, RI 02940 | Neil T. Leifer<br>Thornton & Naumes, LLP<br>100 Summer Street, 30th Floor<br>Boston, MA 02110 |
| Mark W. Roberts<br>McRoberts, Roberts & Rainer, LLP<br>53 State Street<br>Boston, MA 02109 | Paul Revere, III, Esq.<br>Law Offices of Paul Revere, III<br>226 River View Lane<br>Centerville, MA 02632 |
| Russell X. Pollock, Esq.<br>Campbell, Campbell, Edwards & Conroy, PC<br>One Constitution Plaza<br>Boston, MA 02129 | Brian R. Cunha, Esq.<br>Brian Cunha & Associates, P.C.<br>904 Broadway<br>East Providence, RI 02914 |

/s/ *Kristen W. Sherman*

409244_1.DOC