# EXHIBIT 2

-----Original Message-----
**From:** Wollin, David
**Sent:** Thursday, January 25, 2007 6:52 AM
**To:** Brian R. Cunha Esq.
**Cc:** David Ross; 'Seth Davis'
**Subject:** Bigelow, Burns

Brian:

Thanks for forwarding plaintiffs' Rule 26(a) Disclosure Statement. Plaintiffs' Rule 26(a)(1)(B) disclosure identifies reports, studies, analysis and supporting materials, as well as a compact disc that was to be forwarded under separate cover, that plaintiffs may use to support their claims. Please provide this material to me or let me know when it will be available for inspection.

Regards,

David Wollin

**Seth Davis**

**From:** Wollin, David [DWollin@apslaw.com]
**Sent:** Tuesday, May 15, 2007 9:09 AM
**To:** Brian Cunha
**Cc:** David Ross; Seth Davis
**Subject:** Bigelow/Burns

Brian: Our request, from several months ago, that plaintiffs in the Bigelow and Burns matters produce the materials referenced in their Rule 26(a)(1)(B) initial disclosure statements remains outstanding. Please produce all of the material referenced in these Rule 26(a)(1)(B) initial disclosure statements by week's end. Plaintiffs' failure to do so, will leave us no choice but to bring this matter to the Court's attention.

David Wollin