# EXHIBIT 3

-----Original Message-----
**From:** Brian Cunha [mailto:brian@briancunha.com]
**Sent:** Monday, June 11, 2007 2:17 PM
**To:** Wollin, David
**Subject:** RE: New England Gas

Sorry I will get the information to you within a week Brian

-----Original Message-----
**From:** Wollin, David [mailto:DWollin@apslaw.com]
**Sent:** Thursday, June 07, 2007 1:35 PM
**To:** Brian Cunha
**Cc:** David Ross; sdavis@kasowitz.com; Tallman, Ben
**Subject:** New England Gas

Brian: Plaintiffs have ignored NEGasCo's repeated requests for the production of documents referenced in their initial disclosure statement. As a consequence of plaintiffs' failure to adhere to their obligations under Rule 26, NEGasCo has prepared a motion to compel the production of that material. If, by the end of business tomorrow, we do not receive a response to this e-mail indicating a firm date **in the next 7 days** when that material will be produced or made available for inspection, NEGasCo will file its motion to compel. Please consider this our final effort to meet and confer with respect to this matter.

David Wollin