UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GAIL, JOHN D. and<br>JOHN F CORVELLO, et al<br><br>VS.<br><br>NEW ENGLAND GAS COMPANY INC. | : | C.A. No. 05-221T |
| KEVIN R. BURNS AND FLORENCE J. BURNS, et al<br><br>VS.<br><br>NEW ENGLAND GAS COMPANY, formerly known as FALL RIVER GAS COMPANY | : | C.A. No. 05-274T |
| COLLEEN BIGELOW, et al<br><br>VS.<br><br>NEW ENGLAND GAS COMPANY, formerly known as FALL RIVER GAS COMPANY | : | C.A. No. 05-370T |
| SHEILA REIS, DENNIS REIS, ASHLEY REIS et al<br><br>VS.<br><br>SOUTHERN UNION COMPANY dba FALL RIVER GAS COMPANY, and NEW ENGLAND GAS COMPANY | : | C.A. No. 05-522T |

**<u>PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO COMPEL</u>**

Now come the Plaintiffs in the above captioned matter and enclose a disc copy of the requested materials.

Wherefore, Plaintiffs request that the Defendant's Motion to Compel be passed.

/s/ Brian R. Cunha
Brian R. Cunha, Esq.
Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720
(508) 675-9500

Dated: July 2, 2007

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that all counsel of record are so registered.

/s/ Brian R. Cunha
Brian R. Cunha, Esq.

Dated: July 6, 2007