| | | |
|---|---|---|
| RE: | Colleen Bigelow, et al | C.A. No. 05-370T |
| | Gail Corvello, et al | C.A. No. 05-221T |
| | Kevin Burns, et al | C.A. No. 05-274T |
| | Sheila Reis, et al | C.A. No. 05-522T |
| VS: | New England Gas | |

## Certificate of Service

I hereby certify that **PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO COMPEL** was filed through the ECF system to the registered participants as identified on the Notice of Electronic Filing; a disc copy of the requested materials was sent via U.S. First Class Mail to David A. Wollin, Esq., Adler Pollock & Sheehan, PC, One Citizens Plaza, 8th Floor, Providence, RI 02903 on the 2nd day of July, 2007.

/s/ Brian R. Cunha
Brian R. Cunha, Esq.

Dated: July 6, 2007