**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| SHEILA REIS, DENNIS REIS, and ASHLEY REIS<br>Plaintiff<br><br>v.<br><br>NEW ENGLAND GAS COMPANY,<br>Defendant,<br>Third Party Plaintiff<br>v.<br><br>BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; BRIDGESTONE AMERICAS HOLDINGS, INC.; HONEYWELL INTERNATIONAL, INC.; TOWN OF TIVERTON; GULF OIL CORPORATION, INC.; INLAND FUEL TERMINALS, INC.; DOMINION RESOURCES, INC., and DOMINION ENERGY BRAYTON POINT, LLC.<br>Third Party Defendants | : | C.A No. 05-522T<br>(Related Cases: 05-274T; 05-370T; 05-0221T) |

**ENTRY OF APPEARANCE**

Paul M. Sanford hereby enters his appearance on behalf of Third Party Defendant, **INLAND FUEL TERMINALS, INC.,** in the above-captioned matter.

INLAND FUEL TERMINALS, INC.
By its attorneys,

*/s/ Paul M. Sanford*
Paul M. Sanford, Esq. (#2997)
BURNS & LEVINSON LLP
One Citizens Plaza, Suite 1100
Providence, Rhode Island 02903
401.831.8330 Telephone
401.831.8359 Facsimile
psanford@burnslev.com

Dated: October 2, 2007

CERTIFICATION

I hereby certify that on this 2nd day of October, 2007, a true copy of the foregoing was sent by electronic means (ECF) and first class mail, postage pre-paid, to:

John A. Tarantino
David A. Wollin
Kristen W. Sherman
ADLER, POLLOCK & SHEEHAN P.C.
One Citizens Plaza, Suite 8
Providence, RI 02903

Eric D. Herschmann
David E. Ross
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
1633 Broadway
New York, New York 10019

Christina Dodds
BISHOP, LONDON, BROPHY & DODDS
3701 Bee Cave Road, Suite 200
Austin, Texas 78746

Gerald J. Petros
Robin L. Main
HINCKLEY, ALLEN & SNYDER
50 Kennedy Plaza
Providence, RI 02903

Robert J. McConnell
Michael G. Rousseau
Jonathan D. Orent
MOTLEY RICE LLC
321 South Main Street
Providence, RI 02940

Neil T. Leifer
THORNTON & NAUMES LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Mark W. Roberts
McROBERTS, ROBERTS & RAINER LLP
53 State Street
Boston, MA 02109

Paul Revere, III
LAW OFFICES OF PAUL REVERE, III
226 River View Lane
Centerville, MA 02632

Russell X. Pollock
CAMPBELL, CAMPBELL, EDWARDS &
CONROY, PC
One Constitution Plaza
Boston, MA 02129

Brian R. Cunha
Brian Cunha & Associates, P.C.
904 Broadway
East Providence, RI 02914

Christopher P. McCormack
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601

*/s/ Susan M. Cook*

J:\Docs\81012\00000\01177994.DOC