UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GAIL CORVELLO, et al.,
KEVIN BURNS, et al.,
COLLEEN BIGELOW, et al., and
SHEILA REIS, et al.,

Plaintiffs,

vs.

NEW ENGLAND GAS COMPANY,

Defendant and
Third Party Plaintiff,

vs.

BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; BRIDGESTONE AMERICAS HOLDINGS, INC.; HONEYWELL INTERNATIONAL, INC.; TOWN OF TIVERTON; GULF OIL CORPORATION; INLAND FUEL TERMINALS, INC.; DOMINION RESOURCES, INC., and DOMINION ENERGY BRAYTON POINT LLC,

Third Party Defendants.

CIVIL ACTION NOS.
05-221T, 05-274T, 05-370T; 05-522T

**STIPULATION FOR EXTENSION OF TIME
TO RESPOND TO THIRD PARTY COMPLAINT**

Defendant and Third Party Plaintiff New England Gas Company and Third Party Defendant Honeywell International, Inc., through their undersigned attorneys, stipulate and agree that the time for Third Party Defendant Honeywell International Inc., to answer, move or otherwise respond to the Third Party Complaint is extended to October 31, 2007.

By: *_/s/ Gregory L. Benik_*
Gregory L. Benik, Esq.
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
gbenik@nixonpeabody.com

Counsel for Honeywell International Inc.

By: *_/s/ David A. Wollin_*
David A. Wollin, Esq. (#4950)
ADLER, POLLOCK & SHEEHAN PC
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
dwollin@apslaw.com

Counsel for New England Gas Company

Dated: October 9, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of October, 2007, an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United Stated District Court for the District of Rhode Island. Notice of this filing will be sent via e-mail to all parties able to accept electronic filings as indicated on the Notice of Electronic Filing or by other means to the counsel listed below.

**Notification via CMECF:**

Christina C. Dodds, CDodds@bishoplondon.com
Susan B. Forcier, susan.wilson@dem.ri.gov
Eric D. Herschmann, eherschmann@kasowitz.com
Robin-Lee Main, rmain@haslaw.com, sjfoster@haslaw.com
John J. McConnell, Jr., jmcconnell@motleyrice.com
Robert J. McConnell, bmcconnell@motleyrice.com
Michael D Mitchell, mmitchell@admin.ri.gov
Jonathan D Orent, jorent@motleyrice.com
Gerald J. Petros, gpetros@haslaw.com, clomas@haslaw.com
Mark W. Roberts, mroberts@mcrobertslaw.com
David E. Ross, dross@kasowitz.com
Paul M. Sanford, psanford@burnslev.com, scook@burnslev.com
Gregory S. Schultz, gregory.schultz@dem.ri.gov
Kristen W. Sherman, ksherman@apslaw.com, afontaine@apslaw.com, btallman@apslaw.com
Aileen L. Sprague, asprague@motleyrice.com
John A. Tarantino, jtarantino@apslaw.com, dhumm@apslaw.com
Bruce Gregory Tucker, btucker@legalmgt.com
Brian A. Wagner, brian.wagner@dem.ri.gov
Lewis S. Wiener, lewis.wiener@sablaw.com
David A. Wollin, dwollin@apslaw.com, epickett@apslaw.com, dciuffetelli@apslaw.com

**Notification via first class mail:**

Charles K. Mone
Russell X. Pollock
Anthony J. Sbarra, Jr.
CAMPBELL, CAMPBELL, EDWARDS & CONROY, PC
One Constitution Plaza
Boston, MA 02129

Neil T. Leifer
Christian F. Uehlein
THORNTON & NAUMES, LLP
100 Summer Street
30th Floor
Boston, MA 02110

Seth Davis
Noelle M. Kowalczyk
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019

Brian R. Cunha
BRIAN CUNHA & ASSOCIATES, P.C.
904 Broadway
East Providence, RI 02914

Paul Revere, III
LAW OFFICES OF PAUL REVERE, III
297 North Street, Suite 337
Hyannis, MA 02601

Heather Spurlock Kenneally
MCROBERTS, ROBERTS AND RAINER, LLP
53 State Street
Boston, MA 02109

Jeffrey Bromme
ARNOLD & PORTER LLP
555 12th Street, NW
Washington, DC 20004

William Wick
WACTOR & WICK
108 Grand Avenue, Suite 950
Oakland, CA 94612

Christopher P. McCormack
PULLMAN & COMLEY, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

Jeanne M. Scott
URSILLO, TEITZ & RITCH, LTD.
2 Williams Street
Providence, RI 02903

James F. Stutts
VP and General Counsel

Corporate Address:
DOMINION RESOURCES, INC.
120 Tredegar Street
Richmond, VA 23219

DOMINION ENERGY BRAYTON POINT LLC
One Brayton Point Road
Somerset, MA 02725

Thomas F. McGuire, Jr.
CITY OF FALL RIVER
1 Government Center
6th Floor
Fall River, MA 02722

Thomas F. McGuire, Jr.
LAW OFFICES OF MCGUIRE & COUGHLIN, P.C.
The Academy Building
70 South Main Street
P.O. Box 1187
Fall River, MA 02722-1187

David A. Cetola
MCROBERTS, ROBERTS AND RAINER LLP
53 State Street
Boston, MA 02109

Brad J. Mitchell
THORNTON & NAUMES LLC
100 Summer Street
Boston, MA 02110

/s/ Gregory L. Benik