UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| COLLEEN BIGELOW, et al., Plaintiffs, vs. NEW ENGLAND GAS COMPANY, Defendant. Third-Party Plaintiff, vs. BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, BRIDGESTONE AMERICAS HOLDINGS, INC, HONEYWELL INTERNATIONAL, INC, TOWN OF TIVERTON, GULF OIL CORPORATION, INLAND FUEL TERMINALS, INC, DOMINION RESOURCES, INC, and DOMINION ENERGY BRAYTON POINT, LLC, Third-Party Defendants. | C.A. No. 05-370T (Related Cases: 05-274T; 05-0221T; 05-522T) |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THIRD PARTY COMPLAINT**

Defendant and Third Party Plaintiff New England Gas Company and Third Party Defendant Gulf Oil Corporation, now known as Chevron U.S.A., Inc. (Chevron), through their attorney, stipulate and agree that the time for Third Party Defendant Gulf Oil Corporation, now know as Chevron U.S.A., Inc., to answer move or otherwise respond to the Third Party Complaint is extended to October 31, 2007.

By: */s/ Bruce G. Tucker*
Bruce G. Tucker, Esq. (#563)
Legal Management Services, LLC
55 Hammarlund Way
Middletown, RI 02842
Phone: (401) 843-8400
btucker@legalmgt.com

Counsel for Gulf Oil Corporation
now known as Chevron, U.S.A., Inc.

By: */s/ David A. Willis*
David A. Wollin, Esq. (#4950)
Adler, Pollock & Sheehan, PC
One Citizens Plaza, 8th Floor
Providence, RI 02903
Phone: (401) 274-7200
dwollin@apslaw.com

Counsel for New England Gas Company

Dated: October 18, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of October, 2007, I did send a true copy of the within document by electronic means (ECF) or by certified mail, return receipt requested to the following:

Kristen W. Sherman
John A. Tarantino
David A. Wollin
ADLER POLLOCK & SHEEHAN P.C
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
ksherman@apslaw.com
jtarantino@apslaw.com
dwollin@apslaw.com

Seth Davis
Eric D. Herschmann
Noelle M. Kowalczyk
David E. Ross
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
eherschmann@kasowitz.com
dross@kasowitz.com

Christina Dodds
BISHOP, LONDON, BROPHY, & DODDS
3701 Bee Cave Road, Suite 200
Austin, TX 78746
CDodds@bishoplondon.com

Robin-Lee Main
Gerald J. Petros
HINCKLEY, ALLEN & SNYDER
50 Kennedy Plaza
Providence, RI
gpetros@haslaw.com
rmain@haslaw.com

John J. McConnell, Jr.
Robert J. McConnell
Jonathan D. Orent
Aileen L. Sprague
MOTLEY RICE LLC
321 South Main Street
Providence, RI 02903
jmcconnell@motleyrice.com
bmcconnell@motleyrice.com
jorent@motleyrice.com
asprague@motleyrice.com

Neil T. Leifer
Brad J. Mitchell
Christian F. Uehlein
THORNTON & NAUMES, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

David A. Cetola
Mark W. Roberts
Heather Spurlock Kennealy
MCROBERTS,ROBERTS & RAINER, LLP
53 State Street
Boston, MA 02109
mroberts@mcrobertslaw.com
dcetola@mcrobertslaw.com
hskennealy@mcrobertslaw.com

Susan B. Forcier
Gregory S. Schultz
Brian A. Wagner
R.I. Department of Environmental Management
Office of Legal Services
235 Promenade Street, 4th Floor
Providence, RI 02903
susan.wilson@dem.ri.gov
gregory.schultz@dem.ri.gov
brian.wagner@dem.ri.gov

Gregory L. Benik
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
gbenik@nixonpeabody.com

Michael D. Mitchell
Department of Administration
One Capitol Hill
Providence, RI 02908
mmitchell@admin.ri.gov

Matthew B. Smith
Matthew B. Smith Attorney at Law
1206 Westminster Street
Providence, RI 02903
matthew@verdecchialaw.com

Brian R. Cunha
Brian Cunha & Associates, P.C.
904 Broadway
East Providence, RI 02914

Jeffrey Bromme
Arnold & Porter LLP
555 12th Street, NW
Washington, DC 20004

Christopher P. McCormack
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

Thomas F. McGuire, Jr.
City of Fall River
1 Government Center, 6th Floor
Fall River, MA 02722

Thomas F. McGuire, Jr.
Law Offices of McGuire & Coughlin, P.C.
The Academy Building
70 South Main Street
P.O. Box 1187
Fall River, MA 02722-1187

Paul M. Sanford
Burns & Levinson LLP
One Citizen Plaza, Suite 1100
Providence, RI 02903
psanford@burnslev.com

Lewis S. Wiener
Sutherland, Asbill & Brennan LLP
1375 Pennsylvania Avenue, NW
Washington, DC 20004-2415
Lewis.wiener@sablaw.com

Charles K. Mone
Russell X. Pollock
Anthony J. Sbarra, Jr.
Campbell, Campbell, Edwards & Conroy, PC
One Constitution Plaza
Boston, MA 02129

Paul Revere, III
Law Office of Paul Revere, III
297 North Street, Suite 337
Hyannis, MA 02601

William Wick
Wactor & Wick
108 Grand Avenue, Suite 950
Oakland, CA 94612

Jeanne M. Scott
Ursillo, Teitz & Ritch, Ltd.
2 Williams Street
Providence, RI 02903
jeannescott@utrlaw.com

James F. Stutts
VP and General Counsel
Dominion Resources, Inc.
120 Tredegar Street
Richmond, VA 23219

James F. Stutts
Dominion Energy Brayton Point LLC
One Brayton Point Road
Somerset, MA 02725

*/s/ Bruce G. Tucker*