UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GAIL, JOHN D. AND JOHN F. CORVELLO, ET AL.,

Plaintiffs,

v.

NEW ENGLAND GAS COMPANY,

Defendant and Third Party Plaintiff,

v.

BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, ET AL.,

Third Party Defendants.

Case No. 05-221T
(Related cases: 05-274T; 05-522T; 05-370T)

**MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE**

Third Party Defendants Dominion Resources, Inc. and Dominion Energy Brayton Point, LLC, hereby move that Andrew G. Mauck and Matthew B. Kirsner of Troutman Sanders LLP be admitted *pro hac vice* in the above case as counsel in this case with local associate counsel identified below, on the following grounds:

1. This case involves environmental, toxic tort and indemnity/contribution litigation, a complex area of the law in which pro hac vice counsel specializes.

2. Pro hac vice counsel's firm, Troutman Sanders LLP, has a long-standing representation of the client.

3. Attorneys Mauck and Kirsner have completed the within Attorney's Certification for Pro Hac Vice Admission.

Third Party Defendants,
Dominion Resources, Inc. and
Dominion Energy Brayton Point, LLC,
By Their Attorneys,

Craig R. Waksler, Esq.
R.I. Bar # 4945
Taylor, Duane, Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
(401) 273-7171
(401) 273-2904 (FAX)

DATED: 10/17/07

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GAIL, JOHN D. AND JOHN F. CORVELLO, ET AL., Plaintiffs, v. NEW ENGLAND GAS COMPANY, Defendant and Third Party Plaintiff, v. BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, ET AL., Third Party Defendants. | Case No. 05-221T (Related cases: 05-274T; 05-522T; 05-370T) |

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

(1) I certify that I am a member in good standing of the bars of the Commonwealth of Virginia and the District of Virginia, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) During the past twenty-four months I have not appeared or applied to be admitted in any other cases in this district.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

---

*Pro Hac Vice* Counsel:

Matthew B. Kirsner, Esq.
Va. Bar No. 41615
Troutman Sanders LLP
P.O. Box 1122
1001 Haxall Point
Richmond, VA
804-697-1449
804-698-6001 (FAX)

Local Associate Counsel:

Craig R. Waksler, Esq.
R.I. Bar # 4945
Taylor, Duane, Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
(401) 273-7171
(401) 273-2904 (FAX)

**ORDER:** This motion is hereby ______________________.

______________________________
U.S. District Judge
Date: ____________________________

# CERTIFICATE OF SERVICE

I, Craig R. Waksler, hereby certify that on October 17, 2007, I mailed a copy of the foregoing:

1. Motion for Entry of Appearance Pro Hac Vice

by regular mail, postage prepaid, to:

John A. Tarantino, Esq.
David A. Wollin, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Eric D. Herchmann, Esq.
David E. Ross, Esq.
Seth Davis, Esq.
Noelle M. Kowalczyk
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Christina Dodds
Bishop, London, Brophy, & Dodds
3701 Bee Cave Road, Suite 200
Austin, Texas 78746

Gerald J. Petros
Robin L. Main
Hinckley Allen & Snyder
50 Kennedy Plaza
Providence, RI 02903

Robert J. McConnell, Esq.
Michael G. Rousseau, Esq.
Johnathan D. Orent, Esq.
Motley Rice LLC
321 South Main Street
Providence, RI 02940

Mark W. Roberts
McRoberts, Roberts & Rainer, LLP
53 State Street
Boston, MA 02109

Russell X. Pollock, Esq.
Campbell, Campbell, Edwards & Conroy, PC
One Constitution Plaza
Boston, MA 02109

Neil T. Leifer
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Paul Revere, III, Esq.
Law Offices of Paul Revere, III
297 North Street, Suite 337
Hyannis, MA 02601

Brian Cunha, Esq.
Brian Cunha & Associates, P.C.
904 Broadway
East Providence, RI 02914

William Wick, Esq.
Wactor & Wick
180 Grand Avenue, Suite 950
Oakland, CA 94612

Christopher P. McCormack
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

Jerry W. Ross, Esq.
Pillsbury Winthrop Shaw Pittman LLP
2 Houston Center
909 Fannin, Suite 2000
Houston, TX 770010-1018

Jeffrey Bromme, Esq.
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004

Jeanne M. Scott, Esq.
Ursillo, Teitz & Ritch, Ltd.
2 Williams Street
Providence, RI 02903

Thomas F. McGuire, Jr., Esq.
City of Fall River
Corporation Counsel
1 Government Center, 6th Floor
Fall River, MA 02722

Craig R. Waksler