AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

COLLEEN BIGELOW, et al.
Plaintiffs

v.

NEW ENGLAND GAS COMPANY,
Defendant,
Third Party Plaintiff

v.

BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; BRIDGESTONE AMERICAS HOLDINGS, INC.; HONEYWELL INTERNATIONAL, INC.; TOWN OF TIVERTON; GULF OIL CORPORATION, INC.; INLAND FUEL TERMINALS, INC.; DOMINION RESOURCES, INC., and DOMINION ENERGY BRAYTON POINT, LLC. and CITY OF FALL RIVER
Third-Party Defendants

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-370T
(Related Cases: 05-274T; 05-221T, 05-522T)

**TO: CITY OF FALL RIVER**
c/o Thomas Mcguire, Corporation Counsel
1 Government Center, 6th Floor
Fall River, Massachusetts 02722

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY:

David A. Wollin, Esq.
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903

an answer to the third-party complaint which is herewith served upon you within __20__ days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

CLERK

10/25/07
DATE

Wendy Seib
(BY) DEPUTY CLERK

Gayle Orlando
Gayle Orlando

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | Date 29 October, 2007 |
| Name of Server: George R. Clark | Title Constable #6025 |

**Check box below to indicate appropriate method of service**

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other (specify): Served as authorized agent for service

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| | 45.00 | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 29 October, 2007
Date

George R. Clark Constable #6025
Signature of Server

84 Weaver Rd., Johnston, R.I. 02919
Address of Server