# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COLLEEN BIGELOW, et al. | : | |
| | : | C.A. No.: 05-370T |
| VS. | : | (Related cases: 05-274T; 05-022T 05-221T) |
| | : | |
| NEW ENGLAND GAS COMPANY, et al | : | |

## STIPULATION OF DISMISSAL

Now come the following Plaintiffs, KEVIN R. BURNS, FLORENCE J. BURNS, LEONARD BOUCHARD, SUSAN M. FERREIRA, RAYMOND GAGNON, CORRINE GAGNON, WILLIAM HILL, SR., JOANN HILL, MICHAEL LEBEAU, CARRIE LEBEAU, CAROL A. MATHEWS, KAREN OLIVEIRA, RICHARD RAPOZA, LAUREN RAPOZA, GRANT R. SCHOFIELD, MELANIE CREADOR, ROBERT CREADOR, LUIS RESENDES, LOUISE RESENDES, LUIS RESENDES, JR., LINDA RESENDES, DANIEL SCHREFFLER COLLEEN BIGELOW, DAVID TAVARES, RACHEL CARVALHO, ppa LORI A. CARVALHO, Mother and Next Friend of Rachel Carvalho, a Minor, THOMAS PATERSON, THERESA PICARD, MANUEL MENDONCA , and DENISE MENDONCA and voluntarily dismiss their Complaint, with prejudice and without costs.

As reasons, therefore Plaintiffs state that upon further discovery it has been ascertained that although their properties are located on the streets and in the area where New England Gas Company, et al allegedly deposited contaminated waste products that no contamination has been identified on their properties and as such, Plaintiff would request that their cases be dismissed.

Based upon the above, Plaintiffs would respectfully request that this stipulation be granted.

Plaintiffs, By their Attorneys

/s/ Brian R. Cunha
Brian R. Cunha, Esq.
Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720
(508) 675-9500

Assented to by:

/s/ David E. Ross
David E. Ross, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that all counsel of record are so registered.

Dated: December 14, 2007

/s/ Brian R. Cunha
Brian R. Cunha, Esq.