# UNITED STATES DISTRICT COURT
FOR THE
# DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **GAIL, JOHN D. and JOHN F. CORVELLO, et al.**<br>*Plaintiffs,*<br><br>**vs.**<br><br>**NEW ENGLAND GAS COMPANY, INC.,**<br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>) | **C.A. No. 05-0221T** |

**RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT'S MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF RESPONDING TO NEW ENGLAND GAS COMPANY'S MOTION FOR A PARTIAL JUDGMENT ON THE PLEADINGS**

Now comes the Rhode Island Department of Environmental Management ("RIDEM"), by and through its undersigned counsel, and, pursuant to Rule 24 of the Federal Rules of Civil Procedure, hereby respectfully submits this Motion to Intervene in these Proceedings for the Limited Purpose of Responding to the Motion for a Partial Judgment on the Pleadings filed by New England Gas Company ("NEGC") dated October 31, 2007 (Document 328).

In support of this Motion to Intervene, RIDEM submits the following:

The Court invited RIDEM to intervene in this matter for this limited purpose based on NEGC's argument that Plaintiff's claims should be dismissed on the ground that entertaining a claim for such relief would interfere with RIDEM's efforts to deal with the contaminated properties involved in this matter. RIDEM clearly has an interest in this matter, as it is the state agency with exclusive authority to regulate and approve contaminated site remediation projects in the State of Rhode Island. RIDEM submits that some interference with RIDEM's efforts could occur if the Court should decide to fashion a specific remediation plan for the

contaminated properties at issue. RIDEM's position is more clearly set out in the attached pleading in response to NEGC's Motion for Partial Judgment on the Pleadings.

For the foregoing reasons, RIDEM requests that it be permitted to intervene in this matter for the purpose of responding to NEGC's Motion for Partial Judgment on the Pleadings, and further requests that the attached response and position of RIDEM be considered by the Court in rendering a decision on that Motion.

Dated: December 17, 2007

Respectfully submitted,
STATE OF RHODE ISLAND
DEPARTMENT OF ENVIRONMENTAL
MANAGEMENT
By its attorney,

/s/ Susan B. Forcier

Gregory S. Schultz; RI Bar No. 5570
Susan B. Forcier; RI Bar No. 7278
RIDEM – Office of Legal Services
235 Promenade Street, 4th Floor
Providence, RI 02908
Tel. – (401) 222-6607
Fax - (401) 222-3378

Lewis S. Wiener, Esq.
Admitted *pro hac vice*
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415
Telephone: (202) 383-0140
Facsimile: (202) 637-3593

**Certificate of Service**

This document has been filed electronically pursuant to "AP for Electronic Filing in the United States District Court for the District of Rhode Island," Admin. Order 2006-01. This document is available for viewing and downloading via the court's Electronic Case Filing System at *https://ecf.rid.uscourts.gov/*.

Service upon the following parties was completed electronically via the ECF system on December 17, 2007, pursuant to Fed.R.Civ.P. 5(b)(2)(D) and §10(b) of Admin. Order 2006-01:

Gregory L. Benik gbenik@jreri.com, mbiagetti@jreri.com

Jeffrey Bromme jeffrey_bromme@aporter.com

David A. Cetola dcetola@mcrobertslaw.com

David A. Crichlow david.crichlow@pillsburylaw.com

Christina C. Dodds CDodds@bishoplondon.com

David M. Goldberg david.goldberg@pillsburylaw.com, catherine.mcculley@pillsburylaw.com, judy.way@pillsburylaw.com

Eric D. Herschmann eherschmann@kasowitz.com

Heather Spurlock Kennealy hskennealy@mcrobertslaw.com

Neil T. Leifer nleifer@tenlaw.com

Robin-Lee Main rmain@haslaw.com, sjfoster@haslaw.com

John J. McConnell , Jr jmcconnell@motleyrice.com

Robert J. McConnell bmcconnell@motleyrice.com, lgrande@motleyrice.com

Christopher P. McCormack cmccormack@pullcom.com

Brad J. Mitchell bmitchell@tenlaw.com

Michael D Mitchell mmitchell@admin.ri.gov

Anthony F. Muri amuri@murilaw.com

Jonathan D Orent jorent@motleyrice.com

Gerald J. Petros gpetros@haslaw.com, clomas@haslaw.com

Mark W. Roberts mroberts@mcrobertslaw.com

David E. Ross dross@kasowitz.com

Paul M. Sanford psanford@burnslev.com, scook@burnslev.com

Jeanne M. Scott jeannescott@utrlaw.com

Kristen W. Sherman ksherman@apslaw.com, afontaine@apslaw.com, btallman@apslaw.com

Kimberly A. Simpson ksimpson@vetterandwhite.com

Matthew B. Smith matthew@verdecchialaw.com

Aileen L. Sprague asprague@motleyrice.com

Christian Bennett White Stephens cstephens@taylorduane.com

John A. Tarantino jtarantino@apslaw.com, dhumm@apslaw.com

Bruce Gregory Tucker btucker@legalmgt.com

Christian F. Uehlein cuehlein@tenlaw.com

Craig R. Waksler cwaksler@taylorduane.com

Benjamin V. White , lll bwhite@vetterandwhite.com

William D Wick bwick@ww-envlaw.com

David B. Willis dwillis@legalmgt.com

David A. Wollin dwollin@apslaw.com, dciuffetelli@apslaw.com, epickett@apslaw.com

/s/ Susan B. Forcier

Service upon the following parties was completed by first class mail, postage prepaid on December 17, 2007:

Seth Davis
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019

Matthew B. Kirsner
Troutman Sanders, LLP
P.O. Box 1122
1001 Haxall Point
Richmond, VA 23208

Noelle Kowalczyk
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Michael K. Marran
P.O. Box 6067
321 South Main St.
Suite 200
Providence, RI 02940-6067

Andrew G. Mauck
Troutman Sanders LLP
P.O. Box 1122
1001 Haxall Point
Richmond, VA 23208

Kerry T. Ryan
Tarlow, Breed, Hart & Rodgers P.C.
101 Huntington Avenue
Prudential Center
Suite 500
Boston, MA 02199

Emily C. Shanahan
Tarlow, Breed, Hart & Rodgers, P.C.
101 Huntington Avenue
Prudential Center
Suite 500
Boston, MA 02199

/s/ Susan B. Forcier