UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GAIL, JOHN D. and JOHN F. CORVELLO, et al., )
Plaintiffs, )
vs. )
NEW ENGLAND GAS COMPANY, )
Defendant/Third Party Plaintiff )
vs. )
BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, et al., )
Third-Party Defendants. )

C.A. No. 05-0221T
(Related Cases: 05-274T; 05-370T; 05-522T)

**MOTION OF PLAINTIFFS FOR TRIAL PLAN INVOLVING A REPRESENTATIVE SUBSET OF PLAINTIFFS AND REQUEST FOR EXPEDITED HEARING**

Now come the plaintiffs in the above-captioned matter and respectfully request this Honorable Court order that the parties submit a subset of representative plaintiffs whose claims will be tried to a jury. The plaintiffs request the Court direct that each side designate four representative plaintiffs for a total of eight plaintiffs at trial. The grounds in support of this motion are set forth in the attached Memorandum of Law. Further, the plaintiffs request that a hearing on this matter be expedited due to the fact that there are only 10 weeks of discovery remaining.

By their Attorneys,

/s/ Mark W. Roberts
**MCROBERTS, ROBERTS AND RAINER, LLP**
53 State Street
Boston, MA 02109
(617)-722-8222

Neil T. Leifer
David C. Strouss
Brad J. Mitchell
Christian F. Uehlein
**THORNTON & NAUMES, LLP**
100 Summer Street, 30th Floor
Boston, MA 02110
(617) 720-1333

Robert J. McConnell (#3888)
Jonathan D. Orent (#7408)
**MOTLEY RICE, LLC**
321 South Main Street
Providence, RI 02940
(401) 457-7700

Date: December 20, 2007