# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COLLEEN BIGELOW, et al. | : | |
| | : | C.A. No.: 05-370T |
| VS. | : | (Related cases: 05-274T; 05-022T |
| | : | 05-221T) |
| NEW ENGLAND GAS COMPANY, et al | : | |

## MOTION TO WITHDRAW AS ATTORNEY

Now comes Attorney Brian R. Cunha, and hereby moves this Court to all the withdrawal of his appearance on the above-captioned matter.

As reasons, therefore Attorney Brian R. Cunha states that Attorney Mark W. Roberts has entered his appearance on these cases.

Wherefore, Attorney Cunha requests that this Motion be granted.

Plaintiffs, By their Attorneys

/s/ Brian R. Cunha

Brian R. Cunha, Esq.
Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720
(508) 675-9500

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that all counsel of record are so registered.

/s/ Brian R. Cunha
Brian R. Cunha, Esq.

Dated: December 27, 2007