**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| GAIL, JOHN D. AND JOHN F. CORVELLO, et al., | ) |
| *Plaintiffs,* | ) |
| v. | ) |
| NEW ENGLAND GAS COMPANY, INC., | ) C.A. No. 05-221T |
| *Defendant and Third-Party Plaintiff,* | ) (Consolidated case nos: 05-274T, 05- 370T, 05-522T) |
| v. | ) |
| BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; BRIDGESTONE AMERICAN HOLDINGS, INC.; HONEYWELL INTERNATIONAL, INC.; TOWN OF TIVERTON; GULF OIL CORPORATION; INLAND FUEL TERMINALS, INC.; DOMINION RESOURCES, INC.; DOMINION ENERGY BRAYTON POINT LLC, and THE CITY OF FALL RIVER | ) |
| *Third-Party Defendants.* | ) |

**PLAINTIFFS' MOTION TO EXTEND THE PERIOD FOR FILING THEIR ENVIRONMENTAL AND FORENSIC EXPERT REPORTS TO FEBRUARY 15, 2008 AND REQUEST FOR EXPEDITED HEARING**

Plaintiffs hereby request that the Court compel the Defendant New England Gas Company, Inc ("NEGCo") to permit the Plaintiffs and/or their agents to enter upon land located at Charles and Bay Streets in Fall River, Massachusetts ("Property") to investigate the Property, and, collect and analyze one or more samples of the soil and groundwater at the Property in accordance with the Court's December 28, 2007 Order, document 315.

In support of this motion, the Plaintiffs state:

1. On or about October 5, 2007 the Plaintiffs submitted a Request pursuant to Federal Rules of Civil Procedure, Rule 34(a)(2) to NEGCo requesting permission to access the Property where NEGCo formerly operated a coal gas manufacturing

plant for the purpose of taking soil and ground water samples from the site. Plaintiffs requested that the sampling occur on November 6, 2007. Just before the selected date, Defendant announced that it would require an access agreement. After more than five weeks of unsuccessful negotiations on a relatively routine document, Plaintiffs filed a Motion to Compel on December 14, 2007.

2. On Friday, December 28, 2007, the Court Granted Plaintiffs' Motion to Compel and ordered that "Plaintiffs' agents be given immediate access to Defendant's property located at 120 Charles Street, Fall River, Massachusetts ("Site") to conduct sampling ..." A few days before the investigation was to occur, NEGCo refused Plaintiffs access unless they prepared an access agreement.

3. The Plaintiffs and Defendant met at the Site on Monday, December 31, 2007 to stake the testing locations. Since then the drilling has continued to be put off due to the actions of NEGCo. The Plaintiffs proposed to drill on Thursday, January 4, 2007. That date did not work for the Defendant so the drilling was rescheduled for Friday, January 5th subject to NEGCo confirmation. In accordance with the access agreement, on January 2, 2007 a certificate of insurance was sent to NEGCo. On January 2nd NEGCo notified the Plaintiffs without explanation that Friday would not work but the drilling would be allowed on Monday, January 7, 2008. On January 3, 2008, the Plaintiffs submitted the sampling plan which confirmed the sampling protocol which had been discussed between counsel for weeks.

4. At 12:40 on January 4, 2007, NEGCo sent an email stating the following:

> Mark: there are insurance and work plan issues we need to work thru with you. Can we call you at 430pm (sic) to discuss? Regards, David

5. Plaintiffs' counsel immediately responded that given it was Friday afternoon, that any issues with insurance should be stated immediately so that they could be cured and suggested that the consultants for the parties speak to resolve any technical issues with the sampling plan. However, NEGCo did not respond, did not inform plaintiffs what the issues were, nor did its consultants speak to Plaintiffs' consultants. At 3:24 pm, Plaintiffs' counsel informed counsel for the Defendant that if the outstanding issues were not resolved by 4:00 pm, the sampling on Monday would have to be cancelled as the drillers need to be cancelled by that time or charge whether they go or not. At 3:45 pm, NEGCo finally responded with specific issues related to the access agreement, (which the Plaintiffs cured within an hour), and raising new conditions to access. After multiple emails and telephone conferences, less than 15 minutes before Plaintiffs filed a supplemental Motion to Compel Access and less than 2 1/2 hours after NEGCo raised its new issues, a compromise was reached to allow access. However, due to the timing (issues resolved approximately 7:00 pm), Plaintiffs could not reschedule the drillers, so drilling is now scheduled for Tuesday, January 8, 2008.

6. Plaintiffs have attempted to gain access to NEGCo's Charles Street facility since October. The testing and comparison of samples collected in the Moratorium area and at the Charles Street facility is an integral part of establishing NEGCo's liability. Some of the analyses that Plaintiffs are running on the soil samples ordinarily take 30 days to be returned. Plaintiffs are paying a premium to have the results expedited which will shorten the period for results to 2 weeks. Additionally, Plaintiffs are going forward with a whole battery of analyses rather

than sequencing the analyses as originally planned. There is no way to expedite these analyses any faster. The results need to be received and then analyzed by Plaintiffs' environmental and forensic experts. As a result, even without allowing for supplemental testing, Plaintiffs are now in a position, due to NEGCo's continued delays in granting access to the Charles Street facility, where Plaintiffs environmental and forensics experts can not complete their primary expert report until February 15, 2008 and may have to file minor supplementations if further analyses are mandated based upon the initial test results.

7. The Parties are talking and hope to be able to submit a comprehensive expert disclosure and deposition plan that accounts for this delay. However, the Plaintiffs wanted to bring this issue to the Court as soon as possible because, although no firm schedule has been established by the Court, at the discovery conference on November 16, 2007, Plaintiffs proposed getting all of their expert reports filed by January 31, 2008, which they are attempting to do, but will be unable to meet this deadline for their environmental and forensics experts due to the delays described above.

WHEREFORE, the Plaintiffs respectfully request that the Court to permit Plaintiffs up to and including February 15, 2008 to file their environmental and forensic expert reports.

Dated: January 7, 2007

Respectfully submitted,

PLAINTIFFS,
By and through their attorneys,

*/s/ Robert J. McConnell*
Robert J. McConnell (#3888)
Jonathan D. Orent (#7408)
**MOTLEY RICE, LLC**

321 South Main Street
Providence, RI 02940
(401) 457-7700

*/s/ Neil T. Leifer*
David C. Strouss
Neil T. Leifer
Brad J. Mitchell
**THORNTON & NAUMES, LLP**
100 Summer Street, 30th Floor
Boston, MA 02110
(617) 720-1333

*/s/ Mark W. Roberts*
Mark W. Roberts
**MCROBERTS, ROBERTS AND RAINER, LLP**
53 State Street
Boston, MA 02109
(617)-722-8222
(617)-720-2320 Fax

**CERTIFICATION**

Service upon the following parties was completed electronically via the ECF system on December 14, 2007 pursuant to Fed.R.Civ.P. 5(b)(2)(D) and §10(b) of Admin. Order 2006-01.

*/s/ Mark W. Roberts*
Mark W. Roberts

**Plaintiffs' Counsel**

Paul Revere, III
Law Offices of Paul Revere, III
226 River View Lane
Centerville, MA 02632
Email: ReverelII@aol.com

Brian R. Cunha, Esq.
Law Offices of Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720
Email: brian@briancunha.com

Richard J. Zabbo, Esq.
Ratcliffe Burke Harten & Elias LLP
160 Financial Plaza
Providence, RI 02903
Email: rzabbo@rbhelaw.com

**Southern Union**

David A. Wollin, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
401-274-7200
dwollin@apslaw.com

John Tarantino, Esq.
Adler Pollock & Sheehan, P.C.
175 Federal Street, 10th Floor
Boston, MA 02110
617-482-0600
617-482-0604
jtarantino@apslaw.com

Kristen W. Sherman, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
274-7200
Fax: 351-4607
Email: ksherman@apslaw.com

David E. Ross, Esq.
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019
212-506-1700
212-506-1800
dross@kasowitz.com

Seth Davis, Esq.

Eric D. Herschmann, Esq.

Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019
212-506-1790
Fax: 212-506-1800

Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019
212-506-1700
Fax: 212-506-1800
Email: eherschmann@kasowitz.com

Noelle Kowalczyk, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
212-506-1700
Fax: 212-506-1800

Gerald J. Petros, Esq.
Hinckley, Allen & Snyder
50 Kennedy Plaza
Suite 1500
Providence, RI 02903
274-2000
Fax: 277-9600
Email: gpetros@haslaw.com

Robin-Lee Main, Esq.
Hinckley Allen & Snyder
50 Kennedy Plaza, Suite 1500
Providence, RI 02903-0819
401-274-2000
Email: rmain@haslaw.com

Christina C. Dodds, Esq.
Bishop London Brophy Dodds, PC
3701 Bee Cave Road
Austin, TX 78746
512-479-5900
Fax: 512-479-5934
Email: CDodds@bishoplondon.com

**INTERESTED PARTIES**

**RIDEM**

Lewis S. Wiener, Esq.
Sutherland, Asbill & Brennan LLP
1375 Pennsylvania Ave, NW
Washington, DC 20004-2415
Tel: 202-383-0140
Fax: 202-637-3593
Cell: 202-299-7992
Email: lewis.wiener@sablaw.com
LEAD ATTORNEY

Patty Allison Fairweather, Esq.
Executive Counsel
State of Rhode Island
Department of Environmental Management
Office of Legal Services
235 Promenade Street
Providence, RI 02908-5767
Tel: 401-222-6607
Fax: 401-222-3378
patty.fairweather@dem.ri.gov

Susan B. Forcier, Esq.
RI Department of Environmental Management
Office of Legal Services
235 Promenade Street
Fourth Floor
Providence, RI 02908
222-6607
Fax: 222-3378
Email: susan.wilson@dem.ri.gov

Gregory S. Schultz, Esq.
Legal Counsel
State of Rhode Island
Department of Environmental Management
Office of Legal Services
235 Promenade Street
Providence, RI 02908-5767
Tel: 401-222-6607
Fax: 401-222-3378
gregory.schultz@dem.ri.gov

**RI Governor Donald L. Carcieri**

Michael D. Mitchell, Esq.
Department of Administration
One Capitol Hill
Providence, RI 02908
401-222-8339
Fax: 401-222-8244
Email: mmitchell@admin.ri.gov

Matthew B. Smith, Esq.
Matthew B. Smith, Esq., Attorney At Law
1206 Westminster St.
Providence, RI 02909
272-7277
Fax: 454-5557
Email: matthew@verdecchialaw.com

**Jose Souza, Sr.**

Michael K. Marran, Esq.
PO Box 6067
321 South Main Street, Suite 200
Providence, RI 02940-6067
401-454-4000
Fax: 401-457-7708

**THIRD PARTY DEFENDANTS**

**Gulf Oil Corporation**

Bruce Gregory Tucker, Esq.
55 Hammarlund Way
Middletown, RI 02842
401-843-8400
Fax: 401-843-8401
Email: btucker@legalmgt.com

David B. Willis, Esq.
Legal Management Services, LLC
55 Hammarlund Way
Middletown, RI 02842
401-843-8400
Fax: 401-843-8401

David A. Crichlow, Esq.
Pillsbury Winthrop Shaw Pittman, LLP
1540 Broadway
New York, New York 10036
Tel: 2212-858-1640
Fax: 212-858-1500

David M. Goldberg, Esq.
Pillsbury Winthrop Shaw Pittman, LLP
1540 Broadway
New York, New York 10036
Tel: 215-858-1450
Fax: 917-456-3472

Catherine C. McCulley, Esq.
Pillsbury Winthrop Shaw Pittman, LLP
909 Fannin Street
Houston, TX 77010
713-276-7633
Fax: 281-582-7545

**Bridgestone Firestone North American Tire, LLC; Bridgestone Americas Holdings, Inc.:**

Benjamin V. White, III Esq.
Vetter & White Inc.

Kimberly A. Simpson, Esq.
Vetter & White Inc.

20 Washington Place
Providence, RI 02903
Tel: 401-421-3060
Fax: 401-272-6803
bwhite@vetterandwhite.com

20 Washington Place
Providence, RI 02903
Tel: 401-421-3060
Fax: 401-272-6803
ksimpson@vetterandwhite.com

William David Wick
Wactor & Wick LLP
180 Grand Avenue
Suite 950
Oakland, CA 94612

**Inland Fuel Terminals, Inc:**

Paul M. Sanford, Esq.
Burns & Levinson LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903
401-831-8330
Fax: 401-831-8359
Email: psanford@burnslev.com

Christopher P. McCormack, Esq.
PULLMAN & COMLEY, LLC
850 Main Street P.O. Box 7006
Bridgeport, CT 06601-7006
Phone: 203-330-2016
Fax: 203-576-8888
Email: cmccormack@pullcom.com

**Honeywell International, Inc**

Gregory L. Benik, Esq.
Benik & Associates P.C.
931 Jefferson Boulevard, Suite 2008
Warwick, RI 02886
401-454-0054
401-732-5054 facsimile
gbenik@jreri.com

Jeffrey Bromme, Esq.
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
202-942-6254
Fax: 202-942-5999
Email: jefrey_bromme@aporter.com

**Dominion Resources, Inc**
**Dominion Energy Brayton Point LLC :**

Andrew G. Mauck, Esq.
Troutman Sanders LLP
P.O. Box 1122
1001 Halifax Point
Richmond, VA 23208

Christian Bennett White Stephens, Esq.
Taylor Duane Barton & Gilman LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
401-273-7171
Email: cstephens@taylorduane.com

Matthew B. Kirsner, Esq.
Troutman Sanders, LLP
P.O. Box 1122
1001 Haxall Point
Richmond, VA 23208
804-697-1449

Craig R. Waksler, Esq.
McGivney & Kluger, P.C.
72 Pine Street, 1st Floor
Providence, RI 02903
Tel: 401-272-5300
Fax: 401-331-7454

Fax: 804-698-6001

cwaksler@mcgivneyandkluger.com

**CITY OF FALL RIVER:**

Kerry T. Ryan, Esq.
Tarlow Breed Hart & Rodgers, P.C.
101 Huntington Avenue
Prudential Center
Boston, MA 02199
Main # 617-218-2000\
Direct Line: 617-218-2027
Kryan@tbhr-law.com

Anthony F. Muri, Esq.
Muri Associates LLC
10 Weybosset Street
Providence, RI 02903
401-421-7300
Fax: 401-421-7352
Email: amuri@murilaw.com

Emily C. Shanahan, Esq.
Tarlow, Breed, Hart & Rodgers, PC
101 Huntington Avenue
Prudential Center
Suite 500
Boston, MA 02199
617-218-2000
Fax: 617-261-7673

**TOWN OF TIVERTON:**

Jeanne M. Scott, Esq.
URSILLO, TEITZ & RITCH, Ltd.
2 Williams Street
Providence, RI 02903
401-331-2222 Ext. 205
Email: Jeannescott@utrlaw.com