# EXHIBIT B

**From:** David Ross
**Sent:** Wednesday, December 19, 2007 3:44 PM
**To:** 'Heather Spurlock Kennealy'
**Cc:** 'Mark Roberts'; McConnell, Bob; 'Christian Uehlein'; Seth Davis; Noelle Kowalczyk; Cara Ciuffani; Samuel K. Moore; Eric D. Herschmann; 'Christina Dodds'; 'gpetros@haslaw.com'; dwollin@apslaw.com; Edward Lee; David Ross
**Subject:** Corvello: Deposition Scheduling and Delinquent Discovery Responses

Dear Heather: As you may recall, we have requested but not yet received plaintiffs' responses to NEGC's document requests, and have requested but not received the now overdue discovery responses for all plaintiffs who have yet to be deposed. Please confirm that we will receive these before Christmas. Second, at a minimum, as regards the witnesses we've now noticed for January 2, 3 and 4, please confirm by noon tomorrow that such witnesses will be produced on those dates (and at those times), so we can ship the relevant files to Providence in a timely way. Thank you.

Regards,
David

David E. Ross, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019-6799
(T) 212-506-1748
(F) 212-506-1800
dross@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.