MotleyRice

Robert J. McConnell
Licensed in MA & RI
DIRECT DIAL 401.457.7703
DIRECT FAX 401.457.7708
BMcconnell@motleyrice.com

December 17, 2007

Noelle M. Kowalczyk, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019-6799

Re: Corvello, et al. v. New England Gas Co.

Dear Noelle:

This is in response to your November 9, 2007 letter. As requested, we are providing you with an amended privilege log with additional detail and information to assist you in ascertaining the nature of the privilege being asserted. We are also providing you with the following documents that you requested: Ransom Environmental pages that you claimed were missing; REC 1914-1916, of which we are not claiming privilege; and corrupt images from the Geoinsight CDs that you requested.

Your claim that Nixon Peabody was retained by Janice Carroll and the Simpson Estate to assist with "lobbying" efforts directed toward RIDEM is incorrect. Nixon Peabody was retained in August 2003 by Mrs. Carroll and the Simpson Estate to provide legal counsel and advice concerning properties they owned that are subject to the Tiverton moratorium. Nixon Peabody retained Ransom Environmental to assist Nixon Peabody in rendering legal advice to Mrs. Carroll and the Simpson Trust. Communications between Mrs. Carroll and Ransom are therefore also protected by the attorney-client privilege. See, Cavallaro v. U.S., 284 F.3d, 236 (1st Cir. 2002).

Please let me know if you have any questions after reviewing the amended privilege log.

Very truly yours,

Robert J. McConnell

RJM:lmg
Enclosures
cc: Mark W. Roberts, Esq.

# CORVELLO, et al. VS. NEGCO

## Privilege Log

## (Bates Nos. REC & GII Prefixes)

*See index of individuals appearing on privilege log located at end of chart.

| Date | Bates Nos. | Author (A) Recipient (R) | Description | Privilege |
|---|---|---|---|---|
| Ransom Environmental Consultants, Inc. | | | | |
| REC 1 - 54 (non-privileged docs.) produced to NEGCO 09/19/07 | | | | |
| 07/02/58 & 10/25/60 | REC 54 | Gilbert Silva Company (A) | Diagram (prepared by Gilbert Silva Co.) of Simpson properties with handwritten notes obtained and reviewed in anticipation of litigation. | WP |
| 02/18/04 | REC 55 | Ransom (A) | Ransom internal notes on 02/18/04 *ProJo* newspaper article on Tiverton site obtained and reviewed in anticipation of litigation. | WP |
| REC 56 - 62 (non-privileged docs.) produced to NEGCO 09/19/07 | | | | |
| Jan., 2004 | REC 63 | Ransom (A); Nixon Peabody (R) | Diagram of Simpson properties with handwritten notes prepared at the request of legal counsel and reviewed by legal counsel in anticipation of litigation. | WP |
| June, 1918 | REC 64 | E. M. Corbett (A) | 1918 Diagram by (Engineer E. M. Corbett) of Borden property obtained in anticipation of litigation at the request of Ransom and Carolyn Kaplan. | WP |
| undated | REC 65 | Unknown | Diagram of the Simpson property obtained in anticipation of litigation at the request of Ransom and Carolyn Kaplan. | WP |
| REC 66 - 507 (non-privileged docs.) produced to NEGCO 09/19/07 | | | | |
| 04/27/02 | REC 508-553 | Ransom (A) | Notes and draft presentation to DEM re historic review of Fall River Gas Works ("FRGW") and properties north of Judson Street prepared in anticipation of litigation. | WP |
| 01/27/03 | REC 554-616 | Ransom (A) | Ransom handwritten notes commenting on 01/27/03 letter from Jeff Crawford, RIDEM, to Robert Young, Southern Union reviewed in | WP |

| | | | | |
|---|---|---|---|---|
| | | | anticipation of litigation. | |
| REC 617 - 772 (non-privileged docs.) produced to NEGCO 09/19/07 | | | | |
| 02/17/04 | REC 773 - 778 | Environmental Data Resources (A); Ransom (R) | Research re surveys of electronic Sanborn maps of FRGW prepared at Ransom's request in anticipation of litigation. | WP |
| REC 779 - 1664 (non-privileged docs.) produced to NEGCO 09/19/07 | | | | |
| 03/24/07 | REC 1665 – 1665 A | Carolyn Kaplan, Nixon Peabody (A); Gary Kaufman, Ransom (R) | E-mail re legal issues involving extent of Moratorium Area with handwritten notes re legal consultation and decisions in anticipation of litigation. | WP |
| 03/10/04 | REC 1666 – 1666 A | Ransom (A) | Handwritten notes of telephone conversation with Carolyn Kaplan (Nixon Peabody) re legal issues involving Moratorium Area and taken in consultation with legal counsel in anticipation of litigation. | WP |
| undated | REC 1667 | Ransom (A) | Handwritten notes of telephone conversation with Carolyn Kaplan (Nixon Peabody) re Moratorium Area taken in consultation with legal counsel in anticipation of litigation. | WP |
| 02/18/04 | REC 1668 – 1668 A | Janice Carroll (A); Gary Kaufman, Ransom (R) | E-mail with handwritten Ransom notes re research gathered on potential witness in consultation with legal counsel in anticipation of litigation. | AC; WP |
| REC 1669 - 1671 (non-privileged docs.) produced to NEGCO 09/19/07 | | | | |
| 12/29/03 | REC 1672 - 1674 | Carolyn Kaplan, Nixon Peabody, Janice Carroll & Ransom (A) | Chart re land purchases of the Simpson family with handwritten notes prepared in consultation with legal counsel in anticipation of litigation. | AC; WP |
| 01/22/04 | REC 1675 – 1676 | Carolyn Kaplan, Nixon Peabody, Janice Carroll & Ransom (A) | Charts and handwritten notes re land purchases of the Simpson Estate prepared at the request of legal counsel in anticipation of litigation. | AC; WP |
| 01/22/04 | REC 1677 – 1686 | Ransom (A) | Draft – Property ownership records – Bay Street Project. | WP |

| | | | | |
|---|---|---|---|---|
| 01/14/04 | REC 1687 – 1689 | Carolyn Kaplan, Nixon Peabody, Janice Carroll & Ransom (A) | Charts and handwritten notes re land purchases of the Simpson Estate prepared in consultation with legal counsel in anticipation of litigation. | AC; WP |
| 12/17/03 | REC 1690 – 1694 | Ransom (A) | Draft charts and handwritten notes re land purchases of the Simpson Estate in consultation with legal counsel in anticipation of litigation. | WP |
| 11/13/03 | REC 1695 – 1696 | Carolyn Kaplan, Nixon Peabody, Janice Carroll & Ransom (A) | Charts and handwritten notes re land purchases of the Simpson Estate prepared in consultation with legal counsel in anticipation of litigation. | WP |
| 01/22/04 | REC 1697 – 1698 | Carolyn Kaplan, Nixon Peabody, Janice Carroll & Ransom (A) | Charts and handwritten notes re land purchases of the Simpson Estate prepared in consultation with legal counsel in anticipation of litigation. | WP |
| 11/14/03 | REC 1699 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody & Ransom (R) | Fax of chart and handwritten notes re land purchases of the Simpson Estate in consultation with legal counsel in anticipation of litigation. | AC |
| 11/14/03 | REC 1700 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody & Ransom (R) | Fax of chart and handwritten notes re land purchases of the Simpson Estate prepared in consultation with legal counsel in anticipation of litigation. | AC |
| 01/07/04 | REC 1701 | Ransom (A) | Handwritten notes re boring samples from Moratorium Area prepared in anticipation of litigation. | WP |
| 02/12/04 | REC 1702 – 1705 | Ransom (A) | Handwritten notes re meetings and conversations with client re Moratorium Area prepared in anticipation of litigation. | AC; WP |
| 01/23/04 | REC 1706 – 1717 | Ransom (A) | Handwritten notes re meetings and conversations with client and Carolyn Kaplan, Nixon Peabody re Moratorium Area conducted in consultation with legal counsel in anticipation of litigation. | AC; WP |
| 2003 | REC | Ransom (A) | 11/12/03 & 12/09/03 Handwritten notes re | AC; WP |

| | | | | |
|---|---|---|---|---|
| | 1718 – 1722 | | meetings and conversations with client and Carolyn Kaplan, Nixon Peabody re Moratorium Area conducted in consultation with legal counsel in anticipation of litigation. | |
| 11/06/03 | REC 1723 – 1725 | Ransom (A) | Handwritten notes of conversations with Jeff Crawford, RIDEM re Moratorium Area conducted in anticipation of litigation. | WP |
| REC 1726 - 1884 (non-privileged docs.) produced to NEGCO 09/19/07 | | | | |
| 11/05/03 | REC 1885 – 1886 | Ransom (A) | Handwritten notes re meetings and conversations with client and Carolyn Kaplan, Nixon Peabody re Moratorium Area conducted in consultation with legal counsel in anticipation of litigation. | AC; WP |
| 11/03/03 | REC 1887 – 1891 | Ransom (A) | Handwritten notes re impressions on issues discussed at Tiverton public meeting taken in anticipation of litigation. | WP |
| 11/17/03 | REC 1892 – 1902 | Carolyn Kaplan, Nixon Peabody (A); Ransom (R) | Fax of handwritten notes re 10/21/03 meeting with client re Moratorium Area conducted in consultation with legal counsel in anticipation of litigation. | AC; WP |
| 10/21/03 | REC 1903 – 1904 | Ransom (A) | Handwritten notes re meeting at Nixon Peabody w/client re Moratorium Area taken in consultation with legal counsel in anticipation of litigation. | AC; WP |
| 09/22/03 | REC 1905 | Ransom (A) | Handwritten notes of teleconference with Carolyn Kaplan, Nixon Peabody re Moratorium Area conducted in consultation with legal counsel in anticipation of litigation. | WP |
| 09/19/03 | REC 1906 | Ransom (A) | Handwritten notes of teleconference with Carolyn Kaplan, Nixon Peabody re Moratorium Area conducted in consultation with legal counsel in anticipation of litigation. | WP |
| 08/27/03 | REC 1907 | Ransom (A) | Handwritten notes of teleconference or meeting with Janice Carroll re Moratorium Area taken in anticipation of litigation. | WP |
| 08/28/03 | REC | Ransom (A) | Handwritten notes of teleconference or meeting | WP |

| | | | | |
|---|---|---|---|---|
| | 1908 | | with Janice Carroll re Moratorium Area taken in anticipation of litigation. | |
| 08/28/03 | REC 1909 | Ransom (A) | Handwritten notes of teleconference or meeting with client Janice Carroll re Moratorium Area soil testing conducted in anticipation of litigation. | WP |
| 08/28/03 | REC 1910 | Ransom (A) | Handwritten notes of teleconference with Carolyn Kaplan, Nixon Peabody re Moratorium Area conducted in consultation with legal counsel in anticipation of litigation. | WP |
| 08/12/03 | REC 1911 – 1912 | Ransom (A) | Handwritten notes of teleconference or meeting with Janice Carroll re Moratorium Area taken in anticipation of litigation. | WP; AC |
| 01/15/04 | REC 1913 & 1917 | RIDEM (A); Carolyn Kaplan, Nixon Peabody (A); Ransom (R) | Handwritten notes on fax re request for access to properties for testing, and e-mail re conversations with client Janice Carroll re schematic maps conducted in consultation with legal counsel in anticipation of litigation. (See below re REC 1914 – 1916). | AC; WP |
| (REC 1914 – 1916) Previously withheld document. Produced to NEGCO 12/17/07. | | | | |
| 01/15/04 | REC 1918 - 1919 | Carolyn Kaplan, Nixon Peabody (A); Ransom (R) | E-mail re e-mail conversations with client Janice Carroll re various Simpson properties conducted in consultation with legal counsel in anticipation of litigation. | AC; WP |
| 01/14/04 | REC 1920 – 1921 | Carolyn Kaplan, Nixon Peabody (A); Ransom (R) | E-mail re conversations with client Janice Carroll re Moratorium Area conducted in consultation with legal counsel in anticipation of litigation. | AC; WP |
| 01/09/04 | REC 1922 | Carolyn Kaplan, Nixon Peabody (A); Janice Carroll (R) | E-mail inquiry re various issues re Simpson properties in consultation with legal counsel in anticipation of litigation. | AC |
| 01/09/04 | REC 1923 – 1924 | Carolyn Kaplan, Nixon Peabody (A); Janice Carroll (R) | E-mail exchange re Janice Carroll's responses to various inquiries re Simpson properties in consultation with legal counsel in anticipation of litigation. | AC |
| 01/06/04 | REC | Janice Carroll (A); | Memo and handwritten notes re Moratorium Area | AC |

| | | | | |
|---|---|---|---|---|
| | 1925 – 1927 | Carolyn Kaplan, Nixon Peabody (R) | prepared in consultation with legal counsel in anticipation of litigation. | |
| 12/08/03 | REC 1928 | Carolyn Kaplan, Nixon Peabody (A); Ransom (R) | E-mail re conversations with client Janice Carroll re Moratorium Area conducted in consultation with legal counsel in anticipation of litigation. | AC; WP |
| 12/08/03 | REC 1929 – 1932 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody, & Ransom (R) | Fax re information gathered at the request of counsel w/handwritten notes conducted in consultation with legal counsel in anticipation of litigation. | AC |
| 11/21/03 | REC 1933 – 1934 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody, & Ransom (R) | Fax with handwritten notes enclosing 11/19/03 Town of Tiverton notice letter re Site investigation prepared in consultation with legal counsel in anticipation of litigation. | AC |
| 11/18/03 | REC 1935 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody, & Ransom (R) | E-mail re info supplementing information gathered at the request of legal counsel in anticipation of litigation. | AC |
| 11/18/03 | REC 1936 – 1938 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody (R) | Duplicate of attachment to REC 1930 – 1931re material prepared in consultation with legal counsel in anticipation of litigation... | AC |
| 11/18/03 | REC 1939 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody, & Ransom (R) | E-mail re supplementing information gathered at the request of legal counsel in anticipation of litigation. | AC |
| 11/14/03 | REC 1940 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody, & Ransom (R) | Fax re information gathered at the request of legal counsel in anticipation of litigation. | AC |
| REC 1941 (non-privileged docs.) produced to NEGCO 09/19/07 | | | | |
| 11/13/03 | REC 1942 – 1943 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody, & Ransom (R) | Memo re information gathered at the request of legal counsel in anticipation of litigation. | AC |
| 11/13/03 | REC 1944 | Janice Carroll (A); Carolyn Kaplan, | Chart re information gathered at the request of legal counsel in anticipation of litigation. | AC |

| | | | | |
|---|---|---|---|---|
| | – 1945 | Nixon Peabody (R) | | |
| 11/06/03 | REC 1946 – 1947 | Carolyn Kaplan, Nixon Peabody (A); Janice Carroll & Ransom (R) | E-mail conveying information requested by counsel in anticipation of litigation. | AC |
| 11/03/03 | REC 1948 – 1956 | Ransom (A) | Printout of DEM webpage re Moratorium Area w/handwritten notes by Ransom obtained and prepared in anticipation of litigation. | WP |
| 11/03/03 | REC 1957 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody, & Ransom (R) | Single page fax re news article to legal counsel gathered in anticipation of litigation. | AC |
| 11/02/03 | REC 1958 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody, & Ransom (R) | E-mail re information gathered at the request of legal counsel in anticipation of litigation. | AC |
| 11/01/03 | REC 1959 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody, & Ransom (R) | Single page fax re news article to legal counsel gathered in anticipation of litigation. | AC |
| 10/31/03 | REC 1960 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody, & Ransom (R) | Single page fax re ENACT meeting gathered at the request of legal counsel in anticipation of litigation. | AC |
| 10/30/03 | REC 1961 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody, & Ransom (R) | Letter re information from Town Counsel meeting gathered at the request of legal counsel in anticipation of litigation. | AC |
| 10/26/03 | REC 1962 - 1965 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody, & Ransom (R) | Fax re information about Town Council meeting gathered at the request of legal counsel in anticipation of litigation. | AC |
| 10/21/03 | REC 1966 – | Carolyn Kaplan, Nixon Peabody, Janice Carroll & | Charts and handwritten notes re land purchases of the Simpson Estate prepared in consultation with legal counsel in anticipation of litigation. | AC; WP |

| | | | | |
|---|---|---|---|---|
| | 1968 | Ransom (A) | | |
| 10/10/03 | REC 1969 – 1970 | Carolyn Kaplan, Nixon Peabody (A); Ransom & Janice Carroll (R) | E-mail re documents collected at the advice of legal counsel in anticipation of litigation. | AC; WP |
| 10/01/03 | REC 1971 | Carolyn Kaplan, Nixon Peabody (A); Janice Carroll & Ransom (R) | E-mail re information gathered at the request of legal counsel in anticipation of litigation. | AC |
| 09/23/03 | REC 1972 – 1974 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody, & Ransom (R) | Fax re information gathered at the request of legal counsel in anticipation of litigation. | AC |
| REC 1975 - 1981 (non-privileged docs.) produced to NEGCO 09/19/07 | | | | |
| 09/10/03 | REC 1982 – 1984 | Janice Carroll (A); Ransom (R) | Fax re information of property ownership gathered in anticipation of litigation at the request of consultant Ransom w/handwritten notes by Ransom on same. | WP |
| 08/29/03 | REC 1985 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody, & Ransom (R) | E-mail re information gathered at the request of legal counsel in anticipation of litigation. | AC |
| 08/29/03 | REC 1986 | Ransom (A); Janice Carroll , Carolyn Kaplan, Nixon Peabody (R) | E-mail re property information gathered at the request of legal counsel in anticipation of litigation. | AC |
| 08/29/03 | REC 1987 – 1988 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody, & Ransom (R) | Fax re property information gathered at the request of legal counsel in anticipation of litigation. | AC |
| 08/26/03 | REC 1989 – 1990 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody (R) | E-mail re newspaper article concerning Moratorium Area w/handwritten notations gathered in anticipation of litigation at the request of legal counsel. | AC |
| 08/26/03 | REC 1991 – | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody (R) | Fax at the request of legal counsel in anticipation of litigation of 08/21/03 NEGCO letter with handwritten notations. | AC |

| | | | | |
|---|---|---|---|---|
| | 1992 | | | |
| 08/22/03 | REC 1993 | Carolyn Kaplan, Nixon Peabody (A); Ransom (R) | E-mail re forwarding of attorney-client materials and plans for a site visit in anticipation of litigation. | AC; WP |
| 08/13/03 | REC 1994 – 2080 | Carolyn Kaplan, Nixon Peabody (A); Ransom & Janice Carroll (R) | Letter enclosing Moratorium Site information drafted by legal counsel concerning scope of work and gathered at the request of legal counsel in anticipation of litigation. | AC; WP |
| 02/20/04 | REC 2081 – 2085 | Ransom (A) | Handwritten notes prepared in anticipation of litigation re review of Plan Books for potential inclusion in consultant report. | WP |
| 12/00/03 | REC 2086 – 2090 | Ransom (A) | Draft of notes generated at the advice of legal counsel and provided by client Janice Carroll re various properties owned by the Simpson family with handwritten marginalia by Ransom. | AC; WP |
| 03/25/04 | REC 2091 | Ransom (A) | Handwritten notes prepared in anticipation of litigation re information culled for potential inclusion in report. | WP |
| 02/12/04 | REC 2092 | Ransom (A) | Handwritten notes prepared in anticipation of litigation re review of records stored at the Fall River Historical Society. | WP |
| 03/25/04 | REC 2093 - 2094 | Ransom (A) | Handwritten notes prepared in anticipation of litigation re RIDEM potential involvement in Site remediation. | WP |
| 02/17/04 | REC 2095 | Ransom (A) | Handwritten notes prepared in anticipation of litigation re information culled from Town Clerk's office for potential inclusion in report. | WP |
| 03/09/04 | REC 2096 – 2097 | Ransom (printed by Ransom) | Information re coal gasification obtained in anticipation of litigation and printed by Ransom from internet sources. | WP |
| 04/02/04 | REC 2098 | Ransom (A) | Handwritten notes of consultation with legal counsel in anticipation of litigation re | AC; WP |

| | | | | |
|---|---|---|---|---|
| | – 2099 | | teleconference with Carolyn Kaplan and Janice Carroll. | |
| 04/15/04 | REC 2100 – 2103 | Ransom (A) | Handwritten notes of teleconference consultation with legal counsel Carolyn Kaplan in anticipation of litigation re preparation of schematic diagrams. | WP |
| Undated | REC 2104 – 2105 | Ransom (A) | Handwritten notes prepared in anticipation of litigation re teleconference consultation with legal counsel Carolyn Kaplan and Janice Carroll family. | AC; WP |
| 04/20/04 | REC 2106 – 2109 | Ransom (A) | Handwritten notes prepared in anticipation of litigation re teleconference with Janice Carroll family and legal counsel Carolyn Kaplan. | AC; WP |
| 06/25/04 | REC 2110 – 2118 | Ransom (A) | Handwritten notes re attached 06/20/04 memo authored by Janice Carroll to Carolyn Kaplan and Ransom seeking legal advice and information and attaching information about MPG sites in New York. | AC; WP |
| 11/00/03 | REC 2119 | Ransom (A) | Handwritten notes prepared in anticipation of litigation re soil borings in Moratorium Site. | WP |
| REC 2120 - 2125 (non-privileged docs.) produced to NEGCO 09/19/07 | | | | |
| 10/00/03 | REC 2126 | Ransom (A) | Handwritten notes prepared in anticipation of litigation re soil borings in Moratorium Site. | WP |
| 10/00/03 | REC 2127 | Ransom (A) | Handwritten notes prepared in anticipation of litigation on Vanasse Hagen Brustlin, Inc. ("VHB") map re areas of fill. | WP |
| Undated | REC 2128 – 2131 | JaniceCarroll, Ransom, Carolyn Kaplan, Nixon Peabody (A) | Handwritten notes on various schematic diagrams prepared at the advice of, in cooperation with, and for review by legal counsel, Carolyn Kaplan, Nixon Peabody. | AC |
| 01/00/04 & 02/26/04 | REC 2132 – 2140 | Ransom (A) | Diagrams and aerial photos prepared at the advice of and for review by legal counsel, and 02/26/04 handwritten Ransom notes re impression of 02/26/04 meeting w/RIDEM. | AC; WP |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 02/25/04 | REC 2141 | Ransom (A) | Handwritten notes prepared in anticipation of litigation re teleconference with Janice Carroll and impressions of information provided at Town Council meeting. | AC; WP |
| Date gathered unknown | REC 2142 – 2144 | Ransom (A) | Aerial photos (04/24/59, 03/28/71, 05/04/80) obtained in anticipation of litigation for review and potential inclusion in consultant report. | WP |
| 02/17/04 | REC 2145 – 2147 | Ransom (A) | PowerPoint outline attaching handwritten Ransom notes re teleconference w/legal counsel Carolyn Kaplan, Nixon Peabody containing legal advice. | AC; WP |
| Date gathered unknown | REC 2148 – 2156 | Ransom (A) | Aerial photos (1951, 1962, 1965, 1972, 1981, & 1992) obtained in anticipation of litigation at an undetermined time for review and potential inclusion in consultant report. | WP |
| 11/04/03 | REC 2157 – 2162 | Ransom (A); Peter McMannus, Massachusetts Highway Survey Dept. (R) | Ransom request (11/04/03) and payment (11/07/03) of information on aerial photos of Moratorium Site obtained in anticipation of litigation. | WP |
| Undated | REC 2163 – 2170 | Ransom (A) | Handwritten notes prepared in anticipation of litigation re impressions and interpretations of aerial photos listed above as REC 2148 – 2156. | WP |
| Date gathered unknown | REC 2171 – 2178 | Ransom (A) | Duplicates of REC 2148 – 2156 described above. | WP |
| 09/10/03 | REC 2179 – 2181 | Ransom (A) | Handwritten notes prepared in anticipation of litigation re impressions and interpretations of aerial photos (not attached). | WP |
| Date gathered unknown | REC 2182 – 2184 | Ransom (A) | Aerial photos with handwritten marginalia obtained in anticipation of litigation for review and potential inclusion in consultant report. | WP |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 02/03/04 | REC 2185 – 2200 | Carolyn Kaplan, Nixon & Peabody (A); Ransom (R) | Fax of handwritten notes by legal counsel Carolyn Kaplan of Nixon Peabody to Ransom containing legal advice and confidential work product re Moratorium Site prepared in anticipation of litigation. | WP |
| 01/00/04 | REC 2201 – 2204 | Ransom (A); Carolyn Kaplan, Nixon Peabody (R) | Diagrams of the Moratorium Area prepared at the advice of and for legal counsel in anticipation of litigation. | WP |
| | | REC 2205 (non-privileged docs.) produced to NEGCO 09/19/07 | | |
| Date gathered unknown | REC 2206 – 2210 | Ransom (A) | Recent diagrams of Moratorium Site from Aerial Survey & Photo, Inc, Skowhegan, Maine with Ransom handwritten marginalia and notes obtained in anticipation of litigation for review and potential inclusion in consultant report. | WP |
| Date gathered unknown | REC 2211 – 2213 | Ransom (A) | Recent diagrams of Moratorium Site from Aerial Survey & Photo, Inc, Skowhegan, Maine with Ransom handwritten marginalia and notes, and one historical diagram obtained in anticipation of litigation for review and potential inclusion in consultant report. | WP |
| Date gathered unknown | REC 2214 | Ransom (gathered by Ransom) | Historical diagram of Moratorium Site obtained in anticipation of litigation by Ransom for review and potential inclusion in consultant report. | WP |
| 09/16/03 | REC 2215 – 2217 | Ransom (A) | Handwritten notes prepared in anticipation of litigation re file review of Moratorium Site at the RIDEM. | WP |
| Date gathered unknown | REC 2218 – 2220 | Ransom (A) | Handwritten notes prepared-in-anticipation of litigation by Ransom on Vanasse Hangen Brustlin, Inc. ("VHB") diagrams consequent to review of same. | WP |
| 01/06/04 | REC 3178 – 3180 | Janice Carroll (A); Carolyn Kaplan (R) | Memorandum re Moratorium Site prepared at the request and advice of legal counsel in anticipation of litigation. | AC |
| 04/28/04 | REC 3191 | Ransom (A); Janice Carroll, & Carolyn Kaplan, | E-mail conveying information prepared in anticipation of litigation for assessment by legal counsel re RIDEM testing of properties. | AC |

| | | | | |
|---|---|---|---|---|
| | | Nixon Peabody (R) | | |
| 04/20/04 | REC 3192 - 3194 | Janice and Barry Carroll (A); Carolyn Kaplan (Nixon Peabody), Steve Ransom and Gary Kaufman (Ransom) (R) | Letter Agreement memorializing conference call re fee schedule and terms of agreement re pending projects by consultant and legal counsel in anticipation of litigation. | AC |
| 02/10/04 | REC 3195 – 3197 | Carolyn Kaplan, Nixon Peabody (A); Ransom (R) | Carolyn Kaplan e-mail conveying legal advice re Moratorium Site visit by RIDEM and attaching 02/10/04 Carolyn Kaplan memorandum to Ransom re specific Site issues prepared in anticipation of litigation. | AC; WP |
| 01/09/04 | REC 3198 – 3199 | Carolyn Kaplan, Nixon Peabody (A); Janice Carroll, Ransom (R) | E-mail conveying legal advice in anticipation of litigation re Moratorium Site investigation. | AC |
| 01/09/04 | REC 3200 | Carolyn Kaplan, Nixon Peabody (A); Janice Carroll, Ransom (R) | E-mail conveying legal advice in anticipation of litigation re Moratorium Site investigation. | AC |
| 01/14/04 | REC 3201 – 3202 | Carolyn Kaplan, Nixon Peabody (A); Ransom (R) | E-mail conveying discussion with client and legal advice in anticipation of litigation re Moratorium Site investigation. | AC |
| 01/15/04 | REC 3203 – 3204 | Carolyn Kaplan, Nixon Peabody (A); Ransom (R) | E-mail conveying discussion with client and legal advice in anticipation of litigation re Moratorium Site investigation. | AC |
| 01/15/04 | REC 3205 – 3206 | Carolyn Kaplan, Nixon Peabody (A); Ransom (R) | E-mail conveying discussion with client and legal advice in anticipation of litigation re Moratorium Site investigation. | AC |
| 01/29/04 | REC 3207 | Carolyn Kaplan, Nixon Peabody (A); Ransom (R) | E-mail conveying legal advice in anticipation of litigation re Moratorium Site investigation. | WP |
| 12/17/03 | REC | Carolyn Kaplan, | Fax enclosing 12/17/03 fax from Janice Carroll | AC |

| | | | | |
|---|---|---|---|---|
| | 3208 – 3213 | Nixon Peabody (A); Ransom (R) | with handwritten notes to Carolyn Kaplan and Ransom re requesting legal advice in anticipation of litigation concerning Moratorium Site investigation. Fax also attaches for review by Carolyn Kaplan undated Vanasse Hangen Brustin, Inc. fax to Tiverton Library Services, 12/05/03 Dennis Esposito (AP&S) letter to Jeffrey Crawford (RIDEM), each bearing handwritten notes prepared in anticipation of litigation. | |
| 01/15/04 | REC 3214 | Carolyn Kaplan, Nixon Peabody (A); Ransom (R) | E-mail conveying discussion with client and legal advice in anticipation of litigation re Moratorium Site investigation. | AC; WP |
| 01/15/04 | REC 3215 – 3227 | Janice Carroll (A); Ransom , Carolyn Kaplan, Nixon Peabody (R) | Handwritten letter attaching various soil boring tests with the specific request that same be provided to Carolyn Kaplan (Nixon Peabody) for review and consultation in anticipation of litigation. | AC; WP |
| 02/24/04 | REC 3232 | Carolyn Kaplan, Nixon Peabody (A); Ransom (R) | E-mail with handwritten notes prepared in anticipation of litigation requesting specific information re Moratorium Site investigation. | WP |
| 02/23/04 | REC 3233 – 3239 | Ransom (A); Carolyn Kaplan, Nixon Peabody (R) | Fax w/request for legal advice in anticipation of litigation re attached 02/19/04 Robert Young (NEGCO) letter to Gary Kaufman (Ransom), and 02/17/04 Robert Young letter to Jeffrey Crawford (RIDEM). | WP |
| 02/17/04 | REC 3240 | Janice Carroll (A); Ransom , Carolyn Kaplan, Nixon Peabody (R) | E-mail conveying specific Moratorium Site investigation information for evaluation by counsel in anticipation of litigation. | AC |
| 02/24/04 | REC 3241 | Carolyn Kaplan, Nixon Peabody (A); Janice Carroll, Ransom (R) | E-mail requesting specific Moratorium Site investigation information from client be obtained in anticipation of litigation. | AC |
| 04/05/04 & 04/12/04 | REC 3242 – 3244 | Carolyn Kaplan, Nixon Peabody (A); Ransom (R) | E-mails (stapled together) conveying legal advice re Moratorium Site investigation in anticipation of litigation. | WP |
| 2004 | REC 3245 | Ransom (A); Janice Carroll (R) | Fax of 08/18/04 Jeffrey Crawford (RIDEM) letter w/attachments containing Ransom marginalia for | AC; WP |

| | | | | |
|---|---|---|---|---|
| | – 3277 | | potential review by legal counsel. | |
| 08/03/04 | REC 3278 – 3283 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody, Ransom (R) | Fax with both typed and handwritten notes requesting advice of legal counsel and containing Southern Union property access agreements for the review of legal counsel in anticipation of litigation. | AC |
| 08/30/04 | REC 3284 | Janice Carroll, Carolyn Kaplan, Nixon Peabody (A) | Executed letter agreement between counsel and client re scope of work to be conducted in anticipation of litigation as a part of the continuing Moratorium Site investigation. | AC |
| 07/20/04 | REC 3288 – 3289 | Carolyn Kaplan, Nixon Peabody (A); Janice Carroll, Ransom (R) | Letter listing and enclosing privileged documents for review by client and consultant in anticipation of litigation. [Enclosures no longer attached to original.] | AC |
| 05/26/04 | REC 3290 – 3291 | Janice Carroll (A); Carolyn Kaplan, Nixon Peabody, Ransom (R) | Memorandum re proposed letter re Moratorium Site assessment to RIDEM listing various suggestions by Janice Carroll for review and potential incorporation into final draft letter by legal counsel and consultant in anticipation of litigation. | AC |
| 10/28/04 | REC 3292 – 3293 | Ransom (A); Carolyn Kaplan, Nixon Peabody (R) | E-mail requesting legal advice in anticipation of litigation and responding to 10/28/04 Carolyn Kaplan e-mail re various issues concerning RIDEM plans to test Judson Street properties. | WP |
| 08/26/03 | REC 3295 – 3299 | Carolyn Kaplan, Nixon Peabody (A); Gary Kaufman (Ransom), Tim Snay (Ransom) | Fax enclosing 08/18/03 *Herald News* article entitled "Tiverton Toxicity Not Pretty" with handwritten notes obtained in anticipation of litigation, and 08/21/03 NEGCO letter with handwritten notes obtained in anticipation of litigation. | WP |
| 07/19/04 | REC 3306 | Ransom (A); Carolyn Kaplan, Nixon Peabody (R) | Transmittal Sheet enclosing Moratorium Site investigation CDs requested by legal counsel for review in anticipation of litigation. | WP |
| 03/30/04 | REC 3308 – 3313 | Ransom (A); Carolyn Kaplan, Nixon Peabody (R) | Memorandum for advisement by counsel conveying specific information obtained in anticipation of litigation from file review on 03/16/04 at RIDEM and 03/18/04 at USEPA. | WP |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 03/16/04 | REC 3314 – 3315 | Ransom (A) | Notes which formed the basis of and were transcribed for the above (REC 3308 – 3313) memo to legal counsel re 03/16/04 file review at RIDEM in anticipation of litigation. | WP |
| GeoInsight, Inc. | | | | |
| GII 1 – 10 (non-privileged docs.) produced to NEGCO 08/31/07 | | | | |
| 10/20/04 | GII 11 | Joel Trifilo (A); Richard Wozmak (R) | E-mail re contact with Mark Roberts requesting Moratorium Site advisement to be provided by legal counsel in anticipation of litigation and used to provide counsel with technical information necessary for the purposes of providing clients with legal advice. | WP |
| 11/18/04 | GII 12 | Joel Trifilo (A); Richard Wozmak (R) | E-mail re CDs and hard copies of RIDEM documents obtained in anticipation of litigation with specific docs flagged under advisement of legal counsel Mark Roberts for review in anticipation of litigation and used to provide counsel with technical information necessary for the purposes of providing clients with legal advice. | WP |
| 12/02/04 | GII 13 | Joel Trifilo (A); Richard Wozmak (R) | E-mail conveying legal advice and decisions in anticipation of litigation and used to gain technical information necessary for the purposes of providing clients with legal advice, from counsel Mark Roberts re scope of testing and completion dates for testing. | WP |
| 12/02/04 | GII 14 – 15 | Mark Roberts (A); Joel Trifilo (R) | E-mail exchange re legal counsel's recommendations in anticipation of litigation re course of action re testing of Judson Street properties. Services were used to provide counsel with technical information necessary for the purposes of providing clients with legal advice. | WP |
| 12/02/04 | GII 16 | Mark Roberts (A); Joel Trifilo (R) | E-mail exchange re legal counsel's recommendations in anticipation of litigation re course of action re testing of Judson Street properties. Services were used to provide counsel with technical information necessary for the purposes of providing clients with legal advice. | WP |
| 12/08/04 | GII 17 – 17A | Joel Trifilo (A); Richard Wozmak (R) | E-mail exchange memorializing privileged discussions with Mark Roberts re legal advice and recommendations in anticipation of litigation re Scope of Work Plan re bore tests. Services were | WP |

| | | | | |
|---|---|---|---|---|
| | | | used to provide counsel with technical information necessary for the purposes of providing clients with legal advice. | |
| 12/13/04 | GII 18 - 25 | Joel Trifilo (A); Richard Wozmak (R) | E-mail attaching 12/13/04 draft Scope of Work plan addressed to legal counsel Mark Roberts for advisement and prepared in anticipation of litigation re Judson and Bay Street testing. Services were used to provide counsel with technical information necessary for the purposes of providing clients with legal advice. | WP |
| 04/28/05 | GII 26 | Joel Trifilo (A); Mark Roberts (R) | E-mail exchange requesting advisement in anticipation of litigation re the scope and terms of the Site Access Agreement. Services were used to provide counsel with technical information necessary for the purposes of providing clients with legal advice. | WP |
| 04/28/05 | GII 27 – 29 | Mark Roberts (A); Joel Trifilo (R) | E-mail attaching recommended draft of Site Access Agreement prepared in anticipation of litigation. Services were used to provide counsel with technical information necessary for the purposes of providing clients with legal advice. | WP |
| 04/28/05 | GII 30 – 31 | Joel Trifilo (A); Mark Roberts (R) | E-mail exchange re final drafts of Site Access Agreement and legal counsel's recommended course of action in anticipation of litigation re execution of the Agreement by the parties. Services were used to provide counsel with technical information necessary for the purposes of providing clients with legal advice. | WP |
| 05/13/05 | GII 32 – 34 | Joel Trifilo (A); Mark Roberts (R) | E-mail attaching memorandum for assessment by legal counsel prepared in anticipation of litigation re scope of testing on Hilton, Bay and Judson Streets. Services were used to provide counsel with technical information necessary for the purposes of providing clients with legal advice. | WP |
| 05/18/05 | GII 35 – 64 | Joel Trifilo (A); Mark Roberts (R) | E-mail attaching Spectrum Analytical Laboratory reports and notes prepared in anticipation of litigation re soil analyses of Hilton, Bay and Judson Street bore tests for review and assessment by Mark Roberts. Services were used to provide | WP |

| | | | | |
|---|---|---|---|---|
| | | | counsel with technical information necessary for the purposes of providing clients with legal advice. | |
| 06/01/05 | GII 65 – 68 | Mark Roberts (A); Joel Trifilo (R) | E-mail attaching RI Release Notification Form and responding to Joel Trifilo's 06/21/05 e-mail requesting advisement in anticipation of litigation re the status of notification testing results of Hilton and Bay Street bore samples to RIDEM. Services were used to provide counsel with technical information necessary for the purposes of providing clients with legal advice. | WP |
| 07/06/05 | GII 69 – 105 | Joel Trifilo (A); Mark Roberts (R) | E-mail attaching Spectrum Analytical Laboratory reports and notes re soil analyses of Hilton, Bay and Judson Street bore tests prepared in anticipation of litigation for review and assessment by Mark Roberts. Services were used to provide counsel with technical information necessary for the purposes of providing clients with legal advice. | WP |
| 11/03/06 | GII 106 – 111 | Joel Trifilo (A); Marl Roberts (R) | E-mail attaching GeoInsight, Inc. invoices for review and assessment by legal counsel Mark Roberts. Invoices contain privileged notes re recommendations by counsel. Services were used to provide counsel with technical information necessary for the purposes of providing clients with legal advice. | WP |
| 09/14/04 thru 07/15/05 | GII 112 – 126 | Joel Trifilo and Richard Wozmak (A) | Confidential phone logs memorializing contents of telephone conversations with Mark Roberts wherein legal counsel provides legal advisement on Site sampling in anticipation of litigation. Services were used to provide counsel with technical information necessary for the purposes of providing clients with legal advice. | WP |
| 01/31/05 – 12/01/05 | GII 127 – 160 | Joel Trifilo and Richard Wozmak (A) | Various days from confidential daily logs memorializing contents of telephone conversations with and meetings with various legal counsel including Mark Roberts re legal advisement and confidential GeoInsight business decisions in anticipation of litigation. Services were used to provide counsel with technical information necessary for the purposes of providing clients with legal advice. | WP |

| | | | | |
|---|---|---|---|---|
| 08/31/04 – 10/20/04 | GII 161 – 173 | Joel Trifilo and Richard Wozmak (A) | Various days of confidential daily logs memorializing contents of telephone conversations with and meetings with various legal counsel including Mark Roberts re legal advisement and confidential GeoInsight business decisions in anticipation of litigation. Services were used to provide counsel with technical information necessary for the purposes of providing clients with legal advice. | WP |
| 2005 | GII 174 – 183 | Joel Trifilo (A); Mark Roberts (R) | Folder entitled "RIDEM RNFs" enclosing drafts of RI Office of Waste Management Release Notification Forms prepared by Joel Trifilo at the request of Mark Roberts for review and assessment by Mark Roberts in anticipation of litigation. Services were used to provide counsel with technical information necessary for the purposes of providing clients with legal advice. | WP |
| 12/13/04 | GII 184 – 188 | Joel Trifilo, Richard Wozmak (A); Mark Roberts (R) | Draft of letter agreement prepared in anticipation of litigation re to legal counsel for review and advisement re scope of work to be conducted at Moratorium Site re sampling at Judson and Bay Streets. Services were used to provide counsel with technical information necessary for the purposes of providing clients with legal advice. | WP |
| 12/00/04 – 06/00/05 | GII 189 – 204 | Joel Trifilo (A); Mark Roberts (R) | Folder entitled "4187 Correspondence" enclosing for review and assessment by legal counsel in anticipation of litigation:<br><br>Mark Roberts confidential billing statement (GII 189 – 190), draft execution of RIDEM Release Notification Form (GII 191 – 196), Third-Party Billing Authorization Form between legal counsel and GeoInsight, inc. (GII 197 – 198), 05/13/05 Memorandum from Joel Trifilo to legal counsel Mark Roberts attaching handwritten notes re bore tests conducted at Hilton, Bay, and Judson Streets, and 12/00/04 e-mail exchange between Mark Roberts and Joel Trifilo re bore tests at Judson and Bay Streets. Services were used to provide counsel with technical information necessary for the purposes of providing clients with legal advice. | WP |
| 07/19/05 | GII | Joel Trifilo (A); | Folder entitled "4187-001, Subsurface | WP |

| | | | | |
|---|---|---|---|---|
| | 205 – 281 | Mark Roberts (R) | Investigation Report, 2005" enclosing fax transmittal form attaching two draft subsurface investigation reports for Hilton and Judson Street properties prepared in anticipation of litigation for review and assessment by legal counsel. Services were used to provide counsel with technical information necessary for the purposes of providing clients with legal advice. | |
| GII 282 – 309 (non-privileged docs.) produced to NEGCO 08/31/07 | | | | |
| 06/00/05 | GII 310 – 318 | Joel Trifilo (A); Mark Roberts (R) | Folder entitled "Tiverton 4187 Misc. Figures" enclosing typed and handwritten notes and draft bore tests site plans and draft summary of soil analytical data re Judson, Hilton, and Bay Street properties prepared in anticipation of litigation at the request of client and counsel Mark Roberts. Services were used to provide counsel with technical information necessary for the purposes of providing clients with legal advice. | WP |
| 06/00/05 – 07/00/05 | GII 319 – 330 | Joel Trifilo (A); Mark Roberts (R) | Folder entitled "Tiverton Figures" enclosing Subsurface Investigation Site Plans re bore tests at Judson, Bay, and Hilton Street properties prepared in anticipation of litigation at the request of Mark Roberts with handwritten notes re same. Services were used to provide counsel with technical information necessary for the purposes of providing clients with legal advice. | WP |
| 05/18/05 – 05/19/05 | GII 331 – 363 | Joel Trifilo (A); Mark Roberts (R) | Folder entitled "Tiverton 4187 Analytical" enclosing (REC GII 331 – 339) executed contract Third-Party Billing Authorization Form between Mark Roberts and GeoInsight, Inc., with handwritten notes by Joel Trifilo re Hilton, Judson, and Bay Street properties bore tests with Chain of Custody Record reports submitted to Mark Roberts for review, assessment and payment; (GII 340 – 343) draft bore tests results re Hilton and Bay Street properties, and (REC 344 – 363) VHB Soil Boring Reports with marginalia [specific properties not listed] prepared in anticipation of litigation. Services were used to provide counsel with technical information necessary for the purposes of providing clients with legal advice. | WP |
| 05/00/05 | GII 364 – 371 | Joel Trifilo (A); Simpson Family Trust, Cynthia | Folder entitled "4187-001 Access Agreements" enclosing (GII 364 – 366) draft Site Access Agreement 2005 by Michael Webster, Senior | WP |

| | | | | |
|---|---|---|---|---|
| | | Reagan (R) | Associate, GeoInsight, Inc. for execution by (REC 367 – 371) property owners (Simpson Family Trust and Cynthia Reagan) at Judson and Hilton Streets prepared in anticipation of litigation. Services were used to provide counsel with technical information necessary for the purposes of providing clients with legal advice. | |
| 12/08/04 | GII 372 – 375 | Joel Trifilo (A) | Folder entitled "Tiverton 4187 Subcontractor" enclosing costs estimates with handwritten notes re potential subcontractor New England Geotech, Jamestown, RI reflecting confidential GeoInsight, Inc. business decisions conducted in anticipation of litigation. Services were used to provide counsel with technical information necessary for the purposes of providing clients with legal advice. | WP |
| GII 376 – 383 (non-privileged docs.) produced to NEGCO 08/31/07 | | | | |
| 05/00/05 | GII 384 - 446 | GeoInsight, Inc. | Folder entitled "Tiverton – 4187 Health & Safety Plan" enclosing "Site-Specific Health & Safety Plan" re ENACT Soil Investigation. Plan for internal use by field team leader and field personnel. Services were used to provide counsel with technical information necessary for the purposes of providing clients with legal advice. | WP |
| GII 447 – 449 (non-privileged docs.) produced to NEGCO 08/31/07 | | | | |
| 12/13/04 | GII 450 – 454 | Joel Trifilo, Richard Wozmak (A); Mark Roberts (R) | Draft of letter agreement prepared in anticipation of litigation re to legal counsel for review and advisement re scope of work to be conducted at Moratorium Site re sampling at Judson and Bay Streets. Services were used to provide counsel with technical information necessary for the purposes of providing clients with legal advice. | WP |
| Undated | GII 455 – 457 | Joel Trifilo (A) | Chart of various individual's contact telephone numbers obtained in anticipation of litigation for Moratorium Site properties attaching handwritten notes containing confidential GeoInsight, Inc. business decisions re scope of testing. Services were used to provide counsel with technical information necessary for the purposes of providing clients with legal advice. | WP |
| 11/17/04 | GII | Gail Corvello (A); | Letter enclosing CDs with files on them and hard | WP |

| | | | | |
|---|---|---|---|---|
| | 458 | Joel Trifilo (R) | copy of RIDEM comment package indicating that legal counsel Mark Roberts advised that flagged documents be reviewed by Joel Trifilo in anticipation of litigation. [Referenced CDs and hard copies of documents not attached] Services were used to provide counsel with technical information necessary for the purposes of providing clients with legal advice. | |
| GII 459 – 534 (non-privileged docs.) produced to NEGCO 08/31/07 | | | | |
| 2005 | GII 535 - 554 | Joel Trifilo (A) | Folder entitled "0511 Test Pits 04/26/05, Cordeiro" enclosing handwritten notes on Vanasse Hangen Brustlin, Inc. ("VHB") Table 2, Laboratory Analytical Results, Plat 8-6, Block 3, Lot 4" table, VHB Soil Boring Report, and black & white photos re same obtained in anticipation of litigation. Services were used to provide counsel with technical information necessary for the purposes of providing clients with legal advice. | WP |
| 06/01/05 | GII 555 - 581 | Hanibal Tayeh (A); Joel Trifilo, and Mark Roberts (R) | Folder entitled "4187-001 Lab Reports 2005" enclosing laboratory report re bore tests results obtained in anticipation of litigation [specific Moratorium Site properties not identified in report by owner of property or street] for review by Mark Roberts and GeoInsight. Services were used to provide counsel with technical information necessary for the purposes of providing clients with legal advice. | WP |
| 05/03/05 & 05/10/05 | GII 582 – 612 | GeoInsight, Inc. (A) | Folder entitled "Field Notes" containing confidential handwritten notes (GII 582 – 611) for internal use re Site assessment on properties located at Hilton, Judson and Bay Streets, and also enclosing draft chart re Bay Street property bore samples prepared in anticipation of litigation. Services were used to provide counsel with technical information necessary for the purposes of providing clients with legal advice. | WP |
| 06/21/05 | GII 613 - 614 | GeoInsight, Inc. (A) | Folder entitled "Soil Analytical Tables" enclosing draft of Table 1, Summary of Soil Analytical Data re bore tests at Hilton, Judson, and Bay Streets for potential inclusion in consultant report prepared in anticipation of litigation. Services were used to provide counsel with technical information necessary for the purposes of providing clients with legal advice. | WP |

| | | | | |
|---|---|---|---|---|
| 05/10/05 – 05/11/05 | GII 615 – 646 | GeoInsight, Inc. (A) | Folder entitled "Boring Logs" enclosing soil boring logs re bore samples conducted at Judson, Hilton, and Bay Streets for internal review and potential inclusion in consultant report in anticipation of litigation. Services were used to provide counsel with technical information necessary for the purposes of providing clients with legal advice. | WP |
| 05/00/05 | GII 647 | GeoInsight, Inc. (A) | CD entitled "Photos, May 2005, GeoInsight" created for internal use in anticipation of litigation. Services were used to provide counsel with technical information necessary for the purposes of providing clients with legal advice. | WP |
| Undated | GII 648 | GeoInsight, Inc. (A) | CD entitled "Bay St. Area, Tiverton, RI, EA Reports, VHB Reports, 01/27/04 RIDEM Comment Package, Etc." created for internal use in anticipation of litigation. Services were used to provide counsel with technical information necessary for the purposes of providing clients with legal advice. | WP |
| 05/00/05 | GII 649 | GeoInsight, Inc. (A) | CD entitled "Photos May 2005, Subsurface Investigation, GeoInsight" created for internal use in anticipation of litigation. Services were used to provide counsel with technical information necessary for the purposes of providing clients with legal advice. | WP |
| 09/08/04 | GII 650 | GeoInsight, Inc. (A) | CD entitled "SSIWP Block 05, Lot 11, 09/08/04, 130 Bay St., Tiverton, RI" created for internal use in anticipation of litigation. Services were used to provide counsel with technical information necessary for the purposes of providing clients with legal advice. | WP |

| | | |
|---|---|---|
| * | Ransom | Unless otherwise stated in an entry, Ransom refers to Gary Kaufman; Environmental consulting firm retained by Janice Carroll |
| | Carolyn S. Kaplan | Attorney, Nixon Peabody, Boston office, (617) 345-1345; Legal counsel retained by Janice Carroll |

| | |
|---|---|
| Joel J. Trifilo | Senior Geologist, GeoInsight, Inc. |
| Richard J. Wozmak | Principal Geologist, GeoInsight, Inc. |
| Spectrum Analytical | 11 Almgren Dr., Agawam, MA 01001 www.spectrum-analytical.com; Laboratory retained by GeoInsight, Inc. |
| Hanibal C. Tayeh | President Laboratory Director, Spectrum Analytical |