**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **GAIL, JOHN D. AND JOHN F. CORVELLO; et al., Plaintiffs,** | ) | |
| **v.** | ) | **C.A. No. 05-221T** (Related Case Nos. 05-274T, 05-370T, and 05-522T) |
| **NEW ENGLAND GAS COMPANY, INC.; Defendant.** | ) | |

PLEASE TAKE NOTICE, that, pursuant to Federal Rules of Civil Procedure Rules 45 and 30(b)(6), Plaintiffs will conduct the deposition upon oral examination of the officer, employee or agent of the defendant New England Gas Company ("NEGCO") most knowledgeable concerning the items listed in Exhibit "A" attached hereto.

The Deponent is also requested to produce for inspection and copying all Documents set forth in the Duces Tecum attached hereto as Exhibit "B."

This deposition will take place at **10:00 a.m. on February 22, 2007**, at the **Offices of Motley Rice LLC, 321 South Main Street, Providence, Rhode Island, 02903**, or at such other time or place as may be mutually agreed upon by the parties. The deposition will continue from day to day until completed and will be conducted before an officer or other person duly authorized to administer oaths. The deposition will be recorded by stenographic means.

Attorneys for the Plaintiffs Gail, John D. and John F. Corvello, et al,
By their Attorneys

/s/ Robert J. McConnell
Robert J. McConnell (#3888)

Jonathan D. Orent (#7408)
**MOTLEY RICE, LLC**
321 South Main Street
Providence, RI 02940
(401) 457-7700

/s/ Neil T. Leifer
David C. Strouss
Neil T. Leifer
Brad J. Mitchell
**THORNTON & NAUMES, LLP**
100 Summer Street, 30th Floor
Boston, MA 02110
(617) 720-1333

/s/ Mark W. Roberts
Mark W. Roberts
**MCROBERTS, ROBERTS & RAINER, LLP**
53 State Street
Boston, MA 02109
(617)-722-8222
(617)-720-2320 Fax

Dated: January 30, 2008

**Certificate of Service**

I hereby certify that on this 30th day of January, 2008, a copy of the foregoing was served electronically and by first class U.S. mail, postage prepaid, upon counsel of record.

/s/ Robert J. McConnell
Robert J. McConnell
(RI # 3888)

**Definitions**

The following definitions shall apply to this Notice of Rule 30(b)(6) Deposition Duces Tecum of New England Gas Company and all Exhibits attached thereto.

A. "Defendant," "you," "yours," shall mean Defendant The New England Gas Company, Fall River Gas Company, Fall River Gas Works Company, Southern Union Company, and Southern Union Gas Company, Inc. in its capacity as successor to Fall River Gas company, and each of its departments, divisions, bureaus, offices, agents, employees, or representatives, including without limitation, persons presently or formerly acting for or on behalf in relation to the ownership and/or operation of the Facilities as defined herein.

B. "Document" shall mean all writings or records of any type or description (and all preliminary drafts thereof), including but not limited to the original and any non-identical copy, regardless of origin or location, of correspondence, records, tables, charts, analyses, graphs, schedules, reports, memoranda notes, work logs, diaries, letters, telegrams, messages, e-mail and other electronic communication (including, but not limited to, reports of telephone conversations and conferences), studies, books, periodicals, magazines, booklets, circulars, bulletins, instructions, directions, recommendations, minutes, other communications (including, but not limited to, inter and intra-office communications), work orders, work records, purchase orders, bills of lading, authorization orders, tabulations, questionnaires, surveys, contracts, options to purchase, memoranda of agreements, assignments, licenses, books of account, orders, invoices,

statements, bills, checks, vouchers, time records, note books, data sheets, tape records, wire recordings, video recordings, transcripts of recordings, drawings, diagrams, blueprints, catalogues, wastes manifests, lading slips, bills of lading, cargo slips, traffic slips, freight slips, freight invoices, trucking slips, trucking invoices, shipping documents, traffic orders, rail orders, rail invoices, any manner of mechanical, electrical, or electronic transcription or encoding of words, numbers information, together with all programs and manuals necessary to interpret such encoded information, and all other data compilations from which information can be obtained or translated through detection devices into reasonably usable form, and other data compilations from information can be obtained and translated if necessary