# Exhibit "A"

1. The scope of the searches conducted for Documents responsive to Plaintiff's discovery requests in Corvello, et al. vs. New England Gas Company, et al., C.A. No. 05-221T including, but not limited to:

   a. All New England Gas Company ("NEGCO") locations containing and/or storing NEGCO documents.
   b. All locations that were searched for responsive information.
   c. The method used to conduct the search.
      i. Employees and agents contacted pursuant to the search.
      ii. Forms or surveys of any kind used.
      iii. Criteria used to determine the production of any particular Document.
   d. The dates on which the search was conducted.
   e. The personnel involved in conducting the search.

2. The scope of the searches conducted for Documents responsive to Plaintiff's discovery requests in Louis Andrade, et al. vs. Fall River Gas Company, et al., C.A. No. 99-11669-GAO including, but not limited to:

   a. All New England Gas Company ("NEGCO") locations containing and/or storing NEGCO documents.
   b. All locations that were searched for responsive information.
   c. The method used to conduct the search.
      i. Employees and agents contacted pursuant to the search.
      ii. Forms or surveys of any kind used.
      iii. Criteria used to determine the production of any particular Document.
   d. The dates on which the search was conducted.
   e. The personnel involved in conducting the search

3. The scope of the searches conducted for Documents responsive to Plaintiff's discovery requests in Southern Union Company d/b/a New England Gas Company Notice of Violation OC&I/SR 06-01, AAD No. 06-001/SRE including, but not limited to:

   a. All New England Gas Company ("NEGCO") locations containing and/or storing NEGCO documents.
   b. All locations that were searched for responsive information.
   c. The method used to conduct the search.
      i. Employees and agents contacted pursuant to the search.

ii. Forms or surveys of any kind used.
iii. Criteria used to determine the production of any particular Document.

d. The dates on which the search was conducted.
e. The personnel involved in conducting the search.

4. The location of all NEGCO Document storage facilities.

5. The management structure, and identification of all past and present employees for each of your Document storage facilities.

6. The format in which present and historical Documents are currently stored including but not limited to any and all information systems or databases used to store, access or locate NEGCO documents.

7. NEGCO's past and present records retention policies.