UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GAIL CORVELLO, et al., )
KEVIN BURNS, et al., )
COLLEEN BIGELOW, et al., and )
SHEILA REIS, et al. )
)
Plaintiffs )
v. )
)
NEW ENGLAND GAS COMPANY )
)
Defendant and Third Party Plaintiff, )
v. )
)
BRIDGESTONE FIRESTONE NORTH )
AMERICAN TIRE, LLC, et al. )
)
Third Party Defendants. )
)

Case Numbers: 05-221T (Lead Case)
(Related and Consolidated cases:
05-274T; 05-370T, 05-522T)

**JOINT STIPULATION ON DOCUMENTS**

Whereas, plaintiffs filed "Plaintiffs' Motion to Compel Defendant to Produce Simpson Documents and Request For Expedited Hearing" (Dkt. No. 567, hereafter, "the Motion"), seeking to compel defendant to produce from the historical records of Fall River Gas Company ("FRGC") invoices, not already produced by defendant to plaintiffs, for "any and all work undertaken by John K. Simpson, John Simpson, Jr. and/or Alvin Simpson, for FRGC" (hereafter, "Responsive Documents");

Whereas, defendant has identified one hundred (100) or more cartons of FRGC historical records which are believed to contain Responsive Documents, and the plaintiffs and defendant have agreed to resolve the Motion by splitting the work of reviewing the cartons, with defendant agreeing to review any cartons believed to contain Responsive Documents in excess of the twenty-five (25) cartons to be reviewed by plaintiffs; and

Whereas, the parties have agreed to resolve the motion without further action by the Court, as set forth in this Stipulation;

NOW , THEREFORE, IT IS HEREBY STIPULATED, by and between counsel for plaintiffs and defendant, as follows:

1. On or before Thursday, February 21, 2008, defendant shall make available for plaintiffs' review and designation for copying at the offices of Hinckley, Allen & Snyder LLP, twenty-five (25) cartons of FRGC's historical files which defendant believes contain Responsive Documents;

2. On or before February 28, 2008, defendant shall produce to plaintiffs, copies of any other Responsive Documents defendant has been able to locate, after a diligent search, from its review of the more than seventy-five (75) cartons (not including, and additional to, those cartons identified in Paragraph 1 above) of FRGC's historical files which defendant believes contain Responsive Documents, together with a list of all cartons that defendant has reviewed in search of Responsive Documents.

3. This Stipulation resolves the Motion without any further action by the Court.

NEW ENGLAND GAS COMPANY
By its Attorneys,

/s/ Robin L. Main
Robin L. Main (#4222)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
rmain@haslaw.com

John a. Tarantino (#2586)
David A. Wollin (#4950)
Kristen W. Sherman (#5595)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 351-4607

Eric D. Herschmann
David E. Ross
Seth Davis
Noelle M. Kowalczyk
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

PLAINTIFFS,
By and through their Attorneys

/s/ Mark W. Roberts
Mark W. Roberts, Esq.
David A. Cetola, Esq.
Heather Spurlock Kennealy, Esq.
McRoberts, Roberts & Rainer, LLP
53 State Street
Boston, MA 02109

February 19, 2008

## CERTIFICATE OF SERVICE

To:

John J. McConnell, Jr., Esq.
Robert J. McConnell, Esq.
Aileen L. Sprague, Esq.
Jonathan D. Orent, Esq.
Motley Rice
321 South Main Street
Providence, RI 02903

Neil T. Leifer, Esq.
Christian F. Uehlein, Esq.
Thorton & Naumes LLP
100 Summer Street
Boston, MA 02110

Mark W. Roberts, Esq.
David A. Cetola, Esq.
Heather Spurlock Kennealy, Esq.
McRoberts, Roberts & Rainer, LLP
53 State Street
Boston, MA 02109

Matthew B. Smith, Esq.
1206 Westminster Street
Providence, RI 02909

Paul Revere, III, Esq.
297 North Street, Suite 337
Hyannis, MA 02601

Richard J. Zabbo, Esq.
Stephen P. Harten, Esq.
Ratcliffe, Burke, Harten & Elias LLP
1600 Financial Plaza
Providence, RI 02903

Christina C. Dodds, Esq.
Bishop, London & Brophy, P.C.
3701 Bee Caves Road, Suite 200
Austin, TX 78746

Gregory S. Schultz, Esq.
Susan Forcier, Esq.
Office of Legal Services
RI Department of Environmental Management
235 Promenade Street
Providence, RI 02908

Lewis S. Wiener, Esq.
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, N.W.
Washington, DC 20004

Michael D. Mitchell, Esq.
Deputy Chief of Legal Services
State of Rhode Island
Department of Transportation
Two Capital Hill
Providence, RI 02903

Michael K. Marran, Esq.
P.O. Box 6067
321 South Main Street, Suite 200
Providence, RI 02940-6067

Anthony F. Muri, Esq.
Muri Associates LLC
Ten Weybosset Street
Providence, RI 02903

Kerry T. Ryan, Esq.
Emily C. Shanahan
Tarlow, Breed, Hart & Rodgers, P.C.
101 Huntington Avenue, Suite 500
Boston, MA 02199

Benjamin V. White, Esq.
Kimberly A. Simpson, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

William D. Wick, Esq.
Wactor & Wick LLP
180 Grand Avenue, Suite 950
Oakland, CA 04612

Andrew G. Mauck, Esq.
Matthew B. Kirsner, Esq.
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA 23208

Craig R. Waksler, Esq.
McGivney & Kluger, P.C.
72 Pine Street, 1st Floor
Providence, RI 02903

Bruce G. Tucker, Esq.
David B. Willis, Esq.
Legal Management Services LLC
55 Hammerlund Way
Middletown, RI 02842

David A. Crichlow, Esq.
David Goldberg, Esq.
Catherine C. McCulley, Esq.
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036

Paul M. Sanford, Esq.
Burns & Levinson LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903

Christopher P. McCormack, Esq.
Pullman & Comley LLC
850 Main Street
Bridgeport, CT 06601

Gregory L. Benik, Esq.
Benik & Associates
931 Jefferson Boulevard, Suite 208
Warwick, RI 02886

Jeffrey Bromme, Esq.
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, DC 20004-1206

Jeanne M. Scott, Esq.
Ursillo, Teitz & Ritch, Ltd.
Two Williams Street
Providence, RI 02903

I hereby certify that on February 19, 2008, a copy of the foregoing Stipulation was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing.

/s/ Robin L. Main
Robin L. Main

873237v1 (14015-126110)