**SCHEDULE A**

**Subject Matter of 30(b)(6) Deposition**

1. Historical information concerning the Bay View Holy Ghost Citizens Club in Tiverton, Rhode Island.

2. Improvements to the property owned by the Bay View Holy Ghost Citizens Club in Tiverton, Rhode Island.

3. Soil testing conducted on the Bay View Holy Ghost Citizens Club property in Tiverton, Rhode Island.

4. Information concerning the Fall River Gas Company and/or the New England Gas Company.

5. Information concerning the third party defendants and any other potentially responsible parties for the alleged contamination in Tiverton, Rhode Island.

6. Alleged damages sustained by the Bay View Holy Ghost Citizens Club as a result of the alleged contamination in Tiverton, Rhode Island.

7. Information concerning the Bay View Holy Ghost Citizens Club's members and membership.

8. Any information concerning any of the allegations raised by the Bay View Holy Ghost Citizens Club in its complaint against the New England Gas Company.