AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

EXHIBIT AND WITNESS LIST

Gail Corvello, et al v. NE Gas Co., Inc., et al CASE NUMBER: 05-221 T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| E. Torres | Roberts, McConnell, Leifer, Zabko | Tarantino, Petros, Ross |
| ~~TRIAL~~ DATE(S) Motion Hearing 3/25/08 | COURT REPORTER D. Lajoie | COURTROOM DEPUTY R. Smith |

| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | A | 3/25/08 | ID | | Bay St. Neighborhood Study Area, Tiverton, RI |
| 1 | | 3/25/08 | ID | | Depiction of Physical and Chemical Results in BSNSA (MAP) |
| 2 | | 3/25/08 | ID | | Vol 1 of Original Weston + Sampson report |

include a notation as to the location of any exhibit not held with the case file or not available because of size.