# EXHIBIT 2

FALL RIVER GAS WORKS COMPANY

1953

ANNUAL REPORT
1953



FALL RIVER
GAS WORKS
COMPANY

April 15, 1954

*To the Stockholders of*
*Fall River Gas Works Company:*

This report covers the calendar year of 1953, a year of particular significance in the 107 year history of the Gas Company in Fall River. On October 12, 1953, after more than a century of dependable service with "man-made" or manufactured gas, your Company received and immediately began distributing the long heralded natural gas from Texas.

The net income of the Company for the year 1953 was $127,800. This represents an increase of $50,900 (66.0%) over the previous year and is equivalent to earnings of $1.93 per share of common stock for 1953 as against $1.16 per share for 1952. The improved earnings resulted primarily from the higher gas rates in effect during part of the year and the economic improvements attributable to natural gas operations during the latter months of the year.

Throughout the first three quarters of 1953, the area served by the Company continued to enjoy a good and relatively stable level of business activity. During the last quarter of the year, however, the important textile industry, which still employs approximately 50 per cent of the wage earners in the area, was experiencing some cut backs in employment. The many and varied other concerns in and around Fall River reported their activity during all of 1953 as approximately the same or slightly higher than the previous year. It is expected that during 1954, the economy and pattern of business activity in the Fall River area will be maintained at about the 1953 year end level.

Total operating revenues of the Company for 1953 were $2,214,200 which was $99,400 (4.7%) above the previous year. The effect on residential revenues of the higher gas rates which became effective on April 1, 1953 and a substantial increase in gas consumption by commercial and industrial users were the major factors responsible for the additional revenue. Non-operating income—net during 1953 totaled $117,200 which was more than double the previous year. The lifting of all heating restrictions in August, slightly in advance of the turning-in of natural gas, opened the flood gates to a backlog of potential space heating customers. A vigorous sales program and the ready acceptance of the new gas by all types of users was responsible for a high volume of appliance sales during the last half of the year.

Total operation and maintenance expenses for the year were $27,400 (1.6%) above 1952. General wage and salary increases of approximately 6 per cent were granted, in line with the adjustments made in neighboring utility companies. Maintenance expenditures rose appreciably during 1953 due directly to the effect of a State statute concerning meter repairs and due indirectly to gas main and service work associated with the City of Fall River's street paving program. The lower costs of production operation under natural gas during the last quarter of the year came within $3,300 of offsetting a total increase of $81,400 for the entire year in all other operation accounts.

Federal income tax accruals for 1953 being geared to the earnings were $49,500 above the previous year. As a result of additional borrowing made during the year, and a higher rate on all indebtedness, interest charges during the period were greater.

The Massachusetts Department of Public Utilities issued an order making effective April 1, 1953, the higher gas rates for which your Company had been seeking approval for two years. Although the new rates were allowed too late to affect a good part of the 1953 gas heating season, they were, nevertheless, a welcome and necessary relief.

On October 12, 1953, the Fall River Gas Works Company turned natural gas into its distribution system. By mid-November the conversion of all customers' gas appliances to use the new fuel had been completed and the entire system was on 100 per cent natural gas. It is confidently believed that the availability of natural gas will result in better service at lower cost for the consumers and in improved earnings for the Company.

The Directors and Officers of the Company wish to take this opportunity to express their appreciation for the loyalty, efficiency and cooperation of all employees during the year and particularly during the long busy days associated with the conversion to natural gas. The proud past, as well as the present and future progress of the Company, springs from the teamwork of all the Company's employees.

By Order of the Board of Directors,

SPENCER BORDEN,
*President.*

## CERTIFICATE OF AUDITORS

SEAMANS, STETSON AND TUTTLE
CERTIFIED PUBLIC ACCOUNTANTS
84 State Street, Boston, Massachusetts

TO THE BOARD OF DIRECTORS OF
FALL RIVER GAS WORKS COMPANY:

We have examined the balance sheet of the Fall River Gas Works Company as of December 31, 1953 and the related statements of income and earned surplus for the year then ended. Our examination was made in accordance with generally accepted auditing standards, and accordingly included such tests of the accounting records and such other auditing procedures as we considered necessary in the circumstances.

In our opinion, the accompanying balance sheet and statements of income and earned surplus, prepared in accordance with the regulations of the Massachusetts Department of Public Utilities, present fairly the financial condition of the Company at December 31, 1953 and the results of its operations for the year then ended, in conformity with generally accepted accounting principles applied on a basis consistent with that of the preceding year.

In connection with this opinion it is noted that, due to the cycle method of billing, there is a substantial amount of unbilled revenue at the close of each year which, in effect, acts as a reserve against uncollectible consumers' accounts.

SEAMANS, STETSON AND TUTTLE.

February 19, 1954.