UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GAIL, JOHN D. and JOHN F. CORVELLO, et al.,

Plaintiffs,

vs.

NEW ENGLAND GAS COMPANY,

Defendant/Third Party Plaintiff

vs.

BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, et al.,

Third-Party Defendants.

C.A. No. 05-022lT
(Related Cases: 05-274T; 05-370T; 05-522T)

**NOTICE OF RULE 30(B)(6) DEPOSITION OF GZA GEOENVIRONMENTAL INC. AND REQUEST FOR DOCUMENTS**

PLEASE TAKE NOTICE, that, pursuant to Federal Rules of Civil Procedure Rules 45 and 30(b)(6), Plaintiffs will conduct the oral examination of the officer, employee, or agent of GZA GeoEnvironmental Inc. most knowledgeable of the topics listed in Exhibit "A" attached hereto. The Deposition shall take place at **10:00 a.m. on April 17, 2008**, before a notary public or other person authorized to administer oaths, at the offices of **Motley Rice, LLC, at 321 South Main Street, Providence, RI 02940** or such other place as the parties mutually agrees. The deposition will be recorded by stenographic and video means.

Attorneys for the Plaintiffs Gail, John D. and John F. Corvello, et al,
By their Attorneys

/s/ Robert J. McConnell

/s/ Neil T. Leifer
David C. Strouss
Neil T. Leifer
Brad J. Mitchell
**THORNTON & NAUMES, LLP**
100 Summer Street, 30th Floor
Boston, MA 02110
(617) 720-1333

/s/ Mark W. Roberts
Mark W. Roberts
**MCROBERTS, ROBERTS & RAINER, LLP**
53 State Street
Boston, MA 02109
(617)-722-8222
(617)-720-2320 Fax

Dated: April 1, 2008

**Certificate of Service**

I hereby certify that on this 2nd day of April, 2008, a copy of the foregoing was served electronically and by first class U.S. mail, postage prepaid, upon counsel of record.

/s/ Jonathan D. Orent
Jonathan D. Orent