# Exhibit 1

GZA
GeoEnvironmental, Inc.

June 9, 2006
GZA File No. 05.00043490.00

Michele Leone
National Grid
25 Research Drive
Westborough, Massachusetts 01582

140 Broadway
Providence
Rhode Island
02903
401-421-4140
Fax: 401-751-8613
www.gza.com

Re: Cost Estimate
Individual Residential Parcel Investigation and Remediation
Bay Street Tiverton Study Area
Tiverton, Rhode Island

Dear Ms. Leone:

Per your request, GZA GeoEnvironmental, Inc. (GZA) has prepared the attached table summarizing certain property information, subsurface conditions, and estimated remediation costs for each of the individual residential properties which are part of the Bay Street Tiverton Study Area (herein referred to as the Site). As defined by the Rhode Island Department of Environmental Management (RIDEM), this Site consists of 96 residential properties, public roadways and a public park and encompasses approximately 50 acres located in Tiverton, Rhode Island. RIDEM issued a Letter of Responsibility to the New England Gas Company (NEGC) in March 2003 requesting that NEGC complete a Site Investigation Report (SIR) for this Site. It is suspected by RIDEM that portions of this Site may have been historically filled with soil containing Former Manufactured Gas Plant (FMGP) waste materials originating from the former Charles Street MGP located in Fall River, Massachusetts.

## SUMMARY OPINION – COST ESTIMATES

Based upon the assumptions presented below, GZA estimates that the remedial cost to address the presence of fill at the site is likely not to exceed a range of between $28 to $52 million. The remedies that were developed were intended to allow for an estimate of the range of potential costs, not as the actual remedy that would be preferred by National Grid or any other party. Cost estimates were developed for three conservative approaches to achieve a site remedy. The three remedial scenarios are listed below.

1. Purchase, Demolition and Capping ($30 million): Under this scenario, the homes would be properly demolished and the Properties would be provided with soil caps that meet RIDEM requirements for engineered controls (i.e., non-woven geotextile overlaid with a 1-foot clean soil layer). In addition, this scenario includes limited "hot spot" removal of certain soil impacts (elevated levels of arsenic, lead, mercury and cyanide in the fill materials) prior to placement of the engineered cap. National Grid has had the properties appraised and the aggregate fair market value is $23,752,000. This cost, plus the remedial cost presented in Table 1, equates to a total cost of approximately $30 million.
2. Remove estimated fill, import and backfill with clean soil and restore properties ($28 million): For this approach, GZA used the extensive available soil descriptions to estimate the likely volume of soil fill on each parcel. This soil fill, which was estimated to average approximately 2 to 4 feet and extend aerially over approximately 75 % of the site, was then assumed to be excavated and disposed of off-site at an approved disposal facility.

Off-site disposal costs are conservatively estimated at approximately $60 per ton. If the performing party were able to dispose of the excavated material at an in state disposal facility, actual costs are likely to be much lower. This soil fill would include clean and contaminated fill without any effort to segregate the clean fill. A total volume of 61,400 cubic yards was assumed to be removed. The cost to temporarily house occupants at off-property locations during the soil removal work was included in the estimate, if requested by the homeowner. Properties would be restored to original grade with clean soil and re-landscaped.

3. Remove all fill, import clean soil fill and restore properties ($52 million): This is essentially the same remedy as No. 2, with the exception that the soil fill is assumed to extend across each of the properties at the observed depths. Therefore, a total volume of approximately 147,000 cubic yards would be removed from the site under this approach.

The cost estimates for each of these remedial options are summarized in Tables 1 and 2. Further details regarding cost estimate No. 1 are included in the April 24, 2006 cost estimate letter prepared by GZA for National Grid, included as Appendix A. Details regarding development of the remedial costs for options No. 2 and 3 are provided in the following sections.

## DESCRIPTION OF DATA REVIEW/COST ESTIMATE DEVELOPMENT

Table 2 identifies each parcel by address and includes a summary of the following information:

**Property Description**
- Owner
- Home Design
- Lot Size
- Property Value (currently blank and to be determined by others)

**Investigation Summary**
- Borings/Test Pits Performed

**Observed Site Conditions**
- Estimated Fill Depth
- Estimated Extent of Fill (as aerial percentage)
- Estimated Fill Volume (based on depth and aerial percentage)
- Notes (significant observations from exploration logs)
- Analytical Summary (to be completed)
- Depth to Water

**Evaluation of Adequacy of Investigation** (based on GZA's experience with RIDEM)

**Estimated Remedial Cost Estimate**
- Lower End based on estimated fill aerial extent
- Upper End based on estimated fill depth over entire lot area

In preparing Table 2, GZA performed a review of certain information and reports available on the RIDEM web-site (Bay Street Tiverton Study Area), the NEGC web-site, and the Environmental Neighborhood Awareness Committee of Tiverton (ENACT) web-site, including the August 2005 Supplemental and Phase 2 Site Investigation Report prepared by Vanasse Hangen Brustlin, Inc.

(VHB) on behalf of NEGC and the subsequent comment letter prepared by RIDEM dated November 23, 2005. Our estimates of fill depth and aerial extent were based primarily on a review of the exploration logs provided within the VHB August 2005 Phase 2 Site Investigation Report. The property description information was obtained from the Town of Tiverton assessor cards.

The remedial cost estimates summarized for each property in Table 2 are based on a potential alternative under which fill materials (former MGP waste and/or urban fill) are excavated from each property and disposed off-Site in accordance with RIDEM requirements. It should be noted that analytical chemical distribution data was not significantly considered in estimating the extent of fill to be removed from each property for the purposes of this cost estimate. These removal volumes were based primarily on the descriptions of fill provided on the exploration logs. Additionally, the volumes used in preparing these cost estimates do not include materials beyond the observed fill extent and depth. These assumptions are considered reasonable given the manner in which the fills were likely placed and the relatively immobile nature of the fill constituents. Two remedial estimates are provided for soil removal from each property. The lower end is based on a fill volume calculated using GZA's estimate of fill depth and aerial extent (expressed as a percentage of the property area). The upper end is more conservatively based on a fill volume calculated using GZA's estimate of fill depth over the entire property area. The intent in presenting this range of potential remedial costs was to cover the uncertainties associated with the limited characterization work performed at some of the properties. As indicated in Table 2, we have estimated that a little over half of these properties will potentially require additional exploration work to characterize the nature and extent of the fill materials consistent with typical RIDEM requirements. The remedial cost estimates presented in the summary table include this additional exploration work.

In addition to the summary Table 2, included in Appendix B are two (lower and upper end) detailed cost estimates for one of the residential properties (Block/Lot 08-06 3 1). Similar estimates were prepared for each property and the totals were entered into the attached summary table. The assumptions made in developing these cost estimates are listed in the notes section of the detail tables. As indicated in the attached detailed estimate sheets, we included costs for resident relocation during the remediation work, engineering design, oversight and regulatory submittals, additional investigation when necessary, site preparation, excavation (including support depending on excavation depth), confirmatory testing, transportation and off-site disposal of excavated fill, and site restoration. These estimates also include perimeter air monitoring during earthwork activities. We assumed 10% of the excavated fill materials would require disposal as a hazardous waste primarily due to lead concentrations; the remaining 90% was assumed for disposal as a non-hazardous waste. Site restoration costs include backfill, topsoil, clean fill/loam testing, hydroseeding and an allowance, depending on lot size between $10,000 and $20,000 per property for aesthetic restoration/landscaping. This allowance amount was included to cover the replacement/repair of gardens, sheds, fencing, etc. These costs also include a 20% contingency to cover unanticipated conditions and a project management allowance of up to 15% of the total estimated costs.

The remedial cost estimates are subject to the attached Limitations (Appendix C).

We trust this submittal suits your current needs. Should you require additional information from us, please contact either of the undersigned. We appreciate the opportunity to be of continued service to National Grid.

Very truly yours,

GZA GEOENVIRONMENTAL, INC.

Margaret S. Kilpatrick, P.E.
Project Manager

James J. Clark, P.E.
Associate Principal

John J. Spirito P.E.
Principal

Attached: Table 1 - Cost Estimate – House Demolition, Limited Soil Removal and Installation of Engineered Cap
Table 2 - Bay Street Area Property Summary Sheet and Estimated Fill Removal Costs
Appendix A – April 24, 2006 Cost Estimate Letter
Appendix B - Cost Estimates for Block/LOT 08-06 3 1
Appendix C - Remedial Cost Estimate Limitations

J:\ENV\43490.msk(V)\43490 tivertonestltter rev 2a.doc

**Table 1**
**Cost Estimate - House Demolition, Limited Soil Removal and Installation of Engineered Cap**
Bay Street Tiverton Study Area
Tiverton, Rhode Island

| Task | Description | Estimated Quantity | Unit Cost | Estimated Cost |
|---|---|---|---|---|
| <u>Capital Costs</u> | | | | |
| ***Engineering*** | | | | |
| Regulatory Submittals | Regulatory report preparation (Remedial Action Work Plan; Closure Report) and RIDEM communications | 1 l.s. | $25,000 | $25,000 |
| Engineering Oversight | Documentation of engineered control placement, limited soil excavation | 56 mdays | $800 per mday | $44,800 |
| Comprehensive Health and Safety Plan | Including waste handling, worker safety procedures, etc. | 1 l.s | $3,500 each | $3,500 |
| ***Legal*** | | | | |
| Environmental Land Usage Restriction | Includes preparation of draft, review and finalization (legal fees) | 1 l.s. | $20,000 | $20,000 |
| ***Site Activities*** | | | | |
| <u>House Demolition</u> | 86 houses | | | |
| Newer Homes | Constructed post-1977 | 24 houses | $15,000 per house | $360,000 |
| Older Homes | Constructed pre-1977 (lead and ACM abatement) | 72 houses | $17,500 per house | $1,260,000 |
| <u>Limited Soil Removal</u> | | | | |
| Mobilization/Demobilization/Earthwork | Equipment, Personnel, Etc. Includes spot removal for following COCs: arsenic, lead, cyanide, mercury (see below note for assumptions): Total volume 6,740 CY + 1000 CY (over excavation) | 16 days | $2,000 per day | $32,000 |
| Backfilling | | 7740 CY | $12 per CY | $92,880 |
| Dust Monitoring | | 3 months | $25,000 per month | $75,000 |
| Confirmatory Soil Sampling and Testing | Includes 5 samples per location (4 sidewalls and 1 base) for COCs plus additional samples for over excavation (15% of total) | 1323 samples | $30 per sample | $39,690 |
| <u>Engineered Cap Construction:</u> | | | | |
| Mobilization/Demobilization/Earthwork | Equipment, Personnel, Etc. | 40 days | $2,000 per day | $80,000 |
| Non-woven Geotextile | Placed | 1931250 SF | $0.20 per SF | $386,000 |
| Soil cover (off-site borrow) | Assume 6"inch thickness, delivered | 35764 CY | $12 per CY | $429,167 |
| Soil cover (topsoil) | Assume 6"inch thickness, delivered | 35764 CY | $15 per CY | $536,458 |
| Hydroseeding | | 1931250 SF | $0.05 per SF | $96,600 |
| Clean Fill Testing - Soil Cap | Includes testing for arsenic (1/500 CY) and PP-13, VOCs, SVOCs, TPH (1/2000 CY) | 180 samples | $162 per sample | $29,160 |
| <u>Off-Site Transport and Disposal (T&D)</u> | | | | |
| Stockpile Management | Includes: soil loading, stockpile consolidation/movement | 11740 CY | $2.00 per CY | $23,480 |
| Waste Characterization | Analytical testing for receiving facility approval | 24 samples | $1,000 per sample | $24,000 |
| Transport and Disposal (Hazardous) | Assumes up to 10% of total volume is hazardous | 1,350 tons | $250 per ton | $337,500 |
| Transport and Disposal (Non-Hazardous) | Assumes up to 90% total volume is non-hazardous | 15849 tons | $60 per ton | $950,940 |
| Subtotal of Capital Costs | | | | $4,846,200 |
| Capital Contingency | | 20% of subtotal | | $969,240 |
| Project Management | | 15% of subtotal | | $726,930 |
| **TOTAL CAPITAL COSTS** | | | | $6,540,000 |
| <u>Operation, Maintenance and Monitoring Costs</u> | | | | |
| Annual ELUR Inspections | | 1 mday | $800 per mday | $800 |
| Status Reports | Preparation labor, costs (annual) | 1 reports per year | $500 per report | $500 |
| Subtotal O&M Costs | | | | $1,300 |
| OMM Contingency | | 20% of subtotal | | $260 |
| Project Management | | 15% of subtotal | | $195 |
| **TOTAL ANNUAL OMM COSTS** | | | | $1,755 |
| **TOTAL OMM COSTS (30 years)** | | | | $52,650 |
| **TOTAL ESTIMATED REMEDIAL COSTS** | | | | $6,590,000 |

Notes:
1 Cost estimates provided for comparison purposes only and are subject to the attached limitations. Total estimated cost rounded to nearest $10,000.
2 Demolition costs assume that houses on 86 of the 96 lots would be razed for installation of the engineered cap (one structure per lot). Of the 86 houses, presented costs assume that up to 75% of houses contain lead and asbestos containing material (ACM) which will require abatement prior to demolition.
3 Presented costs include limited spot removal according to the following, plus up to 15% for over excavation:
a. Arsenic: Up to 12% of soil samples submitted for arsenic detected arsenic above 15 ppm (217 locations). For estimating purposes, we have conservatively assumed spot excavation of a 20 ft x 20 ft area at each of the 217 locations, to a depth of 2 feet below grade. Total volume: 6400 CY.
b. Lead: Presented costs assume removal of lead-impacted soil at properties potentially having lead levels above 2,000 ppm. Based on available information, we have assumed that these removal efforts will focus on the 7 properties identified as having potential lead-based paint (LBP) impacts. Volume estimates assume removal of the upper 6-inches of soil 10 feet distant from the foundation of a 1,250 square foot residence (typical). Total volume: 100 CY
c. Mercury: Presented costs assume removal of 20 ft x 20 ft areas to the depth of observed impacts at the two locations exhibiting mercury exceedances. Total volume: 200 CY
d. Cyanide: Presented costs assume removal of 20 ft x 20 ft areas of soil to the depth of observed impacts at each of the four locations exhibiting cyanide exceedances. Total volume: 40 CY
4 Earthwork costs assume production rate of 500 CY per day for limited spot removal and 50,000 SF per day for cap installation.
5 Presented costs assume installation of a engineered cap over an area approximately 1,931,250 square feet (SF) or 44 acres. Engineered cap costs include placement of a non-woven geotextile covered with a 1-foot soil layer over existing grade. For the soil cover, costs assume 6-inches of off-Site borrow and 6-inches of topsoil/loam. Costs include hydroseeding the entire engineered cap area. Installation of engineered cap assumes some level of grading will be required where cap meets roadway pavement. (Additional excess approximately 5% of total cap volume, or 4,000 CY)
6 Waste characterization costs assume collection of representative stockpile soil sample every 500 CY for disposal profiling.
7 Transport and disposal costs assume up to 10% of soil will be considered hazardous and 90% will be non-hazardous. Tonnage estimates assume soil density of 1.3 tons per CY

Table 1

[illegible]

GZA
GeoEnvironmental, Inc.

140 Broadway
Providence
Rhode Island
02903
401-421-4140
Fax: 401-751-8613
www.gza.com

April 24, 2006
GZA File No. 05.P000068.07

Michele Leone
National Grid
25 Research Drive
Westborough, MA 01582

Re: Cost Estimate
House Demolition, Limited Soil Removal and Engineered Cap
Bay Street Tiverton Study Area
Tiverton, Rhode Island

Dear Ms. Leone:

Per your request, GZA GeoEnvironmental, Inc. (GZA) has prepared the attached cost estimate related to the Bay Street Tiverton Study Area (herein referred to as the Site). As defined by RIDEM, this Site consists of 96 residential properties, public roadways and a public park and encompasses approximately 50 acres located in Tiverton, Rhode Island. The Rhode Island Department of Environmental Management (RIDEM) issued a Letter of Responsibility to the New England Gas Company (NEGC) in March 2003 requesting that NEGC complete a Site Investigation Report (SIR) for this Site. It is suspected by RIDEM that portions of this Site may have been historically filled with soil containing Former Manufactured Gas Plant (FMGP) waste materials originating from the former Charles Street MGP located in Fall River, Massachusetts.

In preparing the attached cost estimate, GZA performed a limited review of certain information and reports available on the RIDEM web-site (Bay Street Tiverton Study Area), the NEGC web-site, and the Environmental Neighborhood Awareness Committee of Tiverton (ENACT) web-site, including the August 2005 Supplemental and Phase 2 Site Investigation Report prepared by Vanasse Hangen Brustlin, Inc. (VHB) on behalf of NEGC and the subsequent comment letter prepared by RIDEM dated November 23, 2005.

The attached cost estimate is for a potential alternative under which the dwellings are razed and the suspected fill area is capped in accordance with RIDEM requirements. Our estimate was prepared based on the underlying assumption that this approximately 50 acre area would be managed as one Site with respect to permitting, design, and remedial implementation. Based on a one Site approach and this capping strategy, we would not anticipate the need for additional explorations. In the event individual properties were to be addressed separately, additional explorations would likely be significant.

As presented in Table 1, this cost estimate also includes the removal of certain soil impacts prior to the placement of the engineered cap. These limited "hot spot" soil removal activities were included to address observed elevated levels of arsenic, lead, mercury, and cyanide in the fill materials. While it is not specifically prescribed by RIDEM regulations, our experience suggests it is likely that RIDEM would require soils exhibiting arsenic concentrations in excess of approximately 43 mg/kg (ppm) be removed prior to capping. RIDEM recently informally adopted 43 ppm as an Imminent Hazard criteria for arsenic in a residential setting and would require removal of these "hot spots" soils prior to capping. For the purpose of this cost estimate, to ensure

all hot spot arsenic areas are removed prior to capping, we have conservatively estimated this "hot spot" volume based on the occurrence of soils exhibiting arsenic levels greater than 15 ppm. Please note, our review of the existing data set indicates that approximately 5 locations exhibited arsenic concentrations in excess of 43 ppm. In the event RIDEM were to accept 43 ppm as the criteria for "hot spot" removal prior to capping, the attached estimate would be reduced by approximately $840,000.

Similarly, certain identified isolated areas of elevated mercury and cyanide concentrations in soil would also likely require removal prior to cap placement. Finally, there exist several properties exhibiting lead concentrations in shallow soils above 2,000 ppm[1]. While these lead impacts are likely related to lead based paint, their removal has been included in our cost estimate.

In preparing this estimate, we have assumed that the remedial efforts will focus on an approximate 44 acre area encompassed by Judson Street to the south, State Avenue to the north, Bay Street to the west and Bottom Street to the east (see attached sketch for our assumed limits). Given the significant grade change, shallow bedrock and likely limited historic filling, we have not included capping of the Site properties that are located to the east of Bottom Street. However, we have conservatively assumed that all 96 lots will be razed in preparation for the engineered cap installation and that 75% of the demolished homes will include lead and asbestos containing materials (ACM) in the demolition debris. Subsequent to the demolition activities and limited soil removal described above, an engineered cap will be placed over the entire 44 acre Site area. Consistent with RIDEM requirements, this engineered cap would consist of a non-woven geotextile covered with a 1-foot clean soil layer (6 inches of borrow covered with 6 inches of hydro-seeded topsoil/loam). Areas adjacent to existing roadways would be over excavated and capped to match the final cap elevation. Consistent with RIDEM regulations, an Environmental Land Use Restriction (ELUR) would be implemented to ensure the integrity and maintenance of the engineered controls (soil cap, existing pavement/roadways). Annual inspections will be performed by a qualified environmental professional to assure the long-term maintenance of the cover material. For the roadway portions of the ELUR area, we have assumed that the ELUR will address the responsibilities of National Grid/NECG to coordinate with the Town of Tiverton if roadway repair and/or utility work is required in the future (e.g., management of excavated impacted soils).

Our review of the 1984 Flood Insurance Rate Map (FIRM) for the Town of Tiverton (Community Panel Cumber 440012 0001 C; see attached copy focusing on the Site Area) indicates that the Site falls within a Zone C area, defined as an area of minimal flooding. Based on this designation and that the Site falls outside of the 100-year floodplain (i.e., Zone A), GZA believes that no significant permitting will be required for implementation of the proposed capping strategy. Additional assumptions related to our cost estimate are described in Table 1.

This estimate is subject to the attached Limitations.

[1] Based on verbal communications with RIDEM, it is our understanding that they have observed soils impacted with total lead over 2,000 mg/kg (associated with lead paint) typically fails RIDEM Method 1 GA Leachability criterion.

We trust this submittal suits your current needs. Should you require additional information from us, please contact either of the undersigned. We appreciate the opportunity to be of continued service to National Grid.

Very truly yours,

GZA GEOENVIRONMENTAL, INC.

Margaret S. Kilpatrick, P.E.
Project Manager

James J. Clark, P.E.
Associate Principal

John J. Spirito P.E.
Principal

Attached: Table 1 – Cost Estimate
Site Sketch Depicting Assumed Cap Limits
Flood Insurance Rate Map
Remedial Cost Estimate Limitations

J:\ENV\43490.msk(V)\baystreet MSK-JJS.doc


APPROXIMATE CAP LIMITS
± 44 ACRES
86 LOTS
Legend
Lots with VHB Soil Boring
Block Number (Typical)
Surface Soil Boring Location
Subsurface Soil Boring Location
VHB Boring/Monitoring Well Location
Test Pit Location
Fall River, Massachusetts
Tiverton, Rhode Island
Plat 8-7
Plat 8-6
SAKONNET RIVER
Hilton St.
Canonicus St.
0 150 300 Feet
Vanasse Hangen Brustlin, Inc.
Figure 2
Site Plan
Bay Street Suspected Fill Area
Tiverton, Rhode Island


APPROXIMATE SCALE
500 0 500 FEET
NATIONAL FLOOD INSURANCE PROGRAM
FIRM
FLOOD INSURANCE RATE MAP
TOWN OF
TIVERTON,
RHODE ISLAND
NEWPORT COUNTY
PANEL 1 OF 9
(SEE MAP INDEX FOR PANELS NOT PRINTED)
COMMUNITY-PANEL NUMBER
440012 0001 C
MAP REVISED:
MARCH 15, 1984
Federal Emergency Management Agency
ZONE
ZONE C
STATE AVENUE
BOLTON STREET
CORNELL STREET
HILTON STREET
CANONICUS STREET
HOOPER STREET
JUDSON STREET
BEECH AVENUE
EVERGREEN AVENUE
AVENUE
ACCESS ROAD
CONRAIL
ZONE V17
ZONE V11

## LIMITATIONS

1. The costs on which the preliminary remediation estimate is based are limited to those conditions which were discovered in carrying out the assessment of subsurface contamination identified in this report. Actual quantities and unit costs will vary. While the preliminary estimate represents our best professional judgment in this matter, it does not represent an absolute worst-case remedial cost estimate and does not include legal fees.

2. The estimate is based on limited data which may not be sufficient to identify each and every condition existing at the site which may constitute noncompliance with applicable governmental statutes, rules, and regulations or constitute a release of oil or hazardous materials.

3. The preliminary estimate does not include any element with respect to third-party claims, fines, penalties, or other charges which may be assessed against any responsible party because of either the existence of present conditions or the future existence or discovery of any such conditions.

4. Governmental agencies' interpretations, requirements, and enforcement policies vary from district office to district office, from state to state, and between federal and state agencies. In addition, statutes, rules, standards, and regulations may be legislatively changed and inter-agency and intra-agency policies may be changed from present practices. GZA has used its experience and judgment in making assumptions as to how anticipated changes in enforcement policies may affect remediation costs.

5. This report contains approximate cost estimates for purposes of evaluating alternative remedial programs. These estimates involve approximate quantity evaluations. A preliminary estimate of this nature is likely to vary substantially from Contractors' Bid Prices and is not to be considered the equivalent of nor as reliable as Contractors' Bid Prices. Prices for similar work undertaken in the future will be subject to general and sometimes erratic price increases. The costs of future environmental, technical, and engineering services which may be required to implement any corrective action or remediation or installation of any systems cannot be accurately estimated.

**Cost Estimate - Complete Soil Removal and Restoration**
Bay Street Tiverton Study Area
Tiverton, Rhode Island

Block/LOT 08-06 3 1

| Task | Description | Estimated Quantity | Unit Cost | Estimated Cost |
|---|---|---|---|---|
| **Capital Costs** | | | | |
| ***Resident Relocation*** | Includes hotel and per diem for family of 4 during course of Site work | 60 days | $750 per day | $45,000 |
| ***Engineering*** | | | | |
| Engineering Oversight | Documentation of soil excavation and site restoration activities | 60 mdays | $800 per mday | $48,000 |
| Site Investigation | Additional sampling and testing based on no. borings and presence of fill (includes drill rig and lab testing) | 7 borings | $750 per boring | $5,250 |
| Investigation Oversight | | 2 mdays | $800 per mday | $1,600 |
| Regulatory Submittals | Remedial Action Work Plan (Design) and Closure Report | 1 ls | $10,000 | $10,000 |
| ***Site Activities*** | | | | |
| Fill Removal: | Lot size (square feet) | 71830 SF | | |
| | Estimated fill depth (ft) | 2 ft | | |
| | Estimated fill volume (CY) | 5853 CY | | |
| Mobilization/Demobilization/Earthwork | Equipment, Personnel, Etc.. Includes removal of soil to bottom of observed fill depth across entire lot area | 30 days | $3,500 per day | $105,000 |
| Site Preparation | Removal of shed, driveways | 1 ls | $5,000 | $5,000 |
| Earth Support Systems | Includes sheeting for excavations greater than 4 feet below ground surface | 0 SF | $30 per SF | $0 |
| Confirmatory Soil Sampling and Testing | Includes 5 samples per 2500 SF (4 sidewalls and 1 base) for COCs | 144 samples | $200 per sample | $28,800 |
| Perimeter Air Monitoring | | 60 mdays | $2,000 per day | $120,000 |
| Restoration: | | | | |
| Mobilization/Demobilization/Earthwork | Equipment, Personnel, Etc. | 30 days | $3,500 per day | $105,000 |
| Backfilling | | 5853 CY | $15 per CY | $87,792 |
| Asphalt Pavement | Replacement of driveway (12 x 15 SF driveway) | 1 ls | $1,500 | $1,500 |
| Clean Fill Testing - Backfill | Includes testing for arsenic (1/500 CY) and PP-13, VOCs, SVOCs, TPH (1/2000 CY) | 17 samples | $185 per sample | $3,150 |
| Topsoil | 6" thickness | 1307 CY | $15 per CY | $19,606 |
| Hydroseeding | | 70580 SF | $0.05 per SF | $3,529 |
| Aesthetic Restoration/Landscaping | Covers repair/replacement of trees, bushes, gardens, fencing, sheds, etc. | | | $20,000 |
| Off-Site Transport and Disposal (T&D): | | | | |
| Stockpile Management | Includes: soil loading, stockpile consolidation/movement | 5853 CY | $2.00 per CY | $11,706 |
| Waste Characterization | Analytical testing for receiving facility approval | 13 samples | $1,000 per sample | $13,000 |
| Transport and Disposal (Hazardous) | Assumes up to 10% of total volume is hazardous | 878 tons | $250 per ton | $219,500 |
| Transport and Disposal (Non-Hazardous) | Assumes up to 90% total volume is non-hazardous | 7900 tons | $50 per ton | $395,000 |
| Trucking Costs | | 8778 tons | $17 per ton | $149,226 |
| Subtotal of Capital Costs | | | | $1,397,700 |
| Capital Contingency | | 20% of subtotal | | $279,540 |
| Project Management | Includes National Grid Management | 15% of subtotal | | $209,655 |
| TOTAL CAPITAL COSTS | | | | $1,890,000 |
| TOTAL ESTIMATED REMEDIAL COSTS | | | | $1,890,000 |

Notes:

1. Cost estimates provided for comparison purposes only and are subject to the attached limitations. Total estimated cost rounded to nearest $10,000.
2. Earthwork costs assume production rate of 200 CY per day for excavation as well as soil placement/restoration.
3. Site preparation costs assume removal of 1 shed (average size 8' x 10') and removal of approximate 50 ft asphalt driveway (12'x50') per lot.
4. Earth support system costs assume installation of steel sheeting to a depth of 15 feet for excavations greater than 4 feet (assumes excavation ajacent to house on slab with foundation footing at 4 ft bgs). Assume standard house footprint of 1250 SF or 75 LF perimeter, for total sheeting area of 1125 SF (75'x15'). Cost includes drive, extract and salvage (RS Means, 22nd Ed., 2003, pg 47)
5. Clean fill testing for backfill assumes analytical testing in accordance with standard RIDEM policy (1 grab sample per 500 CY for arsenic; 1 grab sample per 2000 CY for TPH, VOCs, PAHs and PP-13 metals).
6. Waste characterization costs assume collection of representative stockpile soil sample every 500 CY for disposal profiling.
7. Transport and disposal costs assume up to 10% of soil will be considered hazardous and 90% will be non-hazardous. Tonnage estimates assume soil density of 1.5 tons per CY
8. Aesthetic Restoration/Landscaping costs based on the following: $10,000 for lot size < 10,000 SF, $15,000 for lot size > 10,000 SF and less than 20,000 SF, and $20,000 for lot size > 20,000 SF.
9. Perimeter Air Monitoring includes labor and equipment for fixed station monitoring throughout neighborhood and hand held monitoring at individual lots during excavation and restoration activities
10. Topsoil and Hydroseeding quantities based on lot size less 1,250 SF for typical house footprint

**Cost Estimate - Fill Removal and Restoration**
Bay Street Tiverton Study Area
Tiverton, Rhode Island

**Block/LOT** 08-06 3 1

| Task | Description | Estimated Quantity | Unit Cost | Estimated Cost |
|---|---|---|---|---|
| **Capital Costs** | | | | |
| ***Resident Relocation*** | Includes hotel and per diem for family of 4 during course of Site work | 8 days | $750 per day | $6,000 |
| ***Engineering*** | | | | |
| Engineering Oversight | Documentation of soil excavation and site restoration activities | 8 mdays | $800 per mday | $6,400 |
| Site Investigation | Additional sampling and testing based on no. borings and presence of fill (includes drill rig and lab testing) | 7 borings | $750 per boring | $5,250 |
| Investigation Oversight | | 2 mdays | $800 per mday | $1,600 |
| Regulatory Submittals | Remedial Action Work Plan (Design) and Closure Report | 1 ls | $10,000 | $10,000 |
| ***Site Activities*** | | | | |
| Fill Removal: | Lot size (square feet) | 71850 SF | | |
| | Estimated fill depth (ft) | 2 ft | | |
| | Estimated fill volume (CY) | 585 CY | | |
| Mobilization/Demobilization/Earthwork | Equipment, Personnel, Etc., Includes removal of soil to bottom of observed fill depth across entire lot area | 4 days | $3,500 per day | $14,000 |
| Site Preparation | Removal of shed, driveways | 1 ls | $5,000 | $5,000 |
| Earth Support Systems | Includes sheeting for excavations greater than 4 feet below ground surface | 0 SF | $30 per SF | $0 |
| Confirmatory Soil Sampling and Testing | Includes 5 samples per 2500 SF (4 sidewalls and 1 base) for COCs | 144 samples | $200 per sample | $28,800 |
| Perimeter Air Monitoring | | 8 mdays | $2,000 per day | $16,00[illegible] |
| Restoration: | | | | |
| Mobilization/Demobilization/Earthwork | Equipment, Personnel, Etc. | 4 days | $3,500 per day | $14,00[illegible] |
| Backfilling | | 585 CY | $15 per CY | $8,77[illegible] |
| Asphalt Pavement | Replacement of driveway (12 x 15 SF driveway) | 1 ls | $1,500 | $1,500 |
| Clean Fill Testing - Backfill | Includes testing for arsenic (1/500 CY) and PP-13, VOCs, SVOCs, TPH (1/2000 CY) | 3 samples | $250 per sample | $750 |
| Topsoil | 6" thickness | 1307 CY | $15 per CY | $19,606 |
| Hydroseeding | | 70580 SF | $0.05 per SF | $3,529 |
| Aesthetic Restoration/Landscaping | Covers repair/replacement of trees, bushes, gardens, fencing, sheds, etc. | | | $20,0[illegible] |
| Off-Site Transport and Disposal (T&D): | | | | |
| Stockpile Management | Includes: soil loading, stockpile consolidation/movement | 585 CY | $2.00 per CY | $1,171 |
| Waste Characterization | Analytical testing for receiving facility approval | 2 samples | $1,000 per sample | $2,[illegible] |
| Transport and Disposal (Hazardous) | Assumes up to 10% of total volume is hazardous | 88 tons | $250 per ton | $22,000 |
| Transport and Disposal (Non-Hazardous) | Assumes up to 90% total volume is non-hazardous | 800 tons | $50 per ton | $40,000 |
| Trucking Costs | | 888 tons | $17 per ton | $15,096 |
| Subtotal of Capital Costs | | | | $241,500 |
| Capital Contingency | | 20% of subtotal | | $48,[illegible] |
| Project Management | Includes National Grid Management | 15% of subtotal | | $36,225 |
| TOTAL CAPITAL COSTS | | | | [illegible] |
| **TOTAL ESTIMATED REMEDIAL COSTS** | | | | $330,[illegible] |

Notes.
1. Cost estimates provided for comparison purposes only and are subject to the attached limitations. Total estimated cost rounded to nearest $10,000
2. Earthwork costs assume production rate of 200 CY per day for excavation as well as soil placement/restoration.
3. Site preparation costs assume removal of 1 shed (average size 8' x 10') and removal of approximate 50 ft asphalt driveway (12'x50') per lot.
4. Earth support system costs assume installation of steel sheeting to a depth of 15 feet for excavations greater than 4 feet (assumes excavation adjacent to house on slab with foundation footing at 4 ft bgs). Assume standard house footprint of 1250 SF or 75 LF perimeter, for total sheeting area of 1125 SF (75'x15'). Cost includes drive, extract and salvage (RS Means, 22nd Ed., 2003, pg 47).
5. Clean fill testing for backfill assumes analytical testing in accordance with standard RIDEM policy (1 grab sample per 500 CY for arsenic; 1 grab sample per 2000 CY for TPH, VOCs, PAHs and PP-13 metals).
6. Waste characterization costs assume collection of representative stockpile soil sample every 500 CY for disposal profiling.
7. Transport and disposal costs assume up to 10% of soil will be considered hazardous and 90% will be non-hazardous. Tonnage estimates assume soil density of 1.5 tons per CY.
8. Aesthetic Restoration/Landscaping costs based on the following: $10,000 for lot size < 10,000 SF, $15,000 for lot size > 10,000 SF and less than 20,000 SF, and $20,000 for lot size > 20,000 SF
9. Perimeter Air Monitoring includes labor and equipment for fixed station monitoring throughout neighborhood and hand held monitoring at individual lots during excavation and restoration activities
10. Topsoil and Hydroseeding quantities based on lot size less 1,250 SF for typical house footprint

## REMEDIAL COST ESTIMATES LIMITATIONS

1. The costs on which the preliminary remediation estimate is based are limited to those conditions which were discovered in carrying out the assessment of subsurface contamination identified in this report. Actual quantities and unit costs will vary. While the preliminary estimate represents our best professional judgment in this matter, it does not represent an absolute worst-case remedial cost estimate and does not include legal fees.

2. The estimate is based on limited data which may not be sufficient to identify each and every condition existing at the site which may constitute noncompliance with applicable governmental statutes, rules, and regulations or constitute a release of oil or hazardous materials.

3. The preliminary estimate does not include any element with respect to third-party claims, fines, penalties, or other charges which may be assessed against any responsible party because of either the existence of present conditions or the future existence or discovery of any such conditions.

4. Governmental agencies' interpretations, requirements, and enforcement policies vary from district office to district office, from state to state, and between federal and state agencies. In addition, statutes, rules, standards, and regulations may be legislatively changed and inter-agency and intra-agency policies may be changed from present practices. GZA GeoEnvironmental, Inc. (GZA) has used its experience and judgment in making assumptions as to how anticipated changes in enforcement policies may affect remediation costs.

5. This report contains approximate cost estimates for purposes of evaluating alternative remedial programs. These estimates involve approximate quantity evaluations. A preliminary estimate of this nature is likely to vary substantially from Contractors' Bid Prices and is not to be considered the equivalent of nor as reliable as Contractors' Bid Prices. Prices for similar work undertaken in the future will be subject to general and sometimes erratic price increases. The costs of future environmental, technical, and engineering services which may be required to implement any corrective action or remediation or installation of any systems cannot be accurately estimated.