**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GAIL, JOHN D.<br>AND JOHN F. CORVELLO, et al.<br><br>*Plaintiffs,*<br>v.<br><br><br><br>NEW ENGLAND GAS COMPANY, INC.;<br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-221T<br>(Related Case No. 05-274T) |

**PLAINTIFFS' UNOPPOSSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO NEW ENGLAND GAS COMPANY'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES Plaintiffs in the above entitled action seeking an ORDER from this Honorable Court allowing the Plaintiffs an additional week, extending the deadline from April 9, 2008 until April 16, 2008, to respond to the Defendant, New England Gas Company's Motion for Summary Judgment. A stipulation of the parties is attached hereto.

*Dated*: April 2, 2008

Respectfully submitted,

PLAINTIFFS,
By and through their attorneys,

/s/ Jonathan D. Orent
Robert J. McConnell (#3888)
Jonathan D. Orent (#7408)
**MOTLEY RICE LLC**
321 South Main Street
Providence, RI 02940
(401) 457-7700

David C. Strouss
Neil T. Leifer
Brad J. Mitchell
**THORNTON & NAUMES LLP**
100 Summer Street, 30th Floor
Boston, MA 02110
(617) 720-1333

Mark W. Roberts
**MCROBERTS, ROBERTS & RAINER**
53 State Street
Boston, MA 02109
(617) 722-8222

## CERTIFICATION

I hereby certify that I have served a copy of this upon all counsel of record via ECF.

/S/Jonathan D. Orent

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GAIL, JOHN D.<br>AND JOHN F. CORVELLO, et al.<br><br>*Plaintiffs,*<br>v.<br><br><br><br>NEW ENGLAND GAS COMPANY, INC.;<br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-221T<br>(Related Case No. 05-274T) |

**STIPULATION TO ALLOW PLAINTIFFS AN EXTENSION OF TIME TO RESPOND TO NEW ENGLAND GAS COMPANY'S MOTION FOR SUMMARY JUDGMENT**

The Parties to this action hereby agree and stipulate to allow the Plaintiffs an additional week, extending the deadline from April 9, 2008 until April 16, 2008, to respond to the Defendant, New England Gas Company's Motion for Summary Judgment. This stipulation will be attached to an unopposed motion to be filed by the Plaintiffs.

*Dated*: April 2, 2008

DEFENDANTS,
By and through their attorneys,

/s/ David E. Ross
David E. Ross
**Kasowitz, Benson, Torres & Friedman LLP**
1633 Broadway
New York, New York 10019

PLAINTIFFS,
By and through their attorneys,

/s/ Jonathan D. Orent
Jonathan D. Orent (#7408)
**MOTLEY RICE LLC**
321 South Main Street
Providence, RI 02940
(401) 457-7700