**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

April 8th, 2008

**JURY CALENDAR**

CA05-221T Gail Corvello, et al. v. New England Gas Co., Inc.
***(Real Property: Other - MJ Almond)***

CA05-274T Alice Cambra, et al. v. New England Gas Co., Inc. *(Consolidated with CA05-221T)*
***(Real Property: Other - MJ Almond)***

CA05-370T Donna Braga, et al. v. New England Gas Co., Inc. *(Consolidated with CA05-221T)*
***(Real Property: Other - MJ Almond)***

CA05-522T Sheila Reis, et al. v. New England Gas Co., Inc. *(Consolidated with CA05-221T)*
***(Real Property: Other - MJ Almond)***

You are hereby notified that the above jury cases will be empaneled on **Wednesday April 23rd, 2008 at 9:30 AM** before Judge Ernest C. Torres. Counsel are directed to review all pretrial orders to assure full compliance. Counsel must be present for impanelment of the jury and for the calendar call, if one is scheduled.

After impanelment, counsel must be prepared to begin trial on 24 hours notice, unless otherwise noted. Counsel in non-jury cases must be prepared to begin trial within 24 hours after notification by the Court.

Counsel in civil cases should specifically review paragraphs 10c. and 12-16 of the pretrial order.

Counsel in criminal cases are reminded that, absent a showing of good cause:

1. No plea agreements will be honored by the Court unless submitted in writing at least one week before impanelment. See Fed. R. Crim. P. 11(e).

2. No plea agreements will be accepted by the Court during the one week period preceding impanelment unless they have been scheduled before that period.

3. Under Guidelines §3E1.1(b)(2), only timely pleas qualify for a three level reduction for acceptance of responsibility.

The above cases may or may not be reached for trial in the order listed. It is the responsibility of individual counsel to keep informed of the status of the Trial Calendar.

*Ryan H. Jackson*

Ryan H. Jackson
Calendar Clerk
401-752-7210

Forward to:
Neil T. Leifer, Esq.
Mark W. Roberts, Esq.
Robert J. McConnell, Esq.
David E. Ross, Esq.
Eric D. Herschmann, Esq.
John A. Tarantino, Esq.
Gerald J. Petros, Esq.