**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

GAIL, JOHN D. and John F. CORVELLO, et al,

Plaintiffs,

v. C.A. No. 05-221T

NEW ENGLAND GAS COMPANY, INC.,

Defendant;

KEVIN BURNS, et al.

Plaintiffs,

v. C.A. No. 05-274T

SOUTHERN UNION COMPANY dba
FALL RIVER GAS AND NEW ENGLAND GAS

Defendants;

COLLEEN BIGELOW, et al.

Plaintiffs,

v. C.A. No. 05-370T

NEW ENGLAND GAS COMPANY, formerly known as
FALL RIVER GAS COMPANY, an
unincorporated division of
SOUTHERN UNION COMPANY,

Defendants;

SHEILA REIS, et al.

Plaintiffs,

v. C.A. No. 05-522T

SOUTHERN UNION COMPANY dba
FALL RIVER GAS AND NEW ENGLAND GAS
Defendants.

**ORDER ADDRESSING PARTIES' MISCELLANEOUS DISCOVERY MOTIONS**

For reasons stated in open court on April 8, 2008, the Court rules as follows:

(1) New England Gas Co.'s Emergency Motion to Strike Plaintiffs' Newly Proffered Expert Testimony and Opinions on Liability [Doc. # 759] is DENIED;

(2) Plaintiffs' Motion To Preclude New England Gas Co. from Calling as Trial Witnesses any Individuals or Organizations Improperly Designated by it's Rule 26(a)(1)(A) Disclosure [Doc. # 760] is GRANTED IN PART and DENIED IN PART:

- The Motion is GRANTED as to New England Gas Co./Southern Union employees: Robert Hack, Derek Tomka, and Dennis Morgan;

- The Motion is GRANTED as to VHB employees: Pam McCarthy, Adam Rosenblatt, Ana Gower, and Robin Bluestein;

- The Motion is DENIED as to VHB employees: Tim O'Connor and Claude Masse, their testimony to be limited to rebuttal of the facts on which the Plaintiffs' expert testimony is based;

- The Motion is DENIED as to ENVIRON employees: Dr. Annette Shipp <u>or</u> William Fuller, except that New England Gas Co. must designate only one of these individuals as a witness;

New England Gas Co. must make that witness available for deposition by Plaintiffs' counsel, scheduling to be agreed upon by the parties' counsel;

(3) New England Gas Co.'s Emergency Motion to Compel Interrogatory Responses and Request for Expedited Hearing [Doc. #767] is DENIED; and

(4) New England Gas Co.'s Emergency Motion to Strike Plaintiffs' Remediation Damages Expert Report [Doc. # 768] is taken under advisement.

IT IS SO ORDERED:

Ernest C. Torres

Ernest C. Torres
Senior U.S. District Judge
Date: 4/15/08