**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GAIL, JOHN D.<br>AND JOHN F. CORVELLO, et al.<br><br>*Plaintiffs,*<br>v.<br><br><br><br><br>NEW ENGLAND GAS COMPANY, INC.;<br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **EMERGENCY MOTION**<br><br><br>C.A. No. 05-221T<br>(Consolidated with 05-522T;<br>05-274T; and 05-370T) |

**PLAINTIFFS' EMERGENCY MOTION FOR SANCTIONS AGAINST NEGCO PURSUANT TO RULE 37 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

COMES NOW the Plaintiffs, pursuant to Federal Rule of Civil Procedure 37, and request this Honorable Court for an emergency order:

(1) directing that various facts be taken as established for purposes of the action,

(2) prohibiting the Defendant from supporting or opposing designated claims or defenses, or from introducing designated matters into evidence;

(3) striking the applicable pleadings of the Defendant, including their Answer to the Second Amended Complaint and Pre-Trial Memorandum in whole or in part;

(4) awarding costs to Plaintiff's Counsel.

Fed. Rules Civ. Pro. Rule 37 (b)(2)(A). In support of their motion, Plaintiffs' rely upon the attached memorandum of law.

DATED: April 17, 2008

Respectfully Submitted,

__/s/ Jonathan D. Orent__________

Robert J. McConnell (#3888)
Jonathan D. Orent (#7408)
Motley Rice LLC
321 South Main Street
Providence, RI 02940

Neil T. Leifer
David C. Strouss
Brad J. Mitchell
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

Mark W. Roberts
McRoberts, Roberts & Rainer
51 State Street
Boston, MA 02109

Stephen P. Harten (#4102)
Richard J. Zabbo (#6861)
Ratcliffe Burke Harten & Elias LLP
1600 Financial Plaza
Providence, RI 02903

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of April, 2008, a copy of the foregoing was served to all counsel of record via ECF.

__/s/ Jonathan D. Orent__________