**SCHEDULE A**

| Docid | Document Date | Basis for Privilege | Document Type | Author | Recipient(s) | Subject |
|---|---|---|---|---|---|---|
| ABC012306 | 12/10/1993 | Attorney Client Communication | Facsimile | Brynn F. Aurelius | Keith J. Kosmin; Gary S. Wawak | Strategy Outline |
| ABC004177 | 12/09/1993 | Attorney Client Communication | Facsimile | Brynn F. Aurelius | Keith J. Kosmin; Gary S. Wowak | Osha Field Operation Manual |
| ABC012303 | 11/23/1993 | Attorney Client Communication | PROFS Note | John L. Rivard | Brynn F. Aurelius; C.F. Philllips, G.L. Greene; J.H. Blunt; C.E. Arosell; J.W. Casey,, R.G. Kirby; K.C. Crawford; Keith J. Kosmin; K.R. Mira | Fall River OSHA Inspection |
| ABC012307 | 12/10/1993 | Attorney Client Communication | PROFS Note | Keith J. Kosmin | Brynn F. Aurelius; G.L. Greene; K.R. Mira; Gary S. Wawak; John L. Rivard; R. G. Kirby; J.I. Munson; C.E. Arosell; Keith J. Kosmin | Well Bailing Videotape |
| ABC012725 | 07/23/1990 | Attorney Client Communication | Letter; Report | J.A. Mulllins | J.S. Spinelli; Brynn F. Aurelius; F. W. Hill; S. M. Johnson; Thomas R. Turner | Draft Compliance Assessment Review Reports |
| ABC012716 | 06/08/1992 | Attorney Client Communication | Memorandum; Notes | J.M. Cawley, Jr. | G.M. Rootes; G.W. Saxton; Bruce Johnson; W. G. Hougland; C.A. Lamboley | Status Report regarding Duffy Brothers Construction Company Claim |
| ABC012761 | 05/29/1990 | Attorney Client Communication | Letter; Letter | Jo Ann Shotwell | Thomas R. Turner; Brynn F. Aurelius; Reece Andrews; John Spinelle | Estimate of fees; Status Report on NPDES Discharge Permit and Related Issues |
| ABC012482 | 09/08/1993 | Attorney Client Communication | PROFS Note | Robert W. Ellis | I.L. Snyder; Brynn F. Aurelius | Jack Zewe's OSHA Claim |
| ABC012773 | 12/14/1988 | Attorney Client Communication | PROFS Note | Charlotte H. Copperthite | John Hite | Brynn F. Aurelius |

**SCHEDULE A**

| Docid | Document Date | Basis for Privilege | Document Type | Author | Recipient(s) | Subject |
|---|---|---|---|---|---|---|
| ABC012959 | 01/07/1987 | Attorney Client Communication | Memorandum | Monica A. Dax | Jack P. Brastad; Ken E. Smith; Resse L. Andrews; D.H. Farr | Response to Notice of Violation |
| ABC012961 | 01/05/1986 | Attorney Client Communication | Memorandum; Memorandum | Jack P. Brastad; Resse L. Andrews | Monica A. Dax; Ken E. Smith; Resse L. Andrews; Ken E. Smith | Response to Notice of Violation |
| ABC013001 | 11/10/1980 | Attorney Client Communication | Memorandum; Draft letter; Draft Affidavit | M.B. Harrington; T.J. Connolly | Fall River Plant Manager; H.O. Legal, J.A. Evans; R.P. Clapper; U.S. Coast Guard | Cover Letter with draft letter to U.S. Coast Guard and draft Affidavit regarding no violation of the Federal Water Pollution Control Act |
| ABC013008 | 06/30/1980 | Attorney Client Communication | Memorandum | H.B. Harrington | B. D. Little; R.P. Clapper | U.S. Coast Guard Citation |
| ABC013009 | 04/21/1981 | Attorney Client Communication | Memorandum | S.K. Phillips | J.A. Eslick; J.A. Evans | Review of Spill Prevention Control and Countermeasure Plan |
| ABC012340 | 12/00/1993 | Attorney Work Product | Draft Letter | | Kip Hartmann; J.I. Monson; Gary S. Wawak; R. G. Kirby; G.L. Greene; John L. Rivard; Brynn F. Aurelius | Draft Notice of Contest regarding OSHA Citation |
| ABC012676 | 12/17/1993 | Attorney Work Product | Memorandum | Brynn F. Aurelius | File | Informal Conference with OSHA Area Director |
| ABC012316 | 06/02/1993 | Attorney Work Product | Chronoloy | | | Chronology regarding Mauretti OSHA Complalint |
| ABC012686 | 12/17/1993 | Attorney Work Product | Memorandum | Brynn F. Aurelius | File; J.I. Monson; K.J. Kosmin; Gary s. Wawak; R.G. Kirby; G.L. Greene; John L. Rivard; K.R. Mira | Informal Conference with OSHA Area Director |

**SCHEDULE A**

| Docid | Document Date | Basis for Privilege | Document Type | Author | Recipient(s) | Subject |
|---|---|---|---|---|---|---|
| ABC004217 | 11/04/1993 | Attorney Client Communication | Draft Letter | | | Page 2 of Draft letter requesting OSHA dismiss safety complaint |
| ABC002336 | 07/02/1990 | Attorney/Client | Letter | Jo Ann Shotwell | Thomas Turner; John Spinelle | Review of Massachusetts Hazardous Waste Regulations |
| ABC003835 | 04/18/1994 | Attorney/Client Communication | Memorandum | Brynn F. Aurelius | G.L. Greene; Gary S. Wawak | Abatement of OSHA Citations |
| ABC022291 | 08/30/1984 | Attorney/Client | Memorandum | R.F. Smith | District Manager Boston/Providence Retail District | Property Damage Claim Write Off Approval |
| ABC015414 | 07/15/1994 | Nonresponsive | Letter | Kevin G. Miller | Paul Johnson | Reports regarding two New Jersey Shell Service Stations |
| ABC004076 | 12/10/1993 | Attorney Client Communication; work product | Outline | Brynn F. Aurelius | n/a | Outline for Informal Conference with OSHA Area Director |
| ABC012696 | 11/09/1993 | Attorney Client Communication | Letter | Robert E. Wysocki | Brynn F. Aurelius; J.S. Spinelle | NOR and the Massachusetts Department's Policies for Interim and Short Term Measures |
| ABC012272 | 00/00/2000 | Attorney Work Product | Training Certifiicate | | Gary S. Wawak | Draft Training Certificate for Products Transportation Plant Terminal Operator |
| ABC012117 | 04/18/1994 | Attorney Client Communication | Memorandum | Brynn F. Aurelius | G.L. Greene; Gary S. Wawak; Keith J. Kosmin | Fall River Plant OSHA Citations |
| ABC012299 | 12/14/1993 | Attorney Work Product | Memorandum | Brynn F. Aurelius | n/a | Applicability of Section 1910.120 to Well Bailing at Fall River Plant |

**SCHEDULE A**

| Docid | Document Date | Basis for Privilege | Document Type | Author | Recipient(s) | Subject |
|---|---|---|---|---|---|---|
| ABC004069 | 12/17/1993 | Attorney Client Communication; work product | Memorandum | Brynn F. Aurelius | File; J.I. Munson; Keith J. Kosmin; Gary S. Wawak; R.G. Kirby; G.L. Greene; John L. Rivard; K.R. Mira | Fall River Plant Osha Citations |
| ABC012262 | 12/17/1993 | Attorney Work Product | Memorandum | Brynn F. Aurelius | File; J.I. Munson; Keith J. Kosmin; Gary S. Wawak; R.G. Kirby; G.L. Greene; John L. Rivard; K.R. Mira | Fall River Plant Osha Citations |
| ABC012342 | 12/09/1993 | Attorney Client Communication | PROFS Note | Keith J. Kosmin | Brynn F. Aurelius; R. G. Kirby; J. I. Munson; C.E. Arosell; Keith J. Kosmin; G.L. Greene; K.R. Mira; Gary S. Wawak; John L. Rivard | Scheduling OSHA Informal Conference |
| ABC012355 | 12/27/1993 | Attorney Client Communication | PROFS Note | John L. Rivard | Brynn F. Aurelius; C.A. Lamboley; R.G. Kirby; Keith J. Kosmin; J.W. Casey; G.L. Green; Gary S. Wawak | Comments regarding Fall River OSHA Settlement Agreement |
| ABC012767 | 04/05/1990 | Attorney Client Communication | Letter | J.S. Spinelle | Jo Ann Shotwell; Brynn F. Aurelius; R.L. Andrews; B.T. Johnson | NPDES Permit Application |
| ABC012693 | 12/10/1993 | Attorney Work Product | Outline | Brynn F. Aurelius | n/a | Outline for Informal Conference with OSHA Area Director |
| ABC012296 | 01/03/1994 | Attorney Work Product | Outline | Brynn F. Aurelius | n/a | Outline for Informal Conference with OSHA Area Director |
| ABC012277 | 02/13/1994 | Attorney Work Product\|Attorney Client Communication | Facsimile; Program | Gary S. Wawak | Brynn F. Aurelius | Draft Program regarding evaluating and controling potential hazards associated with Fall River Plant Waste Site Activities |

**SCHEDULE A**

| Docid | Document Date | Basis for Privilege | Document Type | Author | Recipient(s) | Subject |
|---|---|---|---|---|---|---|
| ABC004214 | 11/04/1993 | Attorney Client Communication | Facsimile; Draft Letter | Brynn F. Aurelius | K.J. Kosmin; Gary S. Wawak; G.L. Greene; K.R. Mira | Draft letter regarding applicablility of HAZWOPER standard |
| ABC004220 | 10/19/1993 | Attorney Client Communication | Facsimile; Draft Letter | Brynn F. Aurelius | Keith J. Kosmin, G.L. Greene; K.R. Mira; Gary S. Wawak | Draft Response to OSHA Complaint |
| ABC003656 | 03/23/1994 | Attorney/Client Communication | Draft Memorandum | Brynn F. Aurelius | K.J. Kosmin; G.L. Greene; Gary s. Wawak | Draft letter to OSHA regarding abatement action pursuant to Informal Settlement Agreement |
| ABC012498 | 05/00/1989 | Attorney Work Product | Letters | | | Marked Up Response Letters re: OSHA Standards |
| ABC012269 | 12/10/1993 | Attorney Client Communication | Outline | Brynn F. Aurelius | n/a | Informal Conference with OSHA Area Director |
| ABC012450 | 09/09/1993 | Attorney Work Product | Notes | Sean | n/a | Arthur Mauretti Absence |
| ABC012768 | 03/09/1993 | Attorney Client Communication | PROFS Note | Reece L. Andrews; Monica A. Dax; Cathy A. Lamboley | Brynn F. Aurelius; Cathy A. Lamboley; Monica A. Dax | Retention of Jo Ann Shotwell |
| ABC004136 | 11/23/1993 | Attorney Work Product/Attorney Client Communication | Notes; PROFS Note | John L. Rivard | Brynn F. Aurellius; C.F. Phillips; G.L. Greene; J.H. Blunt; C.E. Arosell; J.W. Casey; R.G. Kirby; K.C. Crawford; Keith J. Kosmin; K.R. Mira | Fall River OSHA Inspection |
| ABC022477 | 10/25/1973 | Nonresponsive | Letter; Notes | W.J. Holland | K. Burton | Issues with Cohannet Realty Corp. |

**SCHEDULE A**

| Docid | Document Date | Basis for Privilege | Document Type | Author | Recipient(s) | Subject |
|---|---|---|---|---|---|---|
| ABC012308 | 12/10/1993 | Attorney Client Communication/Nonresponsive | PROFS Note | Keith J. Kosmin | Brynn F. Aurelius; R. G. Kirby, J.I. Munson, C.E. Arosell, Keith J. Kosmin, G.L. Greene; K.R. Mira; Gary S. Wawak; John L. Rivard | Scheduling OSHA Informal Conference |
| ABC012309 | 12/10/1993 | Attorney Client Communication/Nonresponsive | PROFS Note | R.G. Kirby | Keith J. Kosmin; Gary S. Wawak; J.I. Munson; Brynn F. Aurelius; G.L. Greene; K.C. Crawford; R.G. Kirby; J.H. Blunt; C.F. Phillips | Scheduling OSHA Informal Conference |
| ABC012719 | 08/23/1990 | Attorney Work Product/Nonresponsive | Memorandum; Invoice | Brynn F. Aurelius; Jo Anne Shotwell | J.S. Spinelle; Thoms Turner | Jo Anne Shotwell Invoice |
| ABC023185 | 04/05/1993 | Attorney-Client Privilege/Nonresponsive | Letter | James P. Killoran | Richard Hummel; Alan J. Micale | Retention and Fees |
| ABC002655 | 07/02/1990 | Attorney/Client Communication | Letter | Jo Ann Shotwell | Thomas Turner; John Spinella | Review of Massachusetts HazardousWaste Regulations |
| ABC012745 | 07/05/1990 | Attorney Client Communication/Nonresponsive | Memorandum | Brynn F. Aurelius | J.S. Spinelle | Jo Ann Shotwell Invoice |
| ABC012746 | 06/22/1990 | Attorney Client Communication/Nonresponsive | Note; Invoice | J.S. Spinelle; Jo Ann Shotwell | Brynn F. Aurelius; Thomas Turner | Jo Ann Shotwell Invoice |
| ABC012752 | 06/18/1990 | Attorney Client Communication/Nonresponsive | Memorandum; Invoice | Brynn F. Aurelius; Jo Ann Shotwell | J.S. Spinelle; R.S. Bailey; Brynn F. Aurelius | Jo Ann Shotwell Invoice |
| ABC012734 | 07/11/1990 | Attorney Client Communication/Nonresponsive | Invoice | Jo Ann Shotwell | Thomas R. Turner | Statement for Services |