**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GAIL, JOHN D. AND JOHN F. CORVELLO, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>NEW ENGLAND GAS COMPANY, INC.,<br><br>*Defendant and Third-Party Plaintiff,*<br><br>v.<br><br>BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; et al.<br><br>*Third-Party Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-221T<br>(Consolidated case nos:<br>05-274T, 05- 370T, 05-522T) |

CHANGE OF ADDRESS AND NAME

Notice is hereby given that effective June 30, 2008, the address and name of firm for the undersigned attorneys for the Plaintiffs, McRoberts, Roberts & Rainer, LLP, will change. The telephone and facsimile numbers will remain the same. The new address is as follows:

McRoberts & Roberts, LLP
15 Broad Street, Suite 240
Boston, MA 02109

(617) 722-8222 – telephone
(617) 720-2320 – facsimile

Respectfully submitted
For the Plaintiffs
By their attorneys,

/s/ *Mark W. Roberts*

Mark W. Roberts
MCROBERTS, ROBERTS & RAINER, LLP
Exchange Place
53 State Street
Boston, MA 02109

*/s/ Robert J. McConnell*
Robert J. McConnell (#3888)
Jonathan D. Orent (#7408)
Motley Rice, LLC
321 South Main Street
Providence, RI 02940
(401) 457-7700

*/s/ Neil T. Leifer*
David C. Strouss
Neil T. Leifer
Brad J. Mitchell
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110
(617) 720-1333

Dated: June 24, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of June, 2008, a copy of the foregoing was served to all counsel of record via ECF.

/s/ *Mark W. Roberts*
Mark W. Roberts